1  ELIZABETH S. BALFOUR, Cal. Bar No. 213994
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2    A Limited Liability Partnership
     Including Professional Corporations
3  12275 El Camino Real, Suite 200
   San Diego, California 92130-2006
4  Telephone:  858-720-8900
   Facsimile:  858-509-3691
5  ebalfour@sheppardmullin.com

6  Attorneys for Defendants Winex Investments,
   LLC, William Krusheski, John Sullivan,
7  Robert B. Hydeman, and Emilio Pineda

8
                    UNITED STATES DISTRICT COURT
9
                   SOUTHERN DISTRICT OF CALIFORNIA
10

11
   JIM COLLINS and MARYANN          | Case No.
12 COLLINS,                         |
13          Plaintiffs,             |
14      v.                          |
15 WINEX INVESTMENTS, LLC, a        |
16 Wyoming limited liability company, | **PROOF OF SERVICE**
   WILLIAM KRUSHESKI, an            |
17 individual, JOHN SULLIVAN, an    |
   individual, ROBERT B.            |
18 HYDEMAN, an individual, EMILIO   |
   PINEDA, an individual, DOES 1    |
19 through 100, inclusive,          |
20          Defendants.             |
21

22

23

24

25

26

27

28

                              -1-

<u>PROOF OF SERVICE</u>

<u>STATE OF CALIFORNIA, COUNTY OF SAN DIEGO</u>

<u>PROOF OF SERVICE BY HAND DELIVERY</u>

I, the undersigned, say that I am and was at all times herein mentioned employed in the County of San Diego, State of California, over the age of 18 years and not a party to the within action or proceeding; that my business address is that of American Messenger Service, 2870 Fourth Avenue, Suite 102, San Diego, California 92103.

That on January 9, 2008, I served the following documents:

CIVIL COVER SHEET

DEFENDANTS' NOTICE OF REMOVAL TO FEDERAL COURT

on the interested parties in said action or proceeding by personally delivering a true copy thereof, enclosed in a sealed envelope to the attorney(s) of record for said parties at the office address of said attorney(s), as follows:

Anthony Geraci, Esq
Geraci Law Firm
2030 Main St., #1300
Irvine, CA 92614
Phone: 949-260-9156

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 9, 2008, at San Diego, California.

Print Name: PAUL MACAJ

Registration No. PSC 1797; County of Orange

Time of Delivery: 2.01pm

Person Served (if different than above):
ANTHONY GERACI

-2-