ELIZABETH S. BALFOUR, Cal. Bar No. 213994
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
12275 El Camino Real, Suite 200
San Diego, California 92130-2006
Telephone: 858-720-8900
Facsimile: 858-509-3691
ebalfour@sheppardmullin.com

Attorneys for Defendants Winex Investments, LLC, William Krusheski, John Sullivan, Robert B. Hydeman, and Emilio Pineda

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM COLLINS and MARYANN COLLINS,<br><br>             Plaintiffs,<br><br>v.<br><br>WINEX INVESTMENTS, LLC, a Wyoming limited liability company, WILLIAM KRUSHESKI, an individual, JOHN SULLIVAN, an individual, ROBERT B. HYDEMAN, an individual, EMILIO PINEDA, an individual, DOES 1 through 100, inclusive,<br><br>             Defendants. | Case No. 08 CV 0051 L CAB<br><br>NOTICE OF DEFENDANTS'<br><br>MOTION TO DISMISS THE FIRST, SECOND, THIRD, FOURTH, AND FIFTH CAUSES OF ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)6; AND<br><br>MOTION TO STRIKE LANGUAGE IN PARAGRAPH 7 PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(f).<br><br>Date: March 31, 2008<br>Time: 10:30 a.m.<br>Ctrm: 14<br>**Honorable James Lorenz**<br><br>Complaint Filed: December 5, 2007<br>Complaint Served: December 10, 2007<br>Complaint Removed: January 9, 2008 |

-1-

1  NOTICE IS HEREBY GIVEN that on March 31, 2008 at 10:30 a.m. or
2 as soon thereafter as counsel may be heard, in Courtroom 14 of the above-entitled
3 court, located at 940 Front Street, San Diego, CA 92101, Defendants Winex
4 Investments, LLC, William Krusheski, Emilio Pineda, John Sullivan, and Robert B.
5 Hydeman ("Defendants") will move, and hereby do move, to dismiss the first,
6 second, third, fourth, and fifth claims for failure to state a claim upon which relief
7 can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6), and to strike
8 false allegations in paragraph 7 of the Complaint, on the following grounds:
9  (1) Plaintiffs have failed to allege a violation of the federal securities
10 laws under Rule 9(b) of the Federal Rules of Civil Procedure and the Private
11 Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § § 78u-4, 78u-5;
12  (2) Plaintiffs have failed to identify which provisions of the California
13 Corporate Securities Law Defendants have violated and have failed to adequately
14 allege a violation of the "market manipulation" provisions of California law;
15  (3) Plaintiffs' claims for intentional misrepresentation, negligent
16 misrepresentation, and breach of fiduciary duty fail to state a claim for relief; and
17  (4) Plaintiffs' allegations regarding the state of residence of Robert B.
18 Hydeman are false and misleading and should be stricken.
19  This Motion is based on this Notice of Motion, the accompanying
20 Memorandum of Points and Authorities, and all pleadings and papers on file herein,
21 and upon such oral argument as may be presented at hearing on the Motion.
22 DATED: January 16, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/Elizabeth Balfour
Attorneys for Defendants Winex Investments, LLC, William Krusheski, John Sullivan, Robert B. Hydeman, Emilio Pineda
e-mail: ebalfour@sheppardmullin.com