<u>CERTIFICATE OF SERVICE</u>

<u>STATE OF CALIFORNIA, COUNTY OF SAN DIEGO</u>

I am employed in the County of San Diego; I am over the age of eighteen years and not a party to the within entitled action; my business address is 12275 El Camino Real, Suite 200, San Diego, California 92130-2006.

On **January 16, 2008,** I served the following document(s):

**NOTICE OF DEFENDANTS' MOTION TO DISMISS THE FIRST, SECOND, THIRD, FOURTH, AND FIFTH CAUSES OF ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)6; AND MOTION TO STRIKE LANGUAGE IN PARAGRAPH 7 PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(f).**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE FIRST, SECOND, THIRD, FOURTH, AND FIFTH CAUSES OF ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)6; AND MOTION TO STRIKE LANGUAGE IN PARAGRAPH 7 PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(f).**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

Anthony F. Geraci, Esq.
Geraci Law Firm
2030 Main St., Ste. 1300
Irvine, CA 92614
Phone: 949-260-9156
Fax: 949-260-9157

☒ **BY ELECTRONIC MAIL**: I caused the above-entitled documents to be served through CM ECF addressed to all parties appearing on the CM ECF electronic service list for the above-entitled case. The file transmission was reported as completed and a copy of the CM ECF Filing Receipt will be maintained with the original documents in our office.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 16, 2008, at San Diego, California.

/s/Kim McClelland
Kim McClelland

W02-WEST:DEL\400674280.1
Case No. 08CV0051 L CAB

PROOF OF SERVICE