| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and Address): | Telephone No.: 858 720-8900 | FOR COURT USE ONLY |
|---|---|---|
| Elizabeth S. Balfour (SBN 213994)<br>Sheppard, Mullin, Richter & Hampton LLP<br>12275 El Camino Real, Suite 200<br>San Diego, CA 92130 | | FILED<br>2008 JAN 22  PM 4: 16<br>CLERK US DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY_____ KNLX _____ DEPUTY |
| ATTORNEY FOR (NAME): Defendants | Ref. No. or File No. 17DJ-13489 | |
| Insert name of court, judicial district or branch court, if any:<br>United States District Court<br>Southern District of California<br>880 Front Street, Suite 4290<br>San Diego, CA 92101 | | |

| PLAINTIFF:<br>JUM COLLINS AND MARYAN COLLINS |
|---|
| DEFENDANT<br>WINEX INVESTMENTS, LLC A WYOMING LIMITED LIABILITY COMPANY, et al. |

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER<br>08 CV 0051 L CAB |
|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE FOLLOWING DOCUMENT(S) OR TRUE COPIES THEREOF WITH ALL EXHIBITS:

CIVIL COVER SHEET; DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT

ON: Anthony Geraci, Esq.
AT: 2030 Main Street, Suite 1300
Irvine, CA 92614

MANNER OF SERVICE: **In compliance with Federal Code of Civil Procedure.**
**Personal Service - By personally delivering copies of documents stated above.**

DATE AND TIME OF DELIVERY: 1/9/2008 2:01:00 PM
PERSON SERVED: Anthony Geraci - Person Authorized to Accept

FEE FOR SERVICE: $166.00

Registered California Process Server
County: Orange
**Registration No.** PSC 1797
American Messenger Service, Inc.
2870 4th Avenue, Suite 102
San Diego, CA 92103
(619) 278-0891

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on
**Monday, January 21, 2008**

Signature: _Paul Macaj_
Paul Macaj

PROOF OF SERVICE

153736