ELIZABETH S. BALFOUR, Cal. Bar No. 213994
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
12275 El Camino Real, Suite 200
San Diego, California 92130-2006
Telephone: 858-720-8900
Facsimile: 858-509-3691
ebalfour@sheppardmullin.com

Attorneys for Defendants Winex Investments, LLC, William Krusheski, John Sullivan, Robert B. Hydeman, and Emilio Pineda

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM COLLINS and MARYANN COLLINS,<br><br>Plaintiffs,<br><br>v.<br><br>WINEX INVESTMENTS, LLC, a Wyoming limited liability company, WILLIAM KRUSHESKI, an individual, JOHN SULLIVAN, an individual, ROBERT B. HYDEMAN, an individual, EMILIO PINEDA, an individual, DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 08 CV 0051 L CAB<br><br>DEFENDANTS' NOTICE OF BANKRUPTCY PETITION<br><br>**[Oral Argument Not Required]**<br><br>Complaint Filed: December 5, 2007<br>Complaint Served: December 10, 2007<br>Complaint Removed: January 9, 2008 |

NOTICE IS HEREBY GIVEN, that on December 31, 2007, Defendant John Sullivan filed for protection under Chapter 7 of the Bankruptcy Code, case no. 07-07626-PB7 in the United States Bankruptcy Court for the Southern District of California. The case has been assigned to the Honorable Peter W. Bowie. Accordingly, all activity in this action relating to Defendant Sullivan is stayed pursuant to 11 U.S.C. § 362.

DATED: March 31, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By /s/Elizabeth Balfour

Attorneys for Defendants Winex Investments, LLC, William Krusheski, John Sullivan, Robert B. Hydeman, Emilio Pineda
e-mail: ebalfour@sheppardmullin.com

CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego; I am over the age of eighteen years and not a party to the within entitled action; my business address is 12275 El Camino Real, Suite 200, San Diego, California 92130-2006.

On **March 31, 2008,** I served the following document(s):

DEFENDANTS' NOTICE OF BANKRUPTCY PETITION

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

Anthony F. Geraci, Esq.
Geraci Law Firm
2030 Main St., Ste. 1300
Irvine, CA 92614
Phone: 949-260-9156
Fax: 949-260-9157

☒ **BY ELECTRONIC MAIL**: I caused the above-entitled documents to be served through CM ECF addressed to all parties appearing on the CM ECF electronic service list for the above-entitled case. The file transmission was reported as completed and a copy of the CM ECF Filing Receipt will be maintained with the original documents in our office.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 31, 2008, at San Diego, California.

/s/Kim McClelland
Kim McClelland