ELIZABETH S. BALFOUR, Cal. Bar No. 213994
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
12275 El Camino Real, Suite 200
San Diego, California 92130-2006
Telephone: 858-720-8900
Facsimile: 858-509-3691
ebalfour@sheppardmullin.com

Attorneys for Defendants Winex Investments, LLC, William Krusheski, John Sullivan, Robert B. Hydeman, and Emilio Pineda

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM COLLINS and MARYANN COLLINS, <br><br> Plaintiffs, <br><br> v. <br><br> WINEX INVESTMENTS, LLC, a Wyoming limited liability company, WILLIAM KRUSHESKI, an individual, JOHN SULLIVAN, an individual, ROBERT B. HYDEMAN, an individual, EMILIO PINEDA, an individual, DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. 08 CV 0051 L CAB <br><br> DEFENDANTS' REPLY TO MOTION TO DISMISS THE FIRST, SECOND, THIRD, FOURTH, AND FIFTH CAUSES OF ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)6; AND <br><br> MOTION TO STRIKE LANGUAGE IN PARAGRAPH 7 PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(f). <br><br> Date: April 7, 2008 <br> Time: 10:30 a.m. <br> Ctrm: 14 <br> Honorable James Lorenz <br><br> **[Oral Argument Not Required]** <br><br> Complaint Filed: December 5, 2007 <br> Complaint Served: December 10, 2007 <br> Complaint Removed: January 9, 2008 |

-1-

I.

## The Court Should Grant Defendants' Motion To Dismiss and Motion to Strike Which is Unopposed

On January 16, 2008, Defendants Winex Investments, LLC, William Krusheski, John Sullivan, Robert B. Hydeman, and Emilio Pineda (collectively "Defendants") filed a motion to dismiss Plaintiffs' First, Second, Third, Fourth, and Fifth Causes of Action pursuant to Federal Rule of Civil Rule of Civil Procedure 12(b)(6) and moved to strike language contained in paragraph 7 of the Complaint pursuant to Federal Rule of Civil Rule of Civil Procedure 12(f).

Pursuant to Civil Local Rule 7.1(e)(2), Plaintiffs were required to oppose Defendants' motions not later than 14 calendar days prior to the hearing date, currently scheduled for April 7, 2008, or by March 24, 2008. Plaintiffs failed to file or serve any opposition by this date or thereafter. Pursuant to Civil Local Rule 7.1(f)(3)(c), this failure constitutes consent to the granting of Defendants' motions.

Accordingly, for the reasons discussed in Defendants' moving papers, Defendants respectfully request that the Court grant their motion to dismiss Plaintiffs' First, Second, Third, Fourth, and Fifth causes of action with prejudice and strike the language contained in paragraph 7 of the Complaint.

DATED: March 31, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   /s/Elizabeth Balfour
Attorneys for Defendants Winex Investments, LLC, William Krusheski, John Sullivan, Robert B. Hydeman, Emilio Pineda
e-mail: ebalfour@sheppardmullin.com

<u>CERTIFICATE OF SERVICE</u>

<u>STATE OF CALIFORNIA, COUNTY OF SAN DIEGO</u>

I am employed in the County of San Diego; I am over the age of eighteen years and not a party to the within entitled action; my business address is 12275 El Camino Real, Suite 200, San Diego, California 92130-2006.

On **March 31, 2008,** I served the following document(s):

**DEFENDANTS' REPLY TO MOTION TO DISMISS THE FIRST, SECOND, THIRD, FOURTH, AND FIFTH CAUSES OF ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)6; AND MOTION TO STRIKE LANGUAGE IN PARAGRAPH 7 PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(f).**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

Anthony F. Geraci, Esq.
Geraci Law Firm
2030 Main St., Ste. 1300
Irvine, CA  92614
Phone: 949-260-9156
Fax: 949-260-9157

☒ **BY ELECTRONIC MAIL**: I caused the above-entitled documents to be served through CM ECF addressed to all parties appearing on the CM ECF electronic service list for the above-entitled case. The file transmission was reported as completed and a copy of the CM ECF Filing Receipt will be maintained with the original documents in our office.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1 | Executed on March 31, 2008, at San Diego, California.
2 |
3 | /s/Kim McClelland
  | Kim McClelland
4 |
5 |
...
28 |