Anthony F. Geraci (SBN 238892)
Christina L. Geraci (SBN 236719)
Geraci Law Firm, APC
2030 Main Street, Suite 1300
Irvine, CA 92614
Tel.: (949) 260-9156
Fax: (949) 260-9157
E-mail: anthony@geracilawfirm.com

Attorneys for: Plaintiffs, JIM COLLINS and MARYANN COLLINS

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM COLLINS and MARYANN COLLINS,<br><br>Plaintiffs,<br><br>vs.<br><br>WINEX INVESTMENTS, LLC, a Wyoming limited liability company, WILLIAM KRUSHESKI, an individual, JOHN SULLIVAN, an individual, ROBERT B. HYDEMAN, an individual, EMILIO PINEDA, an individual, DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 08 CV 0051 L CAB<br><br>**PLAINTIFFS' OPPOSITION TO DEFENDANT WINEX, ET AL.'S MOTION TO DISMISS**<br><br>Date: April 7, 2008<br>Time: 10:30am<br>Dept: 14<br><br>Honorable James Lorenz |

**1.**

**The Court Should Dismiss Defendants' Motion to Dismiss Because It is Moot**

The Court should dismiss Defendants' Motion to Dismiss pursuant to Rule 15(a) because Plaintiffs filed their First Amended Complaint with the Court on April 3, 2008. Defendants, and each of them, have not made a responsive pleading before this Court as evidenced by the Defendants' Motion to Dismiss. Therefore, Plaintiffs have a right to amend their Complaint any time before a responsive pleading is made. See Federal Rule of Civil Procedure 15(a)(1)(A); Allwaste Inc. v. Hecht, 65 F.3d 1523, 1530 (9th Cir. 1995).

Plaintiffs have significantly amended their Complaint such that the Motion to Dismiss filed by Defendants is moot.

Dated:  April 3, 2008                    **GERACI LAW FIRM, APC**

                                         By:    /s/Anthony F. Geraci
                                                Attorneys for Plaintiffs, JIM COLLINS and
                                                MARYANN COLLINS

**CERTIFICATE OF SERVICE**
**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange; I am over the age of eighteen years and not a party to the within entitled action; my business address is 2030 Main Street, Suite 1300, Irvine, California 92614.

On **April 3, 2008**, I served the following document(s): **PLAINTIFFS' OPPOSITION TO DEFENDANTS MOTION TO DISMISS**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

Elizabeth Balfour, Esq.
Sheppard Mullin Richter & Hampton, LLP
12275 El Camino Real, Suite 200
San Diego, California 92130-2006

[X]    **BY ELECTRONIC MAIL**: I caused the above-entitled documents to be served through CM ECF addressed to all parties appearing on the CM ECF electronic service list for the above-entitled case. The file transmission was reported as completed and a copy of the CM ECF Filing Receipt will be maintained with the original documents in our office.

[X]    **FEDERAL**: I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of peIjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under 21 the laws of the United States of America that the foregoing is true and correct.

Executed on April 3, 2008 at Irvine, California.

/s/ Anthony F. Geraci

**Geraci Law Firm, APC**
2030 Main Street, Suite 1300
Irvine, California 92614
T: (949) 260-9156; F: (949) 260-9157