UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JIM COLLINS *et al.*, | ) | Civil No. 08cv51-L(CAB) |
| Plaintiffs, | ) ) | **ORDER DENYING AS MOOT DEFENDANTS' MOTION TO** |
| v. | ) ) | **DISMISS** |
| WINEX INVESTMENTS, LLC, *et al.*, | ) ) | |
| Defendants, | ) ) | |
| _____ | ) | |

Currently pending before the court are Defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) and motion to strike pursuant to Rule 12(f) . On April 3, 2008, Plaintiffs filed an amended complaint. "A party may amend its pleading once as a matter of course [] before being served with a responsive pleading. Fed. R. Civ. Proc. 15(a)(1). "A motion to dismiss for failure to state a claim is not a responsive pleading." *Allwaste, Inc. v. Hecht*, 65 F.3d 1523, 1530 (9th Cir. 1995). Plaintiff therefore had a right to file an amended complaint without leave to court. *See id.* An amended complaint supersedes a prior complaint as a pleading. *Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir. 1997); *Hal Roach Studios, Inc. v. Richard Feiner & Co.*, 896 F.2d 1542, 1546 (9th Cir. 1990). Therefore, where a plaintiff elects to file an amended complaint, a district court may treat an existing motion to dismiss as moot. Defendants' motions to dismiss and to strike are **DENIED AS MOOT**. This

/ / / / /

/ / / / /

order is **WITHOUT PREJUDICE** to Defendants moving to dismiss or strike Plaintiffs' amended complaint.

    **IT IS SO ORDERED**.

DATED: April 4, 2008

                                             M. James Lorenz
                                             United States District Court Judge

COPY TO:

HON. CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL