UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JIM COLLINS *et al.*, | ) | Civil No. 08cv51-L(CAB) |
| Plaintiffs, | ) | **ORDER** |
| v. | ) | |
| WINEX INVESTMENTS, LLC, *et al.*, | ) | |
| Defendants, | ) | |

On March 31, 2008 Defendants filed Defendants' Notice of Bankruptcy Petition, which states that Defendant John Sullivan filed a bankruptcy petition on December 31, 2007. None of the remaining four named Defendants have filed for bankruptcy. In light of the notice, the parties are instructed to schedule a status conference with Magistrate Judge Bencivengo. At the status conference the parties shall be prepared to discuss whether and how the case will proceed given Mr. Sullivan's bankruptcy filing.

**IT IS SO ORDERED**.

DATED: April 4, 2008

M. James Lorenz

COPY TO:

HON. CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

08cv51