ELIZABETH S. BALFOUR, Cal. Bar No. 213994
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
12275 El Camino Real, Suite 200
San Diego, California 92130-2006
Telephone: 858-720-8900
Facsimile: 858-509-3691
ebalfour@sheppardmullin.com

Attorneys for Defendants Winex Investments, LLC, William Krusheski, John Sullivan, Robert B. Hydeman, and Emilio Pineda

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM COLLINS and MARYANN COLLINS,<br><br>        Plaintiffs,<br><br>v.<br><br>WINEX INVESTMENTS, LLC, a Wyoming limited liability company, WILLIAM KRUSHESKI, an individual, JOHN SULLIVAN, an individual, ROBERT B. HYDEMAN, an individual, EMILIO PINEDA, an individual, DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No. 08 CV 0051 L CAB<br><br>NOTICE OF DEFENDANTS'<br><br>MOTION TO DISMISS THE AMENDED COMPLAINT AS TO DEFENDANT JOHN SULLIVAN PURSUANT TO 11 U.S.C. § 727;<br><br>MOTION TO DISMISS THE FIRST, SECOND, THIRD, FOURTH, AND FIFTH CAUSES OF ACTION OF THE AMENDED COMPLAINT AS TO DEFENDANTS WINEX INVESTMENTS, LLC, WILLIAM KRUSHESKI, AND CRAIG PINEDO, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)6; AND<br><br>MOTION TO DISMISS THE AMENDED COMPLAINT AS TO DEFENDANT ROBERT HYDEMAN PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)6.<br><br>**Date: June 30, 2008**<br>**Time: 10:30 a.m.**<br>**Ctrm: 14**<br>**Honorable James Lorenz**<br><br>**Complaint Filed: December 5, 2007**<br>**Complaint Served: December 10, 2007**<br>**Complaint Removed: January 9, 2008**<br>**Amended Complaint Filed: April 3, 2008** |

-1-

NOTICE IS HEREBY GIVEN that on June 30, 2008 at 10:30 a.m. or as soon thereafter as counsel may be heard, in Courtroom 14 of the above-entitled court, located at 940 Front Street, San Diego, CA 92101, Defendants Winex Investments, LLC, William Krusheski, Emilio Pineda, John Sullivan, and Robert B. Hydeman ("Defendants") will move, and hereby do move, as follows:

(1) to dismiss the Amended Complaint as to Defendant John Sullivan on the grounds that Mr. Sullivan has received a discharge in bankruptcy pursuant to 11 U.S.C. § 727 and therefore Plaintiffs are not permitted to maintain these claims against him;

(2) to dismiss the First (Intentional Misrepresentation), Second (Negligent Misrepresentation), Third (Violation of Rule 10b-5 of the Securities and Exchange Act of 1934), Fourth (Violation of California Corporations Code § 25401), and Fifth (Breach of Fiduciary Duty) Causes of Action as to Winex Investments, LLC, William Krusheski, and Emilio Pinedo pursuant to Federal Rule of Civil Procedure 12(b)(6) on the grounds that:

(a) Plaintiffs have failed to allege a violation of the federal securities laws under Rule 9(b) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §§ 78u-4, 78u-5;

(b) Plaintiffs have failed to allege a violation of California Corporations Code § 25401; and

(c) Plaintiffs' claims for intentional misrepresentation, negligent misrepresentation, and breach of fiduciary duty fail to state a claim for relief; and

(3) to Dismiss the Amended Complaint as to Defendant Robert Hydeman pursuant to pursuant to Federal Rule of Civil Procedure 12(b)(6) because the Amended Complaint does not contain any allegations regarding how Mr. Hydeman engaged in any conduct that could state a claim for relief under any of the causes of action asserted against him.

1   This Motion is based on this Notice of Motion, the accompanying
2   Memorandum of Points and Authorities, the accompanying Request for Judicial
3   Notice, and all pleadings and papers on file herein, and upon such oral argument as
4   may be presented at hearing on the Motion.

6   DATED: April 23, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   /s/Elizabeth Balfour
Attorneys for Defendants Winex Investments, LLC, William Krusheski, John Sullivan, Robert B. Hydeman, Emilio Pineda
e-mail:  ebalfour@sheppardmullin.com

-3-