1  ELIZABETH S. BALFOUR, Cal. Bar No. 213994
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2    A Limited Liability Partnership
    Including Professional Corporations
3  12275 El Camino Real, Suite 200
San Diego, California  92130-2006
4  Telephone:  858-720-8900
Facsimile:    858-509-3691
5  ebalfour@sheppardmullin.com

6  Attorneys for Defendants Winex Investments,
LLC, William Krusheski, John Sullivan,
7  Robert B. Hydeman, and Emilio Pineda

8  UNITED STATES DISTRICT COURT

9  SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM COLLINS and MARYANN COLLINS,<br><br>Plaintiffs,<br><br>v.<br><br>WINEX INVESTMENTS, LLC, a Wyoming limited liability company, WILLIAM KRUSHESKI, an individual, JOHN SULLIVAN, an individual, ROBERT B. HYDEMAN, an individual, EMILIO PINEDA, an individual, DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.  08 CV 0051 L CAB<br><br>REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS'<br><br>MOTION TO DISMISS THE AMENDED COMPLAINT AS TO DEFENDANT JOHN SULLIVAN PURSUANT TO 11 U.S.C. § 727;<br><br>MOTION TO DISMISS THE FIRST, SECOND, THIRD, FOURTH, AND FIFTH CAUSES OF ACTION OF THE AMENDED COMPLAINT AS TO DEFENDANTS WINEX INVESTMENTS, LLC, WILLIAM KRUSHESKI, AND CRAIG PINEDO, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)6; AND<br><br>MOTION TO DISMISS THE AMENDED COMPLAINT IN ITS ENTIRETY AS TO DEFENDANT ROBERT HYDEMAN PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)6.<br><br>**Date:  June 30, 2008**<br>**Time:  10:30 a.m.**<br>**Ctrm:  14**<br>**Honorable James Lorenz**<br><br>**Complaint Filed:  December 5, 2007**<br>**Complaint Served: December 10, 2007**<br>**Complaint Removed: January 9, 2008**<br>**Amended Complaint Filed: April 3, 2008** |

Pursuant to Federal Evidence Code § 201(b) and Federal Rules of Civil Procedure, Rule 44, Defendants Pacific Capital Bank, N.A. and Santa Barbara Bank & Trust, a division of Pacific Capital Bank, N.A. hereby request that this Court take judicial notice of the following documents:

A.    The Petition for Voluntary Chapter 7 Bankruptcy of debtors John William Sullivan and Meggan Michele Sullivan, filed December 31, 2007 in the United States Bankruptcy Court for the Southern District of California, Case No. 07-07626 ("the Sullivan Bankruptcy Case"), attached to this Request for Judicial Notice as Exhibit A, and consisting of the pages referenced below.

B.    The Amended Schedule F filed by debtors John William Sullivan and Meggan Michele Sullivan in the Sullivan Bankruptcy Case, attached to this Request for Judicial Notice as Exhibit B, and consisting of the pages referenced below.

C.    The Motion for Relief from Automatic Stay filed by Plaintiffs on February 21, 2008 in the Sullivan Bankruptcy (exhibits excluded), attached to this Request for Judicial Notice as Exhibit C, and consisting of the pages referenced below.

D.    The Discharge of Debtor issued by the Court in the Sullivan Bankruptcy Case on April 8, 2008.

| Exhibit | | Page |
|---|---|---|
| A | Sullivan Bankruptcy Filing, Case No. 07-07626 | 01 – 03 |
| B | Sullivan, Amended Schedule F, Case No. 07-07626 | 04 – 05 |
| C | Plaintiffs' Motion for Relief from Automatic Stay filed in Case No. 07-07626 | 06 – 015 |
| D | Discharge of Debtor, Case No. 07-07626 | 016 – 019 |

-2-

DATED: April 23, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/Elizabeth Balfour
Attorneys for Defendants Winex Investments, LLC, William Krusheski, John Sullivan, Robert B. Hydeman, Emilio Pineda
e-mail: ebalfour@sheppardmullin.com