EXHIBIT A

B1 (Official Form 1)(12/07)

| United States Bankruptcy Court<br>Southern District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Sullivan, John William** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Sullivan, Meggan Michele** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FKA Meggan Michele Carlson** |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>xxx-xx-3377 | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>xxx-xx-8263 |
| Street Address of Debtor (No. and Street, City, and State):<br>**16345 Bassett Court**<br>**San Diego, CA**              ZIP Code 92103 | Street Address of Joint Debtor (No. and Street, City, and State):<br>**16345 Bassett Court**<br>**San Diego, CA**              ZIP Code 92103 |
| County of Residence or of the Principal Place of Business:<br>**San Diego** | County of Residence or of the Principal Place of Business:<br>**San Diego** |
| Mailing Address of Debtor (if different from street address):                ZIP Code | Mailing Address of Joint Debtor (if different from street address):                ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**          *** MARK L. MILLER #171394 ***
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(12/07)                                                                    Page 2

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Sullivan, John William<br>Sullivan, Meggan Michele |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  - None - | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** /s/ MARK L. MILLER                    December 28, 2007<br>   Signature of Attorney for Debtor(s)                    (Date)<br>   MARK L. MILLER #171394 |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/07)                                                                                          **Page 3**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Sullivan, John William |
| | Sullivan, Meggan Michele |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ John William Sullivan
Signature of Debtor   John William Sullivan

X  /s/ Meggan Michele Sullivan
Signature of Joint Debtor Meggan Michele Sullivan

Telephone Number (If not represented by attorney)

December 28, 2007
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X  /s/ MARK L. MILLER
Signature of Attorney for Debtor(s)

MARK L. MILLER #171394
Printed Name of Attorney for Debtor(s)

Law Offices of Mark L. Miller
Firm Name
2341 Jefferson ST  STE 100
San Diego, CA 92110

_____
Address

(619) 574-0551  Fax: (619) 574-6243
Telephone Number
December 28, 2007
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# EXHIBIT B

B6F (Official Form 6F) (12/07) - Cont.

In re    John William Sullivan,                                    Case No. ____07-07626____
         Meggan Michele Sullivan
                                          Debtors
                                         **AMENDED**
**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**
                                    (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community |  | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
|  |  | H W | J C |  |  |  |  |  |
| Account No. 604405100022 |  |  |  | Opened 5/01/06 Last Active 10/01/07 CheckCreditOrLineOfCredit |  |  |  |  |
| Gemb/Ge Money Loc Po Box 30762 Salt Lake City, UT 84130 | - |  |  |  |  |  |  | 24,124.00 |
| Account No. 79823 |  |  |  | 1/07 Lawsuit |  |  |  |  |
| Jim and MaryAnn Collins c/o Geraci Law Firm 2030 Main Street Suite 1300 Irvine, CA 92614    ADDED | C |  |  |  |  |  |  | 350,000.00 |
| Account No. 26912601722 |  |  |  | 9/2007 Utility Bill |  |  |  |  |
| San Diego Gas & Electric 101 Ash Street San Diego, CA 92101-3017 | - |  |  |  |  |  |  | 92.74 |
| Account No. 5121079709927062 |  |  |  | Opened 9/01/79 Last Active 9/16/07 CreditCard |  |  |  |  |
| Sears/Cbsd Po Box 6189 Sioux Falls, SD 57117 | - |  |  |  |  |  |  | 15,201.00 |
| Account No. 0718676667 |  |  |  | 7/2007 Line of Credit |  |  |  |  |
| Washington Mutual PO Box 99607 Arlington, TX 76096 | C |  |  |  |  |  |  | 50,000.00 |

Sheet no. _2_ of _3_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        439,417.74

3

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| Jim and MaryAnn Collins v. Winex Investments, LLC, et al. Case No. 37-2007-00079823-CU-PN-NC | Civil | San Diego Superior Court, North County | Pending |

ADOGO

None
■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**5. Repossessions, foreclosures and returns**

None
☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| California Coast Cu 9201 Spectrum Center Blv San Diego, CA 92123 | 12/2007 | 2006 GMC Sierra; market value is based on fair KBB; value is approximately $7,640.00. |

**6. Assignments and receiverships**

None
■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

# EXHIBIT C

CSD 1185 [01/10/08] Name, Address, Telephone No. & I.D. No.

Christina L. Geraci (Bar No. 236719)
GERACI LAW FIRM, APC
2030 Main Street, Suite 1300
Irvine, California 92614
(949) 260-9156 Tel (949) 260-9157 Fax
christina@geracilawfirm.com

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re  JOHN WILLIAM SULLIVAN and MEGGAN MICHELE SULLIVAN<br><br>                                              Debtor. | BANKRUPTCY NO. 07-07626PB |
| JIM COLLINS and MARYANN COLLINS<br><br>                                   Moving Party | RS NO. CGL1 |
| JOHN WILLIAM SULLIVAN, MEGGAN MICHELE SULLIVAN, and NANCY WOLF CHAPTER 7 TRUSTEE<br><br>                                  Respondent(s) | |

### NOTICE OF FILING OF A MOTION FOR RELIEF FROM AUTOMATIC STAY

TO THE ABOVE NAMED RESPONDENT(S)[1]:

**YOU ARE HEREBY NOTIFIED** that a Motion for Relief from the Automatic Stay provided by § 362 of the Bankruptcy Code has been filed.  If you object to the Court granting relief from the automatic stay as requested in the Motion, **YOU MUST, WITHIN 11 DAYS FOLLOWING THE DATE OF SERVICE OF THIS NOTICE OF MOTION ON YOU**:

1. Obtain a hearing date and time from the appropriate Courtroom Deputy for the judge assigned to this bankruptcy case. *If a Chapter 7, 11, or 12 case* , determine which deputy to call by looking at the Bankruptcy Case No. in the above caption of this notice.  If the case number contains the letter:

| | | | | | | |
|---|---|---|---|---|---|---|
| - | JM | - | call (619) 557-6019 | - | DEPARTMENT ONE (Room 218) |
| - | LA | - | call (619) 557-6594 | - | DEPARTMENT TWO (Room 118) |
| - | LT | - | call (619) 557-6018 | - | DEPARTMENT THREE (Room 129) |
| - | PB | - | call (619) 557-5157 | - | DEPARTMENT FOUR (Room 328) |

*For ALL Chapter 13 cases,* call (619) 557-5955.

2. File with the Clerk of the Bankruptcy Court, at the address shown above, the original and one copy of:
    (a)    an "OPPOSITION TO MOTION" [2] (for real or personal property, use Form CSD 1161 of this Court);
    (b)    a "DECLARATION IN OPPOSITION TO THE MOTION" [2]; and
    (c)    a separate "REQUEST AND NOTICE OF HEARING ON MOTION," using Form CSD 1186 of this Court (this form may be obtained from the Office of the Clerk);

3. Serve a copy of these documents on the [Attorney for the] Moving Party named in the upper left hand corner.

4. Serve a copy of these documents on each of the additional parties as required by Local Bankruptcy Rule 4001-3.

**IF YOU FAIL TO FILE WITH THE CLERK AND SERVE ON THE MOVING PARTY YOUR REQUEST FOR HEARING AND THE DECLARATION IN OPPOSITION TO MOTION WITHIN THE 11-DAY PERIOD PROVIDED BY THIS MOTION, THE COURT MAY GRANT THE MOVING PARTY RELIEF FROM THE AUTOMATIC STAY WITHOUT FURTHER NOTICE TO YOU OR A HEARING.**

Dated: March 20, 2008

[Attorney for] Moving Party
Christina L. Geraci (Bar No. 236719)

### ALL PLEADINGS RELATED TO THIS PARTICULAR RS ACTION MUST CONTAIN THE ABOVE CAPTION

[1] Local Bankruptcy Rule 4001-2, printed on the reverse side, governs service of this notice.
[2] If you were served by mail, you have three (3) additional days to take the above-stated actions. Instructions for the Respondent and the date of service of this notice indicated on the Certificate of Service are printed on the reverse side.

CSD-1185

CSD 1185 (Page 2) [01/10/08]

1.  **ALL PLEADINGS RELATED TO THIS PARTICULAR RS ACTION MUST CONTAIN THE ABOVE CAPTION.**
2.  **INSTRUCTIONS TO RESPONDENT:** If you file a "Declaration in Opposition to the Motion," it must be signed by the respondent under oath; and
    (1)  identify the interest of the respondent in the property;
    (2)  state with particularity the grounds for the opposition;
    (3)  if respondent is the debtor or the trustee, state the provable value of the property specified in the Motion and the amount of equity which would be realized by the debtor after deduction of all encumbrances; and
    (4)  contain a statement as to competence of the declarant and the foundation for any opinion therein.
3.  **INSTRUCTIONS TO MOVING PARTY:** Local Bankruptcy Rule 4001-2 provides that:
    "(a)  A motion for stay relief . . . shall:
        "(1)  name, as respondents, the debtor, the trustee, and other entities entitled to receive notice of default or notice of sale under applicable non-bankruptcy law governing foreclosure of real or personal property which is the subject of the motion, or the agents for such parties;
        "(2)  state with particularity the relief or order sought, and the grounds for such relief or order;
        "(3)  state the status of any pending foreclosure or repossession;
        "(4)  if the basis of the motion is lack of equity or adequate protection, and value is relevant, state by declaration the provable value of the subject property and the amount of any known encumbrances. The declaration shall also contain a statement as to the competency of the declarant and the foundation for any opinion therein; and
        "(5)  if the motion is brought for cause, state by declaration or other verified pleading the specific facts that constitute such cause.
    "(b)  Failure to set forth the information required by this rule may be grounds for denial of the relief requested.
    "(c)  The moving party shall serve the motion, together with Local Form CSD 1185, NOTICE OF FILING OF A MOTION FOR RELIEF FROM AUTOMATIC STAY, on the parties named in Local Bankruptcy Rule 4001-2(a)(1) above.  In a chapter 11 or 12 case, a copy of the motion shall also be served on the United States Trustee."

** **MOTIONS FILED <u>AFTER</u> THE CASE IS CLOSED ARE NOT ENTITLED TO A REFUND OF FEES**

====================================================================

**[The below Certification of Service must accompany the Notice of Motion printed on the reverse and any motion for entry of a default order pursuant to Local Bankruptcy Rule 4001-5.]**

### CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on <u>March 20, 2008</u>                  [DATE OF SERVICE[3] ], I served a true copy of the within NOTICE OF FILING OF A MOTION FOR RELIEF FROM AUTOMATIC STAY, together with a copy of the Motion for Relief from Stay and [describe any other papers]: Motion for Relief from Automatice Stay, Declaration of Christina L. Geraci, and Proof of Claim
by [describe mode of service]:  United States Mail

on the following persons [set forth name and address of each person served] and/or as checked below:

[ X ] Attorney for Debtor (or Debtor), if required:

Mark L. Miller


[ X ] For Chpt. 7, 11, & 12 cases:          [   ]  For ODD numbered Chapter 13 cases:          [   ]  For EVEN numbered Chapter 13 cases:

UNITED STATES TRUSTEE                     THOMAS H. BILLINGSLEA, JR., TRUSTEE          DAVID L. SKELTON, TRUSTEE
Department of Justice                     530 "B" Street, Suite 1500                   525 "B" Street, Suite 1430
402 West Broadway, Suite 600              San Diego, CA 92101                          San Diego, CA 92101-4507
San Diego, CA 92101


I certify under penalty of perjury that the foregoing is true and correct.

Executed on <u>March 20, 2008</u>                              _____
                    (Date)                                    (Typed Name and Signature)
                                                              Melissa Griswold

                                                              <u>2030 Main Street, Suite 1300</u>
                                                              (Address)

                                                              <u>Irvine, California 92614</u>
                                                              (City, State, ZIP Code)

[3] This DATE OF SERVICE commences the time period for responding to Motion.
CSD 1185

## SERVICE LIST

**DEBTORS**

John William Sullivan
Meggan Michele Sullivan
16345 Bassett Court
San Diego, CA 92103

**DEBTORS' ATTORNEY**

Mark L. Miller
2341 Jefferson Street, Suite 100
San Diego, CA 92110

**CHAPTER 7 TRUSTEE**

Nancy Wolf
P.O. Box 420448
San Diego, CA 92142

**U.S. TRUSTEE**

U.S. Trustee
Department of Justice
402 West Broadway, Suite 600
San Diego, CA 92101-8511

1  Christina L. Geraci (SBN 236719)
   Anthony F. Geraci (SBN 238892)
2  Geraci Law Firm, APC
   2030 Main Street, Suite 1300
3  Irvine, CA 92614
   Tel.: (949) 260-9156
4  Fax:  (949) 260-9157
   E-mail: anthony@geracilawfirm.com
5
   Attorneys for: Plaintiffs, JIM COLLINS and
6  MARYANN COLLINS

7

8                  UNITED STATES BANKRUPTCY COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10  In re                                )  Case No. 07-07626PB
                                         )
11  JOHN WILLIAM SULLIVAN and            )  Chapter 7
    MEGGAN MICHELE SULLIVAN              )
12                                       )  RS No. CGL1
                         Debtors,        )
13  _____  )  JIM COLLINS AND MARYANN COLLINS'
                                         )  MOTION FOR RELIEF FROM AUTOMATIC
14  JIM COLLINS and MARYANN COLLINS      )  STAY
                                         )  (11 U.S.C. §362 and Bankruptcy Rule 4001)
15                       Movants,        )
                                         )
16  vs.                                  )
                                         )
17  JOHN WILLIAM SULLIVAN and            )
    MEGGAN MICHELE SULLIVAN, Debtors;    )
18  and NANCY WOLF, Chapter 7 Trustee,   )
                                         )
19                       Respondents.    )
                                         )

20  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

21        Movant, JIM COLLINS and MARYANN COLLINS (hereinafter referred to as "Collins"

22  or "Movant"), in the above captioned-matter moves this Court for an Order granting relief from

23  the automatic stay on the grounds that pursuant to 11 U.S.C. §362(d)(1), good cause exists to grant

24  Movant's relief from the stay as the debt owed to Movant and the corresponding non-bankruptcy

25  action taking place is excepted from discharge pursuant to 11 U.S.C. §523(a)(19) as they involve

26  claims for state and federal securities fraud, common law fraud, and can be most expeditiously

27  resolved in a non-bankruptcy forum.

28  ///

                                                                    009

Geraci Law Firm, APC
2030 Main Street, Suite 1300
Irvine, California 92614
T: (949) 260-9156; F: (949) 260-9157

Geraci Law Firm, APC
2030 Main Street, Suite 1300
Irvine, California 92614
T: (949) 260-9156; F: (949) 260-9157

## I.    BRIEF STATEMENT OF THE FACTS

On December 5, 2007, the Collins filed a Complaint against John William Sullivan (hereinafter "Sullivan" or "Debtor"), among other parties, for violations of state and federal securities law relating to acts of fraud, common law fraud, and intentional misrepresentation; the Superior Court of California San Diego assigned case number 37-2007-00079823-CU-PN-NC, however, Sullivan subsequently removed the case to the United States District Court, Southern District of California, case number 08 CV 0051-L-CAB (hereinafter referred to as the "Non-Bankruptcy Action"). (Please see attached declaration of Christina L. Geraci.) The Collins allege they were fraudulently induced by Sullivan, and his counterparts, to invest $50,000 in his company, Winex Investment, Inc., which subsequently lost 84% of their investment within 30 days of investment. (Please see attached declaration of Christina L. Geraci.) The Collins claim they are owed a minimum of $100,000 for the original cash amount of $50,000 the Collins provided to Sullivan, plus costs, fees, damages, and other associated expenditures of filing suit against Sullivan and his counterparts. (Please see attached declaration of Christina L. Geraci.)

On February 21, 2008, Movant was informed Sullivan had filed for Chapter 7 Bankruptcy in the United States Bankruptcy Court Southern District, case number 07-07626 on December 31, 2007, and as such the non-bankruptcy action has been stayed. Movant seeks from this Court Relief from Automatic Stay as to Sullivan so that the non-bankruptcy action may continue in the non-bankruptcy forum. (Please see attached Declaration of Christina L. Geraci.)

## II.    APPLICABLE LAW

Pursuant to 11 U.S.C §362(d)(1), good cause exist to grant Movant relief from stay to proceed with the non-bankruptcy action to final judgment in the non bankruptcy forum because the claims are non-dischargeable in nature, the claims at issue arise under non-bankruptcy law, and the claims can be most expeditiously resolved in the non-bankruptcy forum.

Title 11 of the United States Code Annotated Section 523 states in pertinent part,

> (a) A discharge under section 727, 1141, 1228(a), 1228(b), or 1328(b) of this title **does not discharge an individual debtor from any debt**………

010

(19) that--

(A) is for--

    (i) the **violation of any of the Federal securities laws** (as that term is defined in section 3(a)(47) of the Securities Exchange Act of 1934), any of the State securities laws, or any regulation or order issued under such Federal or State securities laws; or

    (ii) **common law fraud, deceit, or manipulation in connection with the purchase or sale of any security;** and….(emphasis added)

    The Collins' non-bankruptcy action involves causes of action against Sullivan for violations of state and federal securities fraud and common law fraud. Title 11 of the United States Code Annotated Section 523 (a)(19) clearly excepts debts or suits for state and federal securities fraud and common law fraud from discharge in bankruptcy. No good reason exists to impose, or continue to impose, the automatic stay upon the Collins' suit against Sullivan, as the claims and any judgment obtained there from is specifically excepted from discharge in bankruptcy. Therefore, the Collins should be allowed to continue to prosecute the non-bankruptcy action against Sullivan in a non-bankruptcy forum.

## III.   **CONCLUSION**

    Based on the foregoing, and the attached declaration of Christina L. Geraci, Movant respectfully requests that the Court grant this Motion for Relief from Automatic Stay as to John William Sullivan and his estate.

DATED: March 20, 2008

                    **GERACI LAW FIRM, APC**

                    Christina L. Geraci, Esq.
                    Anthony F. Geraci, Esq.
                    Attorneys for Movant, JOHN COLLINS and MARYANN COLLINS

Geraci Law Firm, APC
2030 Main Street, Suite 1300
Irvine, California 92614
T: (949) 260-9156; F: (949) 260-9157

011

1   Christina L. Geraci (SBN 236719)
    Anthony F. Geraci (SBN 238892)
2   Geraci Law Firm, APC
    2030 Main Street, Suite 1300
3   Irvine, CA 92614
    Tel.: (949) 260-9156
4   Fax:  (949) 260-9157
    E-mail: anthony@geracilawfirm.com
5
    Attorneys for: Plaintiffs, JIM COLLINS and
6   MARYANN COLLINS

7

8                    UNITED STATES BANKRUPTCY COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10  In re                                    )  Case No. 07-07626
                                             )
11  JOHN WILLIAM SULLIVAN and                )  Chapter 7
    MEGGAN MICHELE SULLIVAN                   )
12                                           )  RS No. CGL1
                                             )
                Debtors,                     )
13  ─────────────────────────────           )  DECLARATION OF CHRISTINA L. GERACI
                                             )  IN SUPPORT OF MOTION FOR RELIEF
14  JIM COLLINS and MARYANN COLLINS          )  FROM AUTOMATIC STAY
                                             )  (11 U.S.C. §362 and Bankruptcy Rule 4001)
                Movants,                     )
15                                           )
                                             )
16  vs.                                      )
                                             )
17  JOHN WILLIAM SULLIVAN and                )
    MEGGAN MICHELE SULLIVAN, Debtors;        )
18  and NANCY WOLF, Chapter 7 Trustee,       )
                                             )
19              Respondents.                 )
    ─────────────────────────────           )

20      I, Christina L. Geraci, declare as follows:

21      1.    I am an attorney licensed to practice in the United States District Court Southern

22  District of California, Central District Court of California, United States Court of Appeals for the

23  Ninth Circuit, and all the Courts of the State of California and am a partner with the Geraci Law

24  Firm, APC, attorneys for Movant/Creditors Jim Collins and Mary Ann Collins (hereinafter

25  referred to as "The Collins" or "Movants" or "Creditors").  I have personal knowledge of each of

26  the facts set forth herein, and if called as a witness I could and would competently testify to them.

27      2.    I am submitting this declaration in support of Movants Motion for Relief from the

28  Automatic Stay filed in the United States Bankruptcy Court Southern District of California Case

Geraci Law Firm, APC
2030 Main Street, Suite 1300
Irvine, California 92614
T: (949) 260-9156; F: (949) 260-9157

012

1

**Geraci Law Firm, APC**
2030 Main Street, Suite 1300
Irvine, California 92614
T: (949) 260-9156; F: (949) 260-9157

1  No. 07-07626 concerning debtors, John William Sullivan and Meggan Michele Sullivan's Chapter

2  7 Bankruptcy.

3      3.    Movants move for relief from the automatic stay as to Debtor and Debtor's

4  bankruptcy estate with respect to the following pending lawsuit (the "Non-Bankruptcy Action") in

5  a non-bankruptcy forum:

6      Case Name:     Collins v. John Suillivan, Winex, et. al.
    Docket Number:  08 CV 0051-L-CAB

7      Court:        United States District Court – Southern District of California

8      4.    The Collin's suit against John William Sullivan (hereinafter referred to as

9  "Sullivan") concerns a securities fraud debt, and is the subject of ongoing litigation.  Attached to

10  this declaration as Exhibit 1 is a true and correct copy of the Complaint, case number 37-2007-

11  00079823-CU-PN-NC, filed in the Superior Court of the State of California, County of San Diego,

12  which Sullivan subsequently removed to the United States District Court, Southern District of

13  California Case No 08 CV 0051-L-CAB.   A true and correct copy of the Notice of Removal is

14  attached hereto as Exhibit 2.

15      5.    The Collins were fraudulently induced by Sullivan to invest $50,000 in his

16  company, Winex Investment, Inc.  The $100,000 amount listed on the Motion for Relief from the

17  Automatic Stay and Proof of Claim includes the original cash amount of $50,000 the Collins

18  provided to Sullivan and costs, fees, damages, and other associated expenditures of filing suit

19  against Sullivan and his counterparts.

20      6.    Pursuant to 11 U.S.C. §362(d)(1), cause exists to grant Movants relief from the stay

21  to proceed in the Non-Bankruptcy Action to final judgment in the non-bankruptcy forum because

22  the claims are non-dischargeable in nature and can be most expeditiously resolved in the non-

23  bankruptcy forum.

24      7.    Pursuant to 11 U.S.C. §523(a)19, debts for violations of state and federal securities

25  fraud are excepted from discharge.

26  ///

27  ///

28  ///

8.    In addition, I am filing the requisite Proof of Claim form B10 with this declaration. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed March 20, 2008 at Irvine, California.



Christina L. Geraci, Declarant

**Geraci Law Firm, APC**
2030 Main Street, Suite 1300
Irvine, California 92614
T: (949) 260-9156; F: (949) 260-9157

014

DECLARATION OF CHRISTINA L. GERACI IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT    Southern District of California | PROOF OF CLAIM |
|---|---|

| Name of Debtor: JOHN WILLIAM SULLIVAN and MEGGAN MICHELE SULLIVAN | Case Number: 07-07626 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
JIM COLLINS and MARY ANN COLLINS

Name and address where notices should be sent:

GERACI LAW FIRM, APC
2030 MAIN STREET, SUITE 1300, IRVINE, CALIFORNIA 92614

Telephone number:
(949) 260-9156

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
(*If known*)

Filed on:_____

Name and address where payment should be sent (if different from above):

SAME

Telephone number:
(949) 260-9156

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed:    $            100,000.00

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☑ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim:    Securities Fraud
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor:    A18

3a. Debtor may have scheduled account as:_____
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:    ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:

Value of Property:$_____    Annual Interest Rate____%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____    Basis for perfection:_____

Amount of Secured Claim: $_____    Amount Unsecured: $_____

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain: Debt is non dischargable per 11 USC 523(a)(19)

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: 03/10/2008 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

/s/Christina L. Gearci | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

EXHIBIT D

B18
(Official Form 18)
(12/07)

## United States Bankruptcy Court
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101−6991

Telephone: 619−557−5620
Website: www.casb.uscourts.gov
Hours: 9:00am−4:00pm Monday−Friday

In re: *Debtor name(s) used by the debtor in the last 8 years, including married, maiden, trade, and address:*

**John William Sullivan**
 16345 Bassett Court
San Diego, CA 92103

Social Security No.:  xxx−xx−3377
*No Known Aliases*

**Meggan Michele Sullivan**
 16345 Bassett Court
San Diego, CA 92103

Social Security No.:  xxx−xx−8263
*Joint Debtor Aliases:*  Meggan Michele Carlson

Case number:  07−07626−PB7
Chapter: 7
Judge Peter W. Bowie

**Discharge of Debtor**

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:**    The debtor is granted a discharge under §727 of title 11, United States Code, (the Bankruptcy Code).

Dated: 4/8/08

By order of the court:

Barry K. Lander
Clerk of the Bankruptcy Court

## SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION

016

B18 (Official Form 18)(12/07) – Continued

## EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person(s) named as the debtor(s). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

<u>Collection of Discharged Debts Prohibited</u>

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor(s).

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

<u>Debts That are Discharged</u>

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

<u>Debts that are Not Discharged</u>

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after 10/17/2005);
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans. (applies to cases filed on or after 10/17/2005)

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0974-3          User: admin              Page 1 of 2            Date Rcvd: Apr 08, 2008
Case: 07-07626               Form ID: b18              Total Served: 36
```

The following entities were served by first class mail on Apr 10, 2008.
```
db              John William Sullivan,    16345 Bassett Court,    San Diego, CA  92103
jdb             Meggan Michele Sullivan,    16345 Bassett Court,    San Diego, CA  92103
aty            +Mark L. Miller,    2341 Jefferson Street, Suite 100,    San Diego, CA 92110-3027
tr             +Nancy Wolf,    P.O. Box 420448,    San Diego, CA 92142-0448
smg            +Div. of Labor Standards Enforcement,    7575 Metropolitan Drive, Suite 210,
                San Diego, CA 92108-4424
smg            +Dun & Bradstreet,    Attn: Public Records, Maryanne Bachert,    899 Eaton Ave.,
                Bethlehem, PA 18025-0025
smg            +Employment Develop. Dept., State of CA,    Bankruptcy Unit - MIC 92E,    P.O. Box 826880,
                Sacramento, CA 94280-0001
smg            +State Board of Equalization,    P.O. Box 942879,    Sacramento, CA 94279-0001
11394235        American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11369835       +Bank Of America,    201 N Tryon St,    Charlotte, NC 28255-0001
11369836       +Bank Of America,    Pob 17054,    Wilmington, DE 19884-0001
11369837       +Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
11369838       +Bk Of Amer,    P.O. Box 7047,    Dover, DE 19903-7047
11383100        California Coast Credit Union,    c/o Pite Duncan LLP,    525 E. Main Street,    PO Box 12289,
                El Cajon CA 92022-2289
11369839       +California Coast Cu,    9201 Spectrum Center Blv,    San Diego, CA 92123-1407
11369841       +Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
11369843       +Expo/Cbsd,    Po Box 6003,    Hagerstown, MD 21747-6003
11369844       +Gemb,    345 Saint Peter St,    Saint Paul, MN 55102-1211
11369845       +Gemb/Ge Money Loc,    Po Box 30762,    Salt Lake City, UT 84130-0762
11401863       +Jim Collins & Mary Ann Collins,    c/o Geraci Law Firm APC,    2030 Main Street, Ste 1300,
                Irvine CA 92614-7220
11374759        Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
11369847       +San Diego Gas & Electric,    101 Ash Street,    San Diego, CA 92101-3096
11369848       +Sears/Cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
11369849      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Financial Services,    PO Box 60116,
                City Of Industry, CA 91716-0116)
11369850       +US Bank, NA,    Bankruptcy/ Recovery Dept,    PO Box 5229,    Cincinnati, OH 45201-5229
11369852        Wells Fargo,    PO Box 30086,    Los Angeles, CA 90030-0086
11426025       +Wells Fargo Bank,    BDD Loss Control,    PO Box 53476,    Phoenix, AZ 85072-3476
11428376       +Wells Fargo Bank NA,    BDD-Bankruptcy,    PO Box 53476,    Phoenix AZ 85072-3476
11369853       +Zion's Bank,    430 West Parrish Lane,    Centerville, UT 84014-1735
```

The following entities were served by electronic transmission on Apr 09, 2008.
```
smg             EDI: CALTAX.COM Apr 09 2008 01:59:00    Franchise Tax Board,    Attn: Bankruptcy,
                P.O. Box 2952,    Sacramento, CA  95812-2952
smg             E-mail/PDF: ustp.region15@usdoj.gov Apr 09 2008 05:54:42      Office of the U.S. Trustee,
                402 West Broadway, Ste. 600,    San Diego, CA  92101-8511
ust             E-mail/PDF: ustp.region15@usdoj.gov Apr 09 2008 05:54:42      United States Trustee,
                Office of the U.S. Trustee,    402 West Broadway, Suite 600,    San Diego, CA  92101-8511
11369835       +EDI: BANKAMER2.COM Apr 09 2008 01:59:00    Bank Of America,    201 N Tryon St,
                Charlotte, NC 28255-0001
11369836       +EDI: BANKAMER2.COM Apr 09 2008 01:59:00    Bank Of America,    Pob 17054,
                Wilmington, DE 19884-0001
11369837       +EDI: BANKAMER2.COM Apr 09 2008 01:59:00    Bank Of America,    Po Box 1598,
                Norfolk, VA 23501-1598
11369838       +EDI: BANKAMER2.COM Apr 09 2008 01:59:00    Bk Of Amer,    P.O. Box 7047,    Dover, DE 19903-7047
11369840       +EDI: CHASE.COM Apr 09 2008 01:59:00    Chase,    800 Brooksedge Blvd,
                Westerville, OH 43081-2822
11369842       +EDI: DISCOVER.COM Apr 09 2008 01:59:00    Discover Fin Svcs Llc,    Po Box 15316,
                Wilmington, DE 19850-5316
11369846        EDI: HFC.COM Apr 09 2008 01:59:00    HSBC Mortgage Corp.,    P.O. Box 4552,
                Buffalo, NY 14240-4552
11374759        EDI: RECOVERYCORP.COM Apr 09 2008 01:59:00    Recovery Management Systems Corporation,
                25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
11369850       +EDI: USBANKARS.COM Apr 09 2008 01:59:00    US Bank, NA,    Bankruptcy/ Recovery Dept,
                PO Box 5229,    Cincinnati, OH 45201-5229
11369851       +EDI: PROVID.COM Apr 09 2008 01:59:00    Washington Mutual,    PO Box 99607,
                Arlington, TX 76096-9607
11369852        EDI: WFFC.COM Apr 09 2008 01:59:00    Wells Fargo,    PO Box 30086,    Los Angeles, CA 90030-0086
11426025       +EDI: WFFC.COM Apr 09 2008 01:59:00    Wells Fargo Bank,    BDD Loss Control,    PO Box 53476,
                Phoenix, AZ 85072-3476
11428376       +EDI: WFFC.COM Apr 09 2008 01:59:00    Wells Fargo Bank NA,    BDD-Bankruptcy,    PO Box 53476,
                Phoenix AZ 85072-3476
                                                                                           TOTAL: 16
```

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

District/off: 0974-3          User: admin          Page 2 of 2          Date Rcvd: Apr 08, 2008
Case: 07-07626               Form ID: b18           Total Served: 36

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 10, 2008                          Signature:    _Joseph Speetjens_