ELIZABETH S. BALFOUR, Cal. Bar No. 213994
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
12275 El Camino Real, Suite 200
San Diego, California  92130-2006
Telephone:  858-720-8900
Facsimile:    858-509-3691
ebalfour@sheppardmullin.com

Attorneys for Defendants Winex Investments, LLC, William Krusheski, John Sullivan, Robert B. Hydeman, and Emilio Pineda

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM COLLINS and MARYANN COLLINS,<br><br>             Plaintiffs,<br><br>     v.<br><br>WINEX INVESTMENTS, LLC, a Wyoming limited liability company, WILLIAM KRUSHESKI, an individual, JOHN SULLIVAN, an individual, ROBERT B. HYDEMAN, an individual, EMILIO PINEDA, an individual, DOES 1 through 100, inclusive,<br><br>             Defendants. | Case No.  08 CV 0051 L CAB<br><br>CERTIFICATE OF SERVICE<br><br><br>Date:  June 30, 2008<br>Time:  10:30 a.m.<br>Ctrm:  14<br>Honorable James Lorenz<br><br>Complaint Filed:  December 5, 2007<br>Complaint Served:  December 10, 2007<br>Complaint Removed:  January 9, 2008<br>Amended Complaint Filed: April 3, 2008 |

<u>CERTIFICATE OF SERVICE</u>

<u>STATE OF CALIFORNIA, COUNTY OF SAN DIEGO</u>

I am employed in the County of San Diego; I am over the age of eighteen years and not a party to the within entitled action; my business address is 12275 El Camino Real, Suite 200, San Diego, California 92130-2006.

On **April 23, 2008,** I served the following document(s):

1. NOTICE OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT AS TO DEFENDANT JOHN SULLIVAN PURSUANT TO 11 U.S.C. § 727; MOTION TO DISMISS THE FIRST, SECOND, THIRD, FOURTH, AND FIFTH CAUSES OF ACTION OF THE AMENDED COMPLAINT AS TO DEFENDANTS WINEX INVESTMENTS, LLC, WILLIAM KRUSHESKI, AND CRAIG PINEDO, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)6; AND MOTION TO DISMISS THE AMENDED COMPLAINT AS TO DEFENDANT ROBERT HYDEMAN PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)6.

2. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT AS TO DEFENDANT JOHN SULLIVAN PURSUANT TO 11 U.S.C. § 727; MOTION TO DISMISS THE FIRST, SECOND, THIRD, FOURTH, AND FIFTH CAUSES OF ACTION OF THE AMENDED COMPLAINT AS TO DEFENDANTS WINEX INVESTMENTS, LLC, WILLIAM KRUSHESKI, AND CRAIG PINEDO, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)6; AND MOTION TO DISMISS THE AMENDED COMPLAINT AS TO DEFENDANT ROBERT HYDEMAN PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)6.

3. REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT AS TO DEFENDANT JOHN SULLIVAN PURSUANT TO 11 U.S.C. § 727; MOTION TO DISMISS THE FIRST, SECOND, THIRD, FOURTH, AND FIFTH CAUSES OF ACTION OF THE AMENDED COMPLAINT AS TO DEFENDANTS WINEX INVESTMENTS, LLC, WILLIAM KRUSHESKI, AND CRAIG PINEDO, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)6; AND MOTION TO DISMISS THE AMENDED COMPLAINT IN ITS ENTIRETY AS TO DEFENDANT ROBERT HYDEMAN PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)6.

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

Anthony F. Geraci, Esq.
Geraci Law Firm
2030 Main St., Ste. 1300
Irvine, CA 92614
Phone: 949-260-9156
Fax: 949-260-9157

☒ **BY ELECTRONIC MAIL:** I caused the above-entitled documents to be served through CM ECF addressed to all parties appearing on the CM ECF electronic

-1-

service list for the above-entitled case. The file transmission was reported as completed and a copy of the CM ECF Filing Receipt will be maintained with the original documents in our office.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 23, 2008, at San Diego, California.

_____
Jodi Thomas