ELIZABETH S. BALFOUR, Cal. Bar No. 213994
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
12275 El Camino Real, Suite 200
San Diego, California 92130-2006
Telephone: 858-720-8900
Facsimile: 858-509-3691
ebalfour@sheppardmullin.com

Attorneys for Defendants Winex Investments, LLC, William Krusheski, John Sullivan, Robert B. Hydeman, and Emilio Pineda

ANTHONY GERACI, ESQ.
GERACI LAW FIRM
2030 Main St., Ste. 1300
Irvine, CA 92614
Telephone: 949-260-9156
Facsimile: 949-260-9157
anthony@geracilawfirm.com

Attorneys for Plaintiffs Jim Collins and MaryAnn Collins

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM COLLINS and MARYANN COLLINS,<br><br>                    Plaintiffs,<br><br>    v.<br><br>WINEX INVESTMENTS, LLC, a Wyoming limited liability company, WILLIAM KRUSHESKI, an individual, JOHN SULLIVAN, an individual, ROBERT B. HYDEMAN, an individual, EMILIO PINEDA, an individual, DOES 1 through 100, inclusive,<br><br>                    Defendants. | Case No. 08 CV 0051 L CAB<br><br>JOINT MOTION RESCHEDULING THE DATE FOR DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT<br><br><br>**Complaint Filed: December 5, 2007**<br>**Complaint Served: December 10, 2007**<br>**Complaint Removed: January 9, 2008**<br>**Amended Complaint Filed: April 3, 2008** |

-1-

        Plaintiffs Jim Collins and Maryann Collins ("Plaintiffs") and Defendants Winex Investments, LLC, William Krusheski, John Sullivan, Robert B. Hydeman, and Emilio Pineda ("Defendants") stipulate and agree to the following:

(1) On April 24, 2008, counsel for Plaintiffs and counsel for Defendants had a telephonic status conference with Magistrate Judge Bencivengo regarding the pending bankruptcy case of Defendant John Sullivan (Case No. 07-07626, United States Bankruptcy Court for the Southern District of California).

(2) Magistrate Judge Bencivengo scheduled a further status conference on June 18, 2008 to discuss the status of Mr. Sullivan's bankruptcy case as it affects the pending matter.

(3) Plaintiffs and Defendants jointly request that the Motion to Dismiss the Amended Complaint, filed by Defendants on April 23, 2008 and currently scheduled for hearing on June 30, 2008 be re-scheduled so that it is heard at least 30 days after June 30, 2008.

Dated: ~~April~~ May 5, 2008

By _____
Anthony Geraci
Attorneys for Plaintiffs Jim Collins and Maryann Collins
Email: anthony@geracilawfirm.com

DATED: ~~April~~ May 12, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
Elizabeth S. Balfour
Attorneys for Defendants Winex Investments, LLC, William Krusheski, John Sullivan, Robert B. Hydeman, Emilio Pineda
e-mail: ebalfour@sheppardmullin.com