UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM COLLINS *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WINEX INVESTMENTS, LLC, *et al.*, <br><br> Defendants. | Civil No. 08cv51-L(CAB) <br><br> **ORDER DENYING JOINT MOTION TO CONTINUE HEARING DATE** |

On May 12, 2008, the parties filed a motion styled as Joint Motion Rescheduling the Date for Defendants' Motion to Dismiss the Amended Complaint. The currently scheduled hearing date is June 30, 2008, The parties request a continuance of at least 30 days. Although the parties state that a status conference pertaining to the pending bankruptcy proceeding involving Defendant John Sullivan is scheduled for June 18, 2008, they do not provide any explanation why this would necessitate a continuance of the pending motion. To obtain a continuance, the moving parties must show good cause. Fed. R. Civ. Proc. 6(b). The Joint Motion does not include a showing of good cause and is therefore **DENIED**.

**IT IS SO ORDERED**.

DATED: May 13, 2008

M. James Lorenz  
United States District Court Judge

08cv51

1  COPY TO:

2  HON. CATHY ANN BENCIVENGO
   UNITED STATES MAGISTRATE JUDGE
3
   ALL PARTIES/COUNSEL
4