Anthony F. Geraci (SBN 238892)
Christina L. Geraci (SBN 236719)
Geraci Law Firm, APC
2030 Main Street, Suite 1300
Irvine, CA 92614
Tel.: (949) 260-9156
Fax: (949) 260-9157
E-mail: anthony@geracilawfirm.com

Attorneys for: Plaintiffs, JIM COLLINS and MARYANN COLLINS

Elizabeth S. Balfour (SBN 213994)
Sheppard, Mullin, Richter & Hampton, LLP
12275 El Camino Real, Suite 200
San Diego, CA 92130-2006
Tel: (858) 720-8900
Fax: (858) 509-3691
ebalfour@sheppardmullin.com

Attorneys for Defendants Winex Investents, LLC
William Krusheski, John Sullivan, Robert B. Hydeman, and Emilio Pineda

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM COLLINS and MARYANN COLLINS<br><br>Plaintiffs,<br><br>vs.<br><br>WINEX INVESTMENTS, LLC, a Wyoming limited liability company, WILLIAM KRUSHESKI, an individual, JOHN SULLIVAN, an individual, ROBERT B. HYDEMAN, an individual, EMILIO PINEDA, an individual, DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 08 CV 0051 L CAB<br><br>**RENEWED JOINT MOTION TO CONTINUE THE HEARING OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**<br><br>Dept: 14<br>Honorable James Lorenz |

Plaintiffs and Defendants, jointly by their respective counsel, hereby move the court for an order requiring that the hearing of the Defendants' Motion to Dismiss in the above-entitled and numbered case, now set for June 30, 2008, be continued for not less than 30 days on the grounds that the outcome of Defendant John Sullivan's pending bankruptcy

petition will likely have a tremendous impact on the rights of the remaining parties, plaintiffs and defendants. Good cause for continuing the hearing until after Mr. Sullivan's bankruptcy issues are settled can also be found in that after Mr. Sullivan's bankruptcy case is completed there will be a clearer picture as to the parties and assets at issue in this matter which may better facilitate settlement discussions.

Moreover, good cause to continue the hearing on Defendants' Motion to Dismiss Plaintiffs' Amended Complaint is found in Local Rule 7.1, subdivision e(2), which sets the time for filing opposition to the motion fourteen calendar days prior to date of the hearing. Based on the currently scheduled hearing date, Plaintiffs' opposition is due to the court on Monday, June 16, 2008; two days prior to the further status conference set for Wednesday, June 18, 2008 to discuss the status of Mr. Sullivan's bankruptcy case and its expected effect on the present action. Drafting an opposition without knowing the status of Mr. Sullivan's bankruptcy action would be extremely prejudicial to Plaintiffs' ability to properly oppose Defendants' motion. This continuance is requested not for the purpose of delay, but in order that justice may be done.

This motion is based on the Declarations of Anthony Geraci and Elizabeth Balfour which are attached and incorporated by reference, and all the records and files in this case.

Dated: May 28, 2008

GERACI LAW FIRM
A Professional Corporation

By: _____
Anthony Geraci
Attorneys for Plaintiffs Jim Collins
and Maryann Collins
Email: anthony@geracilawfirm.com

Dated: May 28, 2008

SHEPPARD, MULLIN, RICHTER
& HAMPTON, LLP

By: Elizabeth S. Balfour
Elizabeth S. Balfour
Attorneys for Defendants Winex Investments, LLC, William Krusheski, John Sullivan, Robert B. Hydeman, Emilio Pineda
Email: ebalfour@sheppardmullin.com