1  Anthony F. Geraci (SBN 238892)
   Christina L. Geraci (SBN 236719)
2  Geraci Law Firm, APC
   2030 Main Street, Suite 1300
3  Irvine, CA 92614
   Tel.: (949) 260-9156
4  Fax: (949) 260-9157
   E-mail: anthony@geracilawfirm.com
5
   Attorneys for: Plaintiffs, JIM COLLINS and
6  MARYANN COLLINS

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11 JIM COLLINS and MARYANN COLLINS   ) Case No. 08 CV 0051 L CAB
                                     )
12              Plaintiffs,          )
                                     ) **DECLARATION OF ANTHONY GERACI**
13 vs.                               ) **IN SUPPORT OF RENEWED JOINT**
                                     ) **MOTION TO CONTINUE THE HEARING**
14 WINEX INVESTMENTS, LLC, a Wyoming ) **ON DEFENDANTS' MOTION TO**
   limited liability company, WILLIAM) **DISMISS PLAINTIFFS' AMENDED**
15 KRUSHESKI, an individual, JOHN    ) **COMPLAINT**
   SULLIVAN, an individual, ROBERT B.)
16 HYDEMAN, an individual, EMILIO PINEDA, )
   an individual, DOES 1 through 100, inclusive, )
17                                   ) Date: June 30, 2008
                Defendants.          ) Time: 10:30am
18                                   ) Dept: 14
                                     )
19                                   ) Honorable James Lorenz
                                     )
20 _____  )

21

22      I, Anthony Geraci, declare as follows:

23      1.   I am an attorney licensed to practice in the United States District Court

24 Southern District of California, Central District Court of California, United States Court of

25 Appeals for the Ninth Circuit, and all the Courts of the State of California and am a partner

26 with the Geraci Law Firm, APC, attorneys for Plaintiffs Jim Collins and Mary Ann Collins

27 (hereinafter referred to as "The Collins"). I have personal knowledge of each of the facts

28 set forth herein, and if called as a witness I could and would competently testify to them.

---

1

DECLARATION OF ANTHONY GERACI IN SUPPORT OF RENEWED JOINT MOTION TO CONTINUE

2. I am submitting this declaration in support of the Renewed Joint Motion to Continue the Hearing of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint in the above-entitled and numbered case, now set for June 30, 2008.

3. On April 23, 2008 Defendants filed a Motion to Dismiss Plaintiffs' Amended Complaint.

4. On April 24, 2008, counsel for Plaintiffs and counsel for Defendants had a telephonic status conference with Magistrate Judge Bencivengo regarding the pending bankruptcy case of Defendant John Sullivan (Case Number 07-07626, United States Bankruptcy Court for the Southern District of California).

5. At that time, a Further Status Conference was set for Wednesday, June 18, 2008 to discuss the status of Mr. Sullivan's bankruptcy case and its' expected effect on the present action.

6. Under the current briefing schedule, Plaintiffs' Opposition to Defendants' Motion to Dismiss is due no later than June 16, 2008.

7. Because Plaintiffs' Opposition to Defendants' Motion to Dismiss is due prior to the earliest date that Plaintiffs' counsel will be updated as to the status of Mr. Sullivan's bankruptcy case, and the outcome of that action will significantly affect the present action, Plaintiffs are unable to properly prepare an opposition prior to the deadline for the current hearing date.

8. Plaintiffs and Defendants previously filed a Joint Motion to Continue the Hearing of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint on May 12, 2008, which was subsequently denied on May 13, 2008, for failing to show good cause for the requested continuance.

///
///
///
///
///

9. The present Renewed Joint Motion to Continue is being brought to provide the Court with the factual support for finding good cause to continue that was inadvertently left out of the original motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 28, 2008 at Irvine, California.

_____
Anthony Geraci, Declarant