ELIZABETH S. BALFOUR, Cal. Bar No. 213994
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
12275 El Camino Real, Suite 200
San Diego, California  92130-2006
Telephone:  858-720-8900
Facsimile:    858-509-3691
ebalfour@sheppardmullin.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM COLLINS and MARYANN COLLINS,<br><br>            Plaintiffs,<br><br>    v.<br><br>WINEX INVESTMENTS, LLC, a Wyoming limited liability company, WILLIAM KRUSHESKI, an individual, JOHN SULLIVAN, an individual, ROBERT B. HYDEMAN, an individual, EMILIO PINEDA, an individual, DOES 1 through 100, inclusive,<br><br>            Defendants. | Case No.  08 CV 0051 L CAB<br><br>DECLARATION OF ELIZABETH BALFOUR IN SUPPORT OF RENEWED JOINT MOTION TO CONTINUE THE HEARING OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT<br><br>Ctroom:  14<br>Honorable James Lorenz |

I, Elizabeth Balfour, declare as follows:

1. I am an attorney licensed to practice in the United States District Court for the Southern District of California, Central District of California, and all Courts of the State of California and I am an associate with the law firm of Sheppard, Mullin, Richter & Hampton, LLP attorneys for Defendants Winex Investments, LLC, William Krusheski, John Sullivan, Robert B. Hydeman, and Emilio Pineda. I have personal knowledge of the facts hereinafter stated and, if sworn as a witness, could and would testify competently thereto.

2. On April 23, 2008, I caused to be filed a Motion to Dismiss the First Amended Complaint filed by Plaintiffs. One of the grounds for dismissal as to Defendant John Sullivan is that, on April 8, 2008, Mr. Sullivan received a discharge in his bankruptcy case (in which he had identified Plaintiffs' claims) and therefore Plaintiffs are precluded from pursuing the claims asserted in this lawsuit against him. On April 24, 2008, Plaintiffs filed an adversary proceeding in Mr. Sullivan's bankruptcy case in which they challenge his discharge.

3. If Plaintiffs are not permitted to challenge Mr. Sullivan's discharge because the Bankruptcy Court find that their adversary proceeding is untimely or for some other reason, then this will have a substantial impact on the pending Motion to Dismiss. If Plaintiffs are permitted to challenge Mr. Sullivan's discharge, then the existence of a pending adversary proceeding in which the same claims are asserted as in this lawsuit will also have an impact on how this lawsuit proceeds.

4. During the April 24, 2008 status conference with Magistrate Judge Bencivengo, I discussed with Mr. Geraci and with Judge Bencivengo that it made sense, from the perspective of case management, to delay the hearing on the Motion to Dismiss by at least 30 days so that the parties and Magistrate Judge

1  Bencivengo could address the status of Plaintiffs' adversary proceeding filed in Mr.
2  Sullivan's bankruptcy case during the next status conference on June 18, 2008.
3         5.   Plaintiffs' counsel and Defendants' counsel previously submitted
4  a Joint Motion to continue the hearing date on the Motion to Dismiss from June 30
5  but the Court found that the Joint Motion failed to provide good cause to continue
6  the hearing date. This declaration, and the declaration of Mr. Geraci, are submitted
7  to provide more information regarding the status of the case and to support the Joint
8  Motion to continue the hearing date by at least 30 days.
9         I declare under penalty of perjury under the laws of the United States
10 that the foregoing is true and correct. Executed May 24, 2008, at San Diego,
11 California.

*[signature: Elizabeth Balfour]*

ELIZABETH BALFOUR

-2-

W02-WEST:DEL\400853799.1

BALFOUR DEC. IN SUPPORT OF RENEWED JOINT
MOTION TO CONTINUE HEARING
08 CV 0051 L CAB