UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JIM COLLINS *et al.*, | ) | Civil No. 08cv51-L(CAB) |
| Plaintiffs, | ) ) ) | **ORDER CONTINUING HEARING DATE** |
| v. | ) ) | |
| WINEX INVESTMENTS, LLC, *et al.*, | ) ) | |
| Defendants. | ) ) | |

On May 28, 2008, the parties filed a Renewed Joint Motion to Continue the Hearing of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint. The currently scheduled hearing date is June 30, 2008. The parties request a continuance of at least 30 days. The parties contend that the motion should be continued so that the opposition papers are due after the status conference scheduled for June 18, 2008. The status conference pertains to the status of the pending bankruptcy proceeding involving Defendant John Sullivan, wherein Plaintiffs challenge the bankruptcy court's discharge of their claims against Mr. Sullivan. The parties' joint motion is **GRANTED**. The hearing on Defendants' motion to dismiss is **CONTINUED TO August 4, 2008 at 10:30 a.m.**

**IT IS FURTHER ORDERED THAT** if after the June 18 status conference the parties decide to request another continuance, their request must state whether there is currently a bankruptcy stay in effect relating to Mr., Sullivan's bankruptcy and the anticipated resolution date of the currently pending adversary proceeding. They must also address the issue why the

case, including the pending motion to dismiss, should not proceed as to the remaining Defendants, and state how they envision the case in this court to proceed as to Mr. Sullivan.

**IT IS SO ORDERED**.

DATED: May 29, 2008

M. James Lorenz
United States District Court Judge

COPY TO:

HON. CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL