Anthony F. Geraci (SBN 238892)
Christina L. Geraci (SBN 236719)
Charles W. Brower, II (SBN 242460)
Geraci Law Firm, APC
2030 Main Street, Suite 1300
Irvine, CA 92614
Tel.: (949) 260-9156
Fax: (949) 260-9157
E-mail: anthony@geracilawfirm.com

Attorneys for: Plaintiffs, JIM COLLINS and MARYANN COLLINS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM COLLINS and MARYANN COLLINS<br><br>Plaintiffs,<br><br>vs.<br><br>WINEX INVESTMENTS, LLC, a Wyoming limited liability company, WILLIAM KRUSHESKI, an individual, JOHN SULLIVAN, an individual, ROBERT B. HYDEMAN, an individual, EMILIO PINEDA, an individual, DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 08 CV 0051 L CAB<br><br>**DECLARATION OF CHARLES W. BROWER, II IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT** |

I, Charles W. Brower, II, declare as follows:

1. I am an attorney licensed to practice in the United States District Court Southern District of California, Central District Court of California, United States Court of Appeals for the Ninth Circuit, and all the Courts of the State of California and am an associate attorney with the Geraci Law Firm, APC, attorneys for Plaintiffs Jim Collins and Mary Ann Collins (hereinafter referred to as "The Collins"). I have personal knowledge of each of the facts set forth herein, and if called as a witness I

could and would competently testify to them.

2. I am submitting this Declaration in support of Plaintiffs' Opposition Defendants' Motion to Dismiss Plaintiffs' Amended Complaint in the above-entitled and numbered case, now set to be heard on August 4, 2008.

3. The present matter has been previously stayed pending the outcome of the bankruptcy petition filed by Defendants John William Sullivan and Meggan Michelle Sullivan in the United States Bankruptcy Court for the Southern District of California, case number 07-07626PB.

4. Plaintiff's Jim and Maryann Collins filed a Motion for Relief from Automatic Stay in the bankruptcy action on March 20, 2008.

5. The Sullivans' bankruptcy case was discharged on April 18, 2008, without the Court having taken any action on Plaintiffs' Motion for Relief from Automatic Stay.

6. Plaintiff's Jim and Maryann Collins filed an Adversary Complaint to Determine Dischargeability of Debt, adversary case number 08-90172 in the United States Bankruptcy Court for the Southern District of California on April 22, 2008.

7. Bankruptcy counsel for the Sullivans filed a subsequent Motion to Dismiss Plaintiffs' Complaint to Determine Dischargeability of Debt, which was heard on July 15, 2008 before Chief Judge Peter W. Bowie in Department 4.

8. I attended the July 15, 2008 hearing before Chief Judge Bowie and argued on behalf of the Collins'.

9. During the hearing, Judge Bowie stated that he had reviewed the Motion for Relief From Automatic Stay prior to signing the order discharging the Sullivans' bankruptcy petition, but had not acted on it because no proposed order had been submitted with it.

10. Judge Bowie further stated that as soon as such an Order was provided to him he would sign the same and GRANT the Motion for Relief From Automatic Stay.

11. Finally, Judge Bowie denied the Sullivans' Motion to Dimsiss the Complaint to

Geraci Law Firm, APC
2030 Main Street, Suite 1300
Irvine, California 92614
T: (949) 260-9156; F: (949) 260-9157

Determine Dischargeability of Debt and ordered that I prepare an Order for his signature Denying the Motion and thereafter Staying all proceedings on the Adversary Complaint until the conclusion of the present civil action by the Collins'.

12. A true and correct copy of the Minute Order issued by the Clerk in Department 4 of the Bankruptcy Court is attached hereto as Exhibit "A" and incorporated herein by reference.

13. On July 16, 2008, I prepared, and submitted to the Bankruptcy Court for signature, a Proposed Order Granting Plaintiffs' Motion for Relief From Automatic Stay. A true and correct copy of the Proposed Order Granting Plaintiffs' Motion for Relief From Automatic Stay is attached hereto as Exhibit "B" and incorporated herein by reference.

14. On July 16, 2008, I prepared, and submitted to the Bankruptcy Court for signature, a Proposed Order Denying Defendants' Motion to Dismiss Complaint for Determination of Dischargeability of Debt and Staying Adversary Proceedings Pending Result of Plaintiffs' Civil Action. A true and correct copy of that Proposed Order is attached hereto as Exhibit "C" and incorporated herein by reference.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 21, 2008 at Irvine, California.

Charles W. Brower, II, Declarant

DECLARATION OF CHARLES W. BROWER, II IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS

**Geraci Law Firm, APC**
2030 Main Street, Suite 1300
Irvine, California 92614
T: (949) 260-9156; F: (949) 260-9157

# EXHIBIT "A"

DECLARATION OF CHARLES W. BROWER, II IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
# Minute Order

### Hearing Information:

ADV: 08-90172

**JIM COLLINS VS JOHN WILLIAM SULLIVAN**

| | |
|---|---|
| Debtor: | JOHN WILLIAM & MEGGAN MICHELE SULLIVAN |
| Case Number: | 07-07626-PB7    Chapter: 7 |
| Date / Time / Room: | TUESDAY, JULY 15, 2008 10:30 AM   DEPARTMENT 4 |
| Bankruptcy Judge: | PETER W. BOWIE |
| Courtroom Clerk: | MARCIA PEARSON |
| Reporter / ECR: | LYNETTE ALVES |

### Matter:

DEFENDANTS' MOTION TO DISMISS FOR UNTIMELY FILING & FAILURE TO STATE A CAUSE OF ACTION (fr. 6/30/08)

### Appearances:

Charles Brower, ATTORNEY FOR Jim Collins, MaryAnn Collins
Dina Simmons, ATTORNEY FOR John William Sullivan, Meggan Michele Sullivan

### Disposition:

Denied;  Order to be prepared by Brower

Geraci Law Firm, APC
2030 Main Street, Suite 1300
Irvine, California 92614
T: (949) 260-9156; F: (949) 260-9157

# EXHIBIT "B"

DECLARATION OF CHARLES W. BROWER, II IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>JOHN WILLIAM SULLIVAN and<br>MEGGAN MICHELE SULLIVAN<br><br>　　　　　　　Debtors,<br><br>JIM COLLINS and MARYANN COLLINS<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>JOHN WILLIAM SULLIVAN and<br>MEGGAN MICHELE SULLIVAN,<br>Debtors; and NANCY WOLF, Chapter 7<br>Trustee,<br><br>　　　　　　　Defendants. | Case No. 07-07626PB<br><br>Chapter 7<br>RS No. CGL1<br><br><br><br><br><br>**[PROPOSED] ORDER GRANTING JIM AND MARYANN COLLINS' MOTION FOR RELIEF FROM AUTOMATIC STAY** |

　　Now before the Court is the Motion for Relief From Automatic Stay brought by Plaintiffs Jim and Maryann Collins ("Plaintiffs").

　　Having reviewed the Motion, and the separate Declaration of Christina L. Geraci, and finding good cause therefore, the Court hereby GRANTS Plaintiffs' Motion for Relief From Automatic Stay.

　　IT IS SO ORDERED.

Dated: __ _July ___, 2008

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE PETER W. BOWIE
　　　　　　　　　　　　　　　　　　Chief Judge, United States Bankruptcy Court
　　　　　　　　　　　　　　　　　　for the Southern District of California

# EXHIBIT "C"

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>JOHN WILLIAM SULLIVAN and<br>MEGGAN MICHELE SULLIVAN<br><br>                    Debtors,<br>_____<br><br>JIM COLLINS and MARYANN COLLINS<br><br>                    Plaintiffs,<br><br>vs.<br><br>JOHN WILLIAM SULLIVAN and<br>MEGGAN MICHELE SULLIVAN,<br>Debtors; and NANCY WOLF, Chapter 7<br>Trustee,<br><br>                    Defendants. | Case No. 07-07626PB<br><br>Chapter 7<br>Adversary No. 08-90172-PBAD<br><br>**[PROPOSED] ORDER DENYING MOTION OF DEFENDANTS JOHN WILLIAM SULLIVAN AND MEGGAN MICHELE SULLIVAN TO DISMISS COMPLAINT FOR UNTIMELY FILING AND FAILURE TO STATE A CAUSE OF ACTION**<br><br>DATE:  July 15, 2008<br>TIME:   10:30 a.m.<br>DEPT.:  4 |

Now before the Court is the Motion of Defendants John William Sullivan and Meggan Michelle Sullivan to Dismiss Complaint for Untimely Filing and Failure to State a Cause of Action.

Having reviewed the Motion, the Memorandum of Points and Authorities in Opposition thereto, and Defendants' Reply to Plaintiffs' Opposition, the Court hereby finds as follows:

///

///

1. The time for filing the Complaint To Determine Dischargeability of Debt under 11 U.S.C. § 523(a)(19) is controlled by Federal Rule of Bankruptcy Procedure Rule 4007(b), and, therefore, may be brought at any time, as such, the Motion to Dismiss is DENIED;

2. The Complaint for Determination of Dischargeability of Debt is hereby stayed until the Collins' securities fraud claims against Defendants in United States District Court-Southern District of California Case Number 08 CV 0051 L CAB can be adjudicated.

IT IS SO ORDERED.

Dated: _July ___, 2008_____
HONORABLE PETER W. BOWIE
Chief Judge, United States Bankruptcy Court
for the Southern District of California