Anthony F. Geraci (SBN 238892)
Christina L. Geraci (SBN 236719)
Charles W. Brower, II (SBN 242460)
Geraci Law Firm, APC
2030 Main Street, Suite 1300
Irvine, CA 92614
Tel.: (949) 260-9156
Fax: (949) 260-9157
E-mail: anthony@geracilawfirm.com

Attorneys for: Plaintiffs, JIM COLLINS and MARYANN COLLINS

**Geraci Law Firm, APC**
2030 Main Street, Suite 1300
Irvine, California 92614
T: (949) 260-9156; F: (949) 260-9157

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

JIM COLLINS and MARYANN COLLINS

Plaintiffs,

vs.

WINEX INVESTMENTS, LLC, a Wyoming limited liability company, WILLIAM KRUSHESKI, an individual, JOHN SULLIVAN, an individual, ROBERT B. HYDEMAN, an individual, EMILIO PINEDA, an individual, DOES 1 through 100, inclusive,

Defendants.

Case No. 08 CV 0051 L CAB

**DECLARATION OF ANTHONY F. GERACI IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

I, Anthony F. Geraci, declare as follows:

1. I am an attorney licensed to practice in the United States District Court Southern District of California, Central District Court of California, United States Court of Appeals for the Ninth Circuit, and all the Courts of the State of California and am an associate attorney with the Geraci Law Firm, APC, attorneys for Plaintiffs Jim Collins and Mary Ann Collins (hereinafter referred to as "The Collins"). I have personal knowledge of each of the facts set forth herein, and if called as a witness I

could and would competently testify to them.

2. I am submitting this Declaration in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss Plaintiffs' Amended Complaint in the above-entitled and numbered case, now set to be heard on August 4, 2008.

3. Attached as Exhibit "A" to my Declaration is a true and correct copy of the Private Placement Memorandum received by the Collins.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 21, 2008 at Irvine, California.

/s/ Anthony Geraci
Anthony Geraci, Declarant

**Geraci Law Firm, APC**
2030 Main Street, Suite 1300
Irvine, California 92614
T: (949) 260-9156; F: (949) 260-9157

**Geraci Law Firm, APC**
2030 Main Street, Suite 1300
Irvine, California 92614
T: (949) 260-9156; F: (949) 260-9157

3

DECLARATION OF ANTHONY F. GERACI IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS

# EXHIBIT “A”

**Geraci Law Firm, APC**
2030 Main Street, Suite 1300
Irvine, California 92614
T: (949) 260-9156; F: (949) 260-9157