OFFEREE NAME _Jim & Maryanne Collins_      COPY NUMBER ___020___

CONFIDENTIAL PRIVATE PLACEMENT MEMORANDUM

FOR ACCREDITED INVESTORS ONLY

DATED MARCH 7, 2007

# WINEX INVESTMENTS, LLC

$1,000,000 TOTAL MINIMUM

$50,000,000 TOTAL MAXIMUM

LIMITED LIABILITY COMPANY UNITS

PURCHASE PRICE OF $1,000 PER UNIT, PAYABLE UPON SUBSCRIPTION

FIFTY (50) UNITS MINIMUM PER SUBSCRIPTION

FRACTIONAL UNITS MAY BE SOLD AT THE SOLE DISCRETION OF THE MANAGER

**WINEX INVESTMENTS, LLC** (the "Company" or the "Fund") is a Wyoming limited liability company organized to participate, directly or indirectly, in the currency exchange marketplace of world currencies (the "Project" or cumulatively the "Projects"). The Company will use the proceeds from the sale of the Units to provide capital for the Projects, either directly or indirectly through Affiliates. The Manager of the Company will direct and control the Company's affairs. Diversity Management, Inc. ("DMI") will be the Manager.

Investors will have the opportunity to purchase Sharing Units and become Members of the Company. Diversity Management, Inc. will own all of the Voting Units of the Company. The investment objectives of the Company, in order of priority, are to: (1) preserve and protect the Members' capital; (2) provide to the Members cash distributions from the participation profits of professionally managed foreign currency trading platforms; and (3) provide return of the Members' capital upon the termination and winding up of the Company. *There can be no assurance that any of such objectives will be attained.* Capitalized terms used herein have the meanings set forth in the Glossary.

THE SECURITIES OFFERED BY THIS MEMORANDUM HAVE NOT BEEN REGISTERED UNDER THE SECURITIES ACT OF 1933, AS AMENDED, OR ANY APPLICABLE STATE SECURITIES LAWS. NEITHER THE SECURITIES AND EXCHANGE COMMISSION NOR ANY STATE REGULATORY AUTHORITY HAS PASSED UPON THE ACCURACY OR ADEQUACY OF THIS PRIVATE PLACEMENT MEMORANDUM OR ENDORSED THE MERITS OF THIS OFFERING. ANY REPRESENTATION TO THE CONTRARY IS UNLAWFUL.

**See RISK FACTORS below for a discussion of certain important risks that should be considered in advance of any investment in the Units.**

|  | Price to Investors | Selling Commissions and Expenses | Net Proceeds to Company |
|---|---|---|---|
| Per Unit | $1,000 | $0 | $1,000 |
| Total Minimum | $1,000,000 | $0 | $1,000,000 |
| Total Maximum | $50,000,000 | $0 | $50,000,000 |

This Offering, being made on a "best efforts" basis by the Manager, will terminate not later than September 30, 2007, unless extended by the Company to a date not later than December 31, 2007.

WINEX INVESTMENTS, LLC
2333 State Street, Suite 102 Carlsbad, CA 92008
Tel: (760) 440-9712 or (760) 421-0785   Fax: (760) 421-0795

## NOTICE TO PROSPECTIVE PURCHASERS

This Confidential Private Placement Memorandum (hereinafter "Memorandum") has been prepared for distribution to potential purchasers for their confidential use and information in evaluating an investment in the Units. Prospective Purchasers should carefully note the following important facts:

THIS MEMORANDUM HAS NOT BEEN FILED WITH OR REVIEWED BY THE SECURITIES AND EXCHANGE COMMISSION. IN MAKING AN INVESTMENT DECISION, INVESTORS MUST RELY ON THEIR OWN EXAMINATION OF THE PERSON OR ENTITY ISSUING THE SECURITIES AND THE TERMS OF THE OFFERING, INCLUDING THE MERITS AND RISKS INVOLVED. THESE LIMITED LIABILITY COMPANY UNITS HAVE NOT BEEN RECOMMENDED BY ANY FEDERAL OR STATE SECURITIES COMMISSION OR REGULATORY AUTHORITY. FURTHERMORE, THE FOREGOING AUTHORITIES HAVE NOT CONFIRMED THE ACCURACY OR DETERMINED THE ADEQUACY OF THIS DOCUMENT. ANY REPRESENTATION TO THE CONTRARY IS A CRIMINAL OFFENSE.

THE UNITS OFFERED HEREBY HAVE NOT BEEN REGISTERED UNDER THE SECURITIES ACT OF 1933, AS AMENDED, AS THEY WILL BE OFFERED ONLY TO A LIMITED NUMBER OF QUALIFIED INVESTORS. IT IS ANTICIPATED THAT THEY WILL BE EXEMPT FROM THE REGISTRATION PROVISIONS OF SUCH ACT UNDER SECTION 4(2) THEREOF.

THESE LIMITED LIABILITY COMPANY UNITS ARE SUBJECT TO RESTRICTIONS ON TRANSFERABILITY AND RESALE AND MAY NOT BE TRANSFERRED OR RESOLD EXCEPT AS PERMITTED UNDER THE SECURITIES ACT OF 1933, AS AMENDED, AND THE APPLICABLE STATE SECURITIES LAWS, PURSUANT TO REGISTRATION OR EXEMPTION THEREFROM. INVESTORS SHOULD BE AWARE THAT THEY WILL BE REQUIRED TO BEAR THE FINANCIAL RISKS OF THIS INVESTMENT FOR AN INDEFINITE PERIOD OF TIME.

NO REPRESENTATIONS OR WARRANTIES OF ANY KIND ARE INTENDED OR SHOULD BE INFERRED WITH RESPECT TO THE ECONOMIC RETURN OR THE TAX CONSEQUENCES FROM AN INVESTMENT IN THE FUND. NO ASSURANCE CAN BE GIVEN THAT EXISTING LAWS WILL NOT BE CHANGED OR INTERPRETED ADVERSELY. PROSPECTIVE INVESTORS ARE NOT TO CONSTRUE THIS MEMORANDUM AS LEGAL OR TAX ADVICE. EACH INVESTOR SHOULD CONSULT HIS OWN COUNSEL AND ACCOUNTANT FOR ADVICE CONCERNING THE VARIOUS LEGAL TAX AND ECONOMIC MATTERS CONCERNING HIS INVESTMENT.

NO OFFERING LITERATURE OR ADVERTISING IN ANY FORM SHALL BE EMPLOYED IN THE OFFERING OF THESE LIMITED LIABILITY COMPANY UNITS EXCEPT FOR THIS MEMORANDUM AND EXHIBITS ATTACHED HERETO. NO PERSON OTHER THAN THE MANAGER OF THE COMPANY HAS BEEN AUTHORIZED TO MAKE REPRESENTATIONS OR GIVE ANY INFORMATION WITH RESPECT TO THESE LIMITED LIABILITY COMPANY UNITS, EXCEPT THE INFORMATION CONTAINED HEREIN, AND ANY INFORMATION OR REPRESENTATION NOT CONTAINED HEREIN OR OTHERWISE SUPPLIED BY THE MANAGER OF THE COMPANY MUST NOT BE RELIED UPON AS HAVING BEEN AUTHORIZED BY COMPANY. ANY FURTHER DISTRIBUTION OR REPRODUCTION OF THIS MEMORANDUM, IN WHOLE OR IN PART, OR THE DIVULGENCE OF ANY OF ITS CONTENTS, IS PROHIBITED.

THERE ARE EXPECTED TO BE TRANSACTIONS AMONG THE MANAGER, THE COMPANY (AS DEFINED) AND THEIR AFFILIATES WHICH INVOLVE CONFLICTS OF INTEREST. INVESTORS WILL BE REQUIRED TO REPRESENT THAT THEY ARE FAMILIAR WITH AND UNDERSTAND THE TERMS OF THIS OFFERING AND THAT THEY OR THEIR PURCHASER REPRESENTATIVES HAVE SUCH KNOWLEDGE AND EXPERIENCE IN FINANCIAL AND BUSINESS MATTERS THAT THEY

ARE CAPABLE OF EVALUATING THE MERITS AND RISKS OF THEIR INVESTMENT IN THE UNITS BEING OFFERED HEREBY.

THIS CONFIDENTIAL PRIVATE OFFERING MEMORANDUM CONSTITUTES AN OFFER ONLY IF A NAME AND IDENTIFICATION NUMBER APPEARS IN THE APPROPRIATE SPACES PROVIDED ON THE COVER PAGE HEREOF AND CONSTITUTES AN OFFER ONLY TO THE PERSON WHOSE NAME APPEARS THEREON. ANY REPRODUCTION OR DISTRIBUTION OF THIS CONFIDENTIAL PRIVATE OFFERING MEMORANDUM IN WHOLE OR IN PART, OR THE DIVULGENCE OF ANY OF ITS CONTENTS WITHOUT THE PRIOR WRITTEN CONSENT OF THE MANAGER, IS PROHIBITED. ANY DISTRIBUTION OF THIS CONFIDENTIAL PRIVATE OFFERING MEMORANDUM TO ANY PERSON OTHER THAN THE OFFEREE NAMED ON THE COVER PAGE HEREOF IS UNAUTHORIZED. ANY PERSON ACTING CONTRARY TO THE FOREGOING RESTRICTIONS MAY PLACE HIMSELF AND THE COMPANY IN VIOLATION OF FEDERAL AND/OR STATE SECURITIES LAWS. BY ACCEPTING THIS CONFIDENTIAL PRIVATE OFFERING MEMORANDUM, THE PERSON NAMED ON THE COVER PAGE HEREOF AGREES TO RETURN IT, TOGETHER WITH ALL OTHER DOCUMENTS PROVIDED IN CONNECTION WITH A PROPOSED INVESTMENT IN THE INTERESTS OF LIMITED LIABILITY COMPANY UNITS, TO THE MANAGER PROMPTLY IF THE OFFEREE DOES NOT AGREE TO PURCHASE ANY INTERESTS.

THIS MEMORANDUM DOES NOT CONSTITUTE AN OFFER OR SOLICITATION IN ANY STATE OR OTHER JURISDICTION IN WHICH AN OFFER OR SOLICITATION IS NOT AUTHORIZED. NO REPRESENTATIONS OR WARRANTIES OF ANY KIND ARE INTENDED OR SHOULD BE INFERRED WITH RESPECT TO THE ECONOMIC RETURN OR THE TAX CONSEQUENCES FROM AN INVESTMENT IN THE COMPANY. NO ASSURANCE CAN BE GIVEN THAT EXISTING LAWS WILL NOT BE CHANGED OR INTERPRETED ADVERSELY TO THE COMPANY OR THE MEMBERS. PROSPECTIVE INVESTORS ARE NOT TO CONSTRUE THIS MEMORANDUM AS LEGAL OR TAX ADVICE. EACH INVESTOR SHOULD CONSULT HIS OWN COUNSEL AND ACCOUNTANT FOR ADVICE CONCERNING THE VARIOUS LEGAL, TAX AND ECONOMIC CONSIDERATIONS RELATING TO HIS INVESTMENT NO PERSON OTHER THAN THE MANAGER HAS BEEN AUTHORIZED TO MAKE REPRESENTATIONS, OR GIVE ANY INFORMATION, WITH RESPECT TO THESE LIMITED LIABILITY COMPANY UNITS, EXCEPT THE INFORMATION CONTAINED HEREIN, AND ANY INFORMATION OR REPRESENTATION NOT CONTAINED HEREIN OR OTHERWISE SUPPLIED BY THE MANAGER MUST NOT BE RELIED UPON AS HAVING BEEN AUTHORIZED BY THE COMPANY OR ANY OF ITS MEMBERS. ANY FURTHER DISTRIBUTION OR REPRODUCTION OF THIS MEMORANDUM, IN WHOLE OR IN PART, OR THE DIVULGENCE OF ANY OF ITS CONTENTS, IS PROHIBITED.

A PROSPECTIVE INVESTOR SHOULD NOT SUBSCRIBE FOR THE INTERESTS UNLESS SATISFIED THAT HE OR HE AND HIS INVESTMENT REPRESENTATIVE HAVE ASKED FOR AND RECEIVED ALL INFORMATION WHICH WOULD ENABLE HIM OR BOTH OF THEM TO EVALUATE THE MERITS AND RISKS OF THE PROPOSED INVESTMENT.

THE COMPANY SHALL MAKE AVAILABLE TO EACH INVESTOR OR HIS INVESTMENT REPRESENTATIVE OR AGENT, DURING THIS OFFERING AND PRIOR TO THE SALE OF ANY UNITS, THE OPPORTUNITY TO ASK QUESTIONS OF AND RECEIVE ANSWERS FROM THE MANAGER OR ITS REPRESENTATIVES CONCERNING ANY ASPECT OF THE COMPANY AND ITS BUSINESS AND TO OBTAIN ANY ADDITIONAL RELATED NON-PROPRIETARY INFORMATION TO THE EXTENT THE COMPANY POSSESSES SUCH INFORMATION OR CAN ACQUIRE IT WITHOUT UNREASONABLE EFFORT OR EXPENSE.

**WINEX INVESTMENTS, LLC**
**TABLE OF CONTENTS**

PAGE

Information Required by Certain States' Securities Laws ................................ 1
Who May Invest .......................................................................... 5
Private Placement Memorandum Summary ................................................ 7
Questions & Answers ................................................................... 10
How to Buy Units ...................................................................... 13
Estimated Use of Proceeds ............................................................. 14
Risk Factors and Conflicts of Interest ................................................ 15
Investment Program .................................................................... 23
Investment Strategy ................................................................... 24
Prime Broker and Brokerage Practices .................................................. 26
Management ............................................................................ 28
Trading Advisor ....................................................................... 29
Description of Units .................................................................. 30
Lock Up Period ........................................................................ 31
Payments .............................................................................. 31
High Water Mark ....................................................................... 32
ERISA Considerations .................................................................. 33
Taxation .............................................................................. 35
Exhiibit A: Company Operating Agreement ............................................... 41
Exhibit B: Definitions ................................................................ 60
Exhibit C: Tax Allocations ............................................................ 64
Exhibit D: Subscription Document ...................................................... 66
Exhibit E: Balance Statement & Certified Public Accountants ........................... 80

INFORMATION REQUIRED BY CERTAIN
STATES' SECURITIES LAWS

<u>NOTICE TO RESIDENTS OF ALL STATES</u>

IN MAKING AN INVESTMENT DECISION INVESTORS MUST RELY ON THEIR OWN EXAMINATION OF THE ISSUER AND THE TERMS OF THE OFFERING, INCLUDING THE MERITS AND RISKS INVOLVED.   THESE UNITS HAVE NOT BEEN RECOMMENDED BY ANY FEDERAL OR STATE SECURITIES COMMISSION OR REGULATORY AUTHORITY.  FURTHERMORE, THE FOREGOING AUTHORITIES HAVE NOT CONFIRMED THE ACCURACY OR DETERMINED THE ADEQUACY OF THIS DOCUMENT.  ANY REPRESENTATION TO THE CONTRARY IS A CRIMINAL OFFENSE. THESE INTERESTS ARE SUBJECT TO RESTRICTIONS ON TRANSFERABILITY AND RESALE AND MAY NOT BE TRANSFERRED OR RESOLD EXCEPT AS PERMITTED UNDER THE SECURITIES ACT OF 1933, AS AMENDED, AND THE APPLICABLE STATE SECURITIES LAWS, PURSUANT TO REGISTRATION OR EXEMPTION THEREFROM.   INVESTORS SHOULD BE AWARE THAT THEY WILL BE REQUIRED TO BEAR THE FINANCIAL RISKS OF THIS INVESTMENT FOR AN INDEFINITE PERIOD OF TIME.

FOR ALABAMA RESIDENTS

THESE SECURITIES ARE OFFERED PURSUANT TO A CLAIM OF EXEMPTION UNDER THE ALABAMA SECURITIES ACT.   A REGISTRATION STATEMENT RELATING TO THESE SECURITIES HAS NOT BEEN FILED WITH THE ALABAMA SECURITIES COMMISSION. THE COMMISSION DOES NOT RECOMMEND OR ENDORSE THE PURCHASE OF ANY SECURITIES, NOR DOES IT PASS UPON THE ACCURACY OR COMPLETENESS OF THIS PRIVATE PLACEMENT MEMORANDUM.  ANY REPRESENTATION TO THE CONTRARY IS A CRIMINAL OFFENSE.

FOR CALIFORNIA RESIDENTS

THE SALE OF THE SECURITIES WHICH ARE THE SUBJECT OF THIS OFFERING HAS NOT BEEN QUALIFIED WITH THE COMMISSIONER OF CORPORATIONS OF THE STATE OF CALIFORNIA AND IS BEING MADE PURSUANT TO THE EXEMPTION FROM QUALIFICATION AVAILABLE UNDER THE NATIONAL SECURITIES MARKET IMPROVEMENT ACT OF 1996 OR, IN THE ALTERNATIVE, UNDER IN SECTION 25102(f) OF THE CALIFORNIA CORPORATIONS CODE FOR PRIVATE PLACEMENTS, AMONG OTHER PRIVATE PLACEMENT EXEMPTIONS.

IT IS UNLAWFUL TO CONSUMMATE A SALE OR TRANSFER OF THIS SECURITY, OR ANY INTEREST THEREIN, OR TO RECEIVE ANY CONSIDERATION THEREFOR, WITHOUT THE PRIOR WRITTEN CONSENT OF THE COMMISSIONER OF CORPORATIONS OF THE STATE OF CALIFORNIA, EXCEPT AS PERMITTED IN THE COMMISSIONER'S RULES.

FOR CONNECTICUT RESIDENTS

THESE SECURITIES HAVE NOT BEEN REGISTERED UNDER SECTION 36-485 OF THE CONNECTICUT UNIFORM SECURITIES ACT AND CANNOT BE RESOLD OR TRANSFERRED EXCEPT IN A TRANSACTION WHICH IS EXEMPT UNDER THAT ACT OR PURSUANT TO AN EFFECTIVE REGISTRATION STATEMENT UNDER THAT ACT OR IN A TRANSACTION WHICH IS OTHERWISE IN COMPLIANCE WITH THAT ACT.

FOR FLORIDA RESIDENTS

THESE SECURITIES HAVE NOT BEEN REGISTERED UNDER THE SECURITIES ACT OF 1933, AS AMENDED, OR THE FLORIDA SECURITIES ACT, BY REASON OF SPECIFIC EXEMPTIONS THEREUNDER RELATING TO THE LIMITED AVAILABILITY OF THE

OFFERING. THESE SECURITIES CANNOT BE SOLD, TRANSFERRED OR OTHERWISE DISPOSED OF TO ANY PERSON OR ENTITY UNLESS SUBSEQUENTLY REGISTERED UNDER THE SECURITIES ACT OF 1933, AS AMENDED, OR THE LAWS OF THIS STATE, IF SUCH REGISTRATION IS REQUIRED.

THE FLORIDA SECURITIES ACT PROVIDES, WHERE SALES ARE MADE TO FIVE OR MORE PERSONS IN FLORIDA, THAT ANY SALE MADE PURSUANT TO SUBSECTION 517.061(12) OF THE FLORIDA SECURITIES ACT SHALL BE VOIDABLE BY SUCH FLORIDA PURCHASER EITHER WITHIN THREE DAYS AFTER THE FIRST TENDER OF CONSIDERATION IS MADE BY SUCH PURCHASER TO THE ISSUER, AN AGENT OF THE ISSUER, OR AN ESCROW AGENT, OR WITHIN THREE DAYS AFTER THE AVAILABILITY OF THAT PRIVILEGE IS COMMUNICATED TO SUCH PURCHASER, WHICHEVER OCCURS LATER.

## FOR GEORGIA RESIDENTS

THESE INTERESTS HAVE BEEN ISSUED OR SOLD IN RELIANCE ON PARAGRAPH (13) OF CODE SECTION 10-5-9 OF THE 'GEORGIA SECURITIES ACT OF 1973' AND MAY NOT BE SOLD OR TRANSFERRED EXCEPT IN A TRANSACTION WHICH IS EXEMPT UNDER SUCH ACT OR PURSUANT TO AN EFFECTIVE REGISTRATION UNDER SUCH ACT.

## FOR IOWA RESIDENTS

THESE SECURITIES ARE SUBJECT TO RESTRICTIONS ON TRANSFERABILITY AND RESALE AND MAY NOT BE TRANSFERRED OR RESOLD EXCEPT UNDER THE SECURITIES ACT OF 1933, AS AMENDED, IN THE APPLICABLE STATE SECURITIES LAW, PURSUANT TO REGISTRATION FOR EXEMPTION THEREFROM. INVESTORS SHOULD BE AWARE THAT THEY WILL BE REQUIRED TO BEAR THE FINANCIAL RISKS OF THIS INVESTMENT FOR AN INDEFINITE PERIOD OF TIME.

## FOR MARYLAND RESIDENTS

THESE SECURITIES HAVE NOT BEEN REGISTERED UNDER THE SECURITIES ACT OF 1933, AS AMENDED, OR THE MARYLAND SECURITIES ACT, BY REASON OF SPECIFIC EXEMPTIONS THEREUNDER RELATING TO THE LIMITED AVAILABILITY OF THE OFFERING. THESE SECURITIES CANNOT BE SOLD, TRANSFERRED OR OTHERWISE DISPOSED OF TO ANY PERSON OR ENTITY UNLESS SUBSEQUENTLY REGISTERED UNDER THE SECURITIES ACT OF 1933, AS AMENDED, OR THE MARYLAND SECURITIES ACT, IF SUCH REGISTRATION IS REQUIRED.

## FOR NEW HAMPSHIRE RESIDENTS

NEITHER THE FACT THAT A REGISTRATION STATEMENT OR AN APPLICATION FOR A LICENSE HAS BEEN FILED UNDER CHAPTER 421-B OF THE NEW HAMPSHIRE REVISED STATUTES (THE "RSA") WITH THE STATE OF NEW HAMPSHIRE NOR THE FACT THAT A SECURITY IS EFFECTIVELY REGISTERED OR A PERSON IS LICENSED IN THE STATE OF NEW HAMPSHIRE CONSTITUTES A FINDING BY THE SECRETARY OF STATE OF NEW HAMPSHIRE THAT ANY DOCUMENT FILED UNDER RSA 421-B IS TRUE, COMPLETE AND NOT MISLEADING. NEITHER ANY SUCH FACT NOR THE FACT THAT AN EXEMPTION OR EXCEPTION IS AVAILABLE FOR A SECURITY OR A TRANSACTION MEANS THAT THE SECRETARY OF STATE HAS PASSED IN ANY WAY UPON THE MERITS OR QUALIFICATIONS OF, OR RECOMMENDED OR GIVEN APPROVAL TO, ANY PERSON, SECURITY, OR TRANSACTION. IT IS UNLAWFUL TO MAKE, OR CAUSE TO BE MADE, TO ANY PROSPECTIVE PURCHASER, CUSTOMER, OR CLIENT ANY REPRESENTATION INCONSISTENT WITH THE PROVISIONS OF THIS PARAGRAPH.

## FOR NEW YORK RESIDENTS

THIS PRIVATE OFFERING MEMORANDUM HAS NOT BEEN REVIEWED BY THE ATTORNEY GENERAL PRIOR TO ITS ISSUANCE AND USE. THE ATTORNEY GENERAL OF THE STATE OF NEW YORK HAS NOT PASSED ON OR ENDORSED THE MERITS OF THIS OFFERING. ANY REPRESENTATION TO THE CONTRARY IS UNLAWFUL.

THIS PRIVATE OFFERING MEMORANDUM DOES NOT CONTAIN AN UNTRUE STATEMENT OF A MATERIAL FACT OR OMIT TO STATE A MATERIAL FACT NECESSARY TO MAKE THE STATEMENTS MADE IN LIGHT OF THE CIRCUMSTANCES UNDER WHICH THEY WERE MADE, NOT MISLEADING. IT CONTAINS A FAIR SUMMARY OF THE MATERIAL TERMS AND DOCUMENTS PURPORTED TO BE SUMMARIZED HEREIN.

## FOR PENNSYLVANIA RESIDENTS

UNDER PROVISIONS OF THE PENNSYLVANIA SECURITIES ACT OF 1972, EACH PENNSYLVANIA RESIDENT SHALL HAVE THE RIGHT TO WITHDRAW HIS ACCEPTANCE WITHOUT INCURRING ANY LIABILITY TO THE SELLER, UNDERWRITER (IF ANY) OR ANY PERSON, WITHIN TWO (2) BUSINESS DAYS FROM THE DATE OF RECEIPT BY THE ISSUER OF HIS WRITTEN BINDING CONTRACT OF PURCHASE OR IN THE CASE OF A TRANSACTION IN WHICH THERE IS NO WRITTEN BINDING CONTRACT OF PURCHASE, WITHIN TWO (2) BUSINESS DAYS AFTER HE MAKES THE INITIAL PAYMENT FOR THE SECURITIES BEING OFFERED.

ALL INVESTORS MUST SIGN A STATEMENT AS FOLLOWS:

EACH PENNSYLVANIA RESIDENT WHO SUBSCRIBES FOR THE SECURITIES BEING OFFERED HEREBY AGREES NOT TO SELL THESE SECURITIES FOR A PERIOD OF TWELVE MONTHS AFTER THE DATE OF PURCHASE.

PLEASE EXECUTE AT THE SPACE PROVIDED:

By:
Print Name:

TO ACCOMPLISH THIS WITHDRAWAL, A SUBSCRIBER NEED ONLY SEND A LETTER OR TELEGRAM TO THE SELLING AGENT AT THE ADDRESS SET FORTH IN THE TEXT OF THE MEMORANDUM INDICATING HIS OR HER INTENTION TO WITHDRAW. SUCH LETTER OR TELEGRAM SHOULD BE SENT AND POSTMARKED PRIOR TO THE END OF THE AFOREMENTIONED SECOND BUSINESS DAY. IT IS PRUDENT TO SEND SUCH LETTER BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED TO ENSURE THAT IT IS RECEIVED AND ALSO TO EVIDENCE THE TIME WHEN IT WAS MAILED. IF THE REQUEST IS MADE ORALLY (IN PERSON OR BY TELEPHONE TO THE SELLING AGENT AT THE NUMBER LISTED IN THE TEXT OF THE MEMORANDUM), A WRITTEN CONFIRMATION THAT THE REQUEST HAS BEEN RECEIVED SHOULD BE REQUESTED.

## FOR SOUTH CAROLINA RESIDENTS

THESE SECURITIES ARE OFFERED PURSUANT TO A CLAIM OF EXEMPTION UNDER THE SOUTH CAROLINA UNIFORM ACT. A REGISTRATION STATEMENT RELATING TO THESE SECURITIES HAS NOT BEEN FILED WITH THE SOUTH CAROLINA SECURITIES COMMISSIONER. THE COMMISSIONER DOES NOT RECOMMEND OR ENDORSE THE PURCHASE OF ANY SECURITIES, NOR DOES IT PASS UPON THE ACCURACY OR COMPLETENESS OF THIS MEMORANDUM. ANY REPRESENTATION TO THE CONTRARY IS A CRIMINAL OFFENSE.

## FOR TEXAS RESIDENTS

THESE SECURITIES HAVE NOT BEEN REGISTERED UNDER APPLICABLE SECURITIES LAWS OF TEXAS AND THEREFORE CANNOT BE RESOLD OR TRANSFERRED UNLESS THEY ARE SUBSEQUENTLY REGISTERED OR UNLESS AN EXEMPTION FROM REGISTRATION IS MADE AVAILABLE.

(BALANCE OF PAGE LEFT BLANK INTENTIONALLY)

4

## WHO MAY INVEST

The offer and sale of Units is being made in reliance on an exemption from the registration requirements of the Securities Act. Accordingly, distribution of this Memorandum is strictly limited to persons who meet the requirements and make the representations set forth below. The Company reserves the right to declare any prospective Purchaser ineligible to purchase Units based upon any information which may become known or available to the Company concerning the suitability of such prospective Purchaser, for any other reason or for no reason, in the Company's sole discretion.

The Units are highly speculative, involve a very high risk, and are suitable only for persons of substantial financial means who have no need for liquidity in this investment. Units will be sold only to prospective Purchasers who:

(1)    purchase a minimum of FIFTY (50) Units ($50,000), unless the Company, in its sole discretion, waives the minimum purchase requirement;

(2)    represent in writing that they are "accredited investors" (as defined by Rule 501 of Regulation D under the Securities Act); and

(3)    satisfy the investor suitability requirements established by the Company and as may be required under federal or state law.

Each prospective Purchaser must represent in writing that he or she meets, among others, ALL of the following requirements; that he or she:

(a)    Has received, read, and fully understands this Memorandum, is basing the decision to invest on this Memorandum, and has relied on the information contained in this Memorandum and has not relied upon any representations made by any other person;

(b)    Understands that an investment in the Units is highly speculative and involves very high risk of loss of capital, and is fully cognizant of and understands all of the risk factors relating to a purchase of Units, including, without limitation, those risks set forth below in the section entitled "Risk Factors;"

(c)    Attests that the Purchaser's overall commitment to investments that are not readily marketable is not disproportionate to that Purchaser's individual net worth, and that this investment in the Units will not cause such overall commitment to become excessive;

(d)    Has adequate means of providing for the Purchaser's financial requirements, both current and anticipated, and has no need for liquidity in this investment;

(e)    Can bear and is willing to accept the economic risk of losing the entire investment in the Units;

(f)    Is acquiring Units for the Purchaser's own account and for investment purposes only, and has no present intention, agreement or arrangement for the distribution, transfer, assignment, resale or subdivision of his Units; and

(g)    Is an *accredited investor* (as defined under Rule 501 of Regulation D under the Securities Act).

In addition to certain institutional investors, a prospective Purchaser who meets one of the following tests will qualify as an *accredited investor* if:

(1)    the prospective Purchaser is a natural person who had individual income in excess of $200,000 in each of the two most recent years, or joint income with that person's spouse in excess of $300,000 in each of these years, and has a reasonable expectation of reaching the same income level in the current year;

(2)    the prospective Purchaser is a natural person whose individual net worth, or joint net worth with that person's spouse, exceeds $1,000,000 at the time of his investment in the Units;

(3)    the prospective Purchaser is an organization described under Section 501 (c)(3) of the Code, a corporation, Massachusetts or similar business trust, or a Company not formed for the specific purpose of acquiring the Units, with total assets in excess of **$5,000,000**;

(4)    the prospective Purchaser is an entity (including an IRA) in which all of the equity owners are accredited investors as defined in subparagraphs (1) and (2) above;

(5)    the prospective Purchaser is a trust with total assets in excess of **$5,000,000**, not formed for the specific purpose of acquiring the Units, the purchase of which is directed by a "sophisticated person" as defined in Rule 506(b)(2)(ii) of Regulation D under the Securities Act; or

(6)    the prospective Purchaser is an employee benefit plan within the meaning of ERISA in which the investment decision is made by a plan fiduciary [as defined in Section 3(21) of ERISA] which is either a bank, savings and loan association, insurance company, or registered investment adviser; or the employee benefit plan has total assets in excess of **$5,000,000**; or it is a self-directed plan in which investment decisions are made solely by persons who are accredited investors.

For purposes of calculating an Investor's net worth, "net worth" is defined as the difference between total assets and total liabilities, including home, home furnishings and personal automobiles. In the case of fiduciary accounts, the net worth and/or income suitability requirements must be satisfied by the beneficiary of the account, or by the fiduciary, if the fiduciary directly or indirectly provides funds for the purchase of the Units.

Certain representations will be made by each Investor in the Subscription Agreement. The Company will rely on the accuracy of these representations and may require additional evidence that a prospective Purchaser satisfies the applicable standards at any time prior to the acceptance of the Subscription Agreement. A prospective Purchaser is not obligated to supply any information so requested by the Company, but the Company may reject the Subscription Agreement from any prospective Purchaser who fails to supply any requested information.

If you do not meet the requirements described above, please do not read further and immediately return this Memorandum to the Company. In the event you do not meet such requirements, this Memorandum does not constitute an offer to sell the Units to you.

The written representations made by each prospective Purchaser will be reviewed to determine suitability. The Company has the right, in its sole discretion, to reject any Subscription Agreement if the Company believes that the prospective Purchaser does not meet the applicable investor suitability requirements, the Units are an unsuitable investment for the prospective Purchaser, for any other reason or for no reason. Prospective Purchasers who are unable or unwilling to make the foregoing representations may not purchase the Units.

These investor suitability requirements represent minimum suitability requirements, as established by the Company from time to time. Satisfying these requirements will not necessarily mean that Units are a suitable investment for a prospective Purchaser, or that the Company will accept the Subscription Agreement. Furthermore, the Company, as appropriate, may modify such requirements, in its sole discretion from time to time, and any such modification may increase the suitability requirements.

(BALANCE OF PAGE LEFT BLANK INTENTIONALLY)

6

## PRIVATE PLACEMENT MEMORANDUM SUMMARY

The following summary provides certain limited information about the Company and this Offering. It should be read in conjunction with, and is qualified in its entirety by, the detailed information appearing elsewhere in this Memorandum. You are urged to read this entire Memorandum and whatever additional information you request before making an investment.

### The Offering

| | |
|---|---|
| Securities Offered: | The securities offered are Sharing Units in the Company which was recently formed to participate in Projects of the Company. See "INVESTMENT PROGRAM" below. |
| Offering Amount: | The Company is offering up to 50,000 Sharing Units ($50,000,000) and will offer a minimum of 1,000 Sharing Units ($1,000,000). |
| Investor Suitability Requirements: | This Offering is strictly limited to accredited investors who meet certain minimum financial and other requirements. See "WHO MAY INVEST." |
| Minimum Purchase: | The Company is offering up to 50,000 Units ($50,000,000). The minimum purchase is $50,000 for fifty (50) Units, although the Manager may authorize fractional Units for certain Investors in its sole discretion. See "DESCRIPTION OF UNITS" below. |
| Offering Termination Date: | The Company will offer Units until 50,000 Units are sold or until September 30, 2007 (whichever is earlier), which date may be extended until December 31, 2007 in the discretion of the Manager. |
| Use of Proceeds: | Proceeds from the sale of Units will be used to capitalize the Company so that it may participate in the Projects. See "ESTIMATED USE OF PROCEEDS" and "INVESTMENT PROGRAM". |
| Risks: | An investment in Units is speculative and involves substantial risks, including but not limited to the following: |

- There is no certainty as to an investment in Units being profitable
- Risks regarding the Company's Manager
- Risk relating to regulatory changes
- Risk relating to trading currencies and its derivatives
- Risk relating to market risk
- Risk relating to limited liquidity
- Risks related to the currency trading managers of the managed accounts
- No certainty of distributions

See "RISK FACTORS" below.

### The Company

| | |
|---|---|
| Organization: | The Company is a newly formed limited liability company, existing under the laws of the state of Wyoming. |
| Investment Objectives: | The Company's primary investment objective is to generate profits by placing funds with professional managers whose trading expertise is primarily but not exclusively in Forex and Derivative products, thus capitalizing on rising, declining and directionless markets and market sectors. The investment objectives of the Company in order of priority are to: (1) preserve and protect the Members' capital; (2) provide to the Members cash distributions from the participation profits of professionally managed foreign currency trading platforms; and (3) provide return of the Members' capital upon the termination and winding up of the Company. *There can be no assurance that any of* |

7

*such objectives will be attained.* Capitalized terms used herein have the meanings set forth in the Glossary.

Manager:

The Manager of the Company will direct and control the Company's affairs. Diversity Management, Inc. ("DMI") will be the Manager. The Manager's address is 2333 State Street, Suite 102 Carlsbad, CA 92008, and its telephone number is (760) 440-9712 or (760) 421-0785 and its facsimile number is (760) 421-0795. See "THE MANAGER" below.

Members:

Investors in the Units will be the members of the Company ("Members"). Investors in Units will be able to acquire Sharing Units. Sharing Unit owners are referred to as Sharing Members, and Voting Unit owners are referred to as Voting Members. See "EXHIBIT A, THE OPERATING AGREEMENT" below.

Sharing Members. The Sharing Members are entitled to receive a return percentage on their investment as a share of the Company's Net Cash Flow with the Voting Members. See "DESCRIPTION OF THE UNITS" and "PAYMENTS" below.

Voting Members. The Voting Members receive distributions at a set percentage of the Company's Net Cash Flow. See "DESCRIPTION OF THE UNITS" and "PAYMENTS" below. Diversity Management, Inc. ("DMI") owns 100% of the Voting Units.

Business Plan:

Diversity Management, Inc. ("DMI") has identified and been invited to participate in a managed FOREX trading program operated and managed by an institutional level private firm named Sonador Capital Management, Inc. ("Sonador"). DMI will authorize Sonador to place FOREX and related derivative positions on Company funds in Company's own account to be lodged at a major brokerage firm, initially identified as FC Stone. Company Managers, in their sole discretion, may choose to utilize other FOREX trading managers to manage the Company assets. Profits will be distributed to members according to the "DESCRIPTION OF THE UNITS" and "PAYMENTS" below. See also "INVESTMENT PROGRAM" below.

Identified Project:

As of the date of this Memorandum, the Manager has identified one (1) Project. The managed FOREX program operated by Sonador Capital Management, Inc. is the first and expected to be the only managed FOREX program that Company Managers will allow Company funds to be allocated. The Manager reserves its right to identify additional managed FOREX programs that may be in the best interest of the Company.

Distributions of Net Cash Flow:

Members are entitled to receive distributions of Net Cash Flow from the Company's profits from the Projects. The Company's goal is to begin distributions by June, 2007. See "DESCRIPTION OF THE UNITS" and "EXHIBIT A, THE OPERATING AGREEMENT" below.

Sharing Members. Sharing Members as a group will be entitled to monthly distributions, in arrears, equal to 80% of the Company NET CASH FLOW. Each individual Sharing Member shall receive a pro rata monthly distribution based upon each Sharing Member's percentage of the total investment of all Sharing Members as calculated and determined on the first of each calendar month. Sharing Members may take the previous month's profits as cash distribution or may purchase additional Units. Each Sharing Member's percentage of the total of all Sharing Members will be recalculated only on the first of each month. This percentage will remain constant for each entire month. Sharing Member requests for distributions shall require a minimum of 30 (thirty) days written notice. See "DESCRIPTION OF THE UNITS" and "PAYMENTS" below.

Voting Members. Voting Members, and its Voting Units which are owned by the Manager, will be entitled to monthly distributions, in arrears, equal to 20% of the Company NET CASH FLOW. Voting Members may take the previous month's profits

8

as cash distribution or may purchase Sharing Units. The terms and conditions of Manager's ownership of Sharing Units will be treated the same as all other owners of Sharing Units and as such, shall be afforded all the rights and privileges of Sharing Members and shall receive no special considerations.

| | |
|---|---|
| Term of the the Company: | The Company will terminate and wind up its affairs on the earliest of (i) the determination of the Manager to terminate the Company, (ii) the sale of the Company, iii) an entry of a decree of judicial dissolution, or iv) no later than December 31, 2031, unless extended until a later date at the sole discretion of the Company. See "EXHIBIT A, THE OPERATING AGREEMENT" below. |
| Compensation of the Manager: | The Manager, Diversity Management, Inc. ("DMI") and its Affiliates, will receive substantial performance fees and compensation in connection with this Offering and the acquisition, management and disposition of the Company's assets. See "EXHIBIT A, THE OPERATING AGREEMENT" below. |
| Liquidity: | The Company will, upon the request of its Members repurchase up to 100%, beginning September 1, 2007, of the outstanding Units, or any fractional percentage thereof from any requesting Member. All repurchase requests shall require a minimum of 30 days written notice to the Company at its then address of record. Members whose Units are repurchased will receive their pro-rata share for declared distributions up to their redemption date. The repurchase price shall be equal to 100% of Net Capital Contribution of Units repurchased. |
| Distributions Upon Liquidation: | Any cash remaining after the termination and winding up of the Company's affairs will be distributed to the Members on the same basis as distributions of Net Cash Flow described above to Sharing Members only. |
| Allocation of Net Income: | Net Income will, subject to certain limitations in the Operating Agreement, be allocated to the Members in the same manner as the Distributions from Net Cash Flow. |
| Allocation of Net Loss: | Net Loss will be allocated to the Sharing Members only and in proportion to and to the extent Net Income has been previously allocated to them; and thereafter 2) in proportion to their Units. |
| Reports: | Quarterly financial and operational reports and annual tax information will be provided to the Members. See "EXHIBIT A, THE OPERATING AGREEMENT" below. |
| Federal Taxability: | It is anticipated that any and all federally taxable income allocated to Members by the Company will be taxable at ordinary income tax rates and not at capital gains tax rates. See "TAXATION" below. |

(BALANCE OF PAGE LEFT BLANK INTENTIONALLY)

9

## QUESTIONS AND ANSWERS ABOUT THIS OFFERING

**Q:** What is the purpose of the Fund?

**A:** The primary investment objective of the Fund is growth of capital. The Company will achieve this by engaging in active trading of currencies and derivatives. The Manager intends that the Company's objective will be achieved by a very disciplined trading approach of various financial instruments including but not limited to Forex and Derivatives. The Company's assets will be traded by experienced and professional traders selected by the Manager.

**Q:** Why invest in trading currencies and derivatives?

**A:** It is now possible to participate in the Foreign Exchange Market with its higher potential returns and unmatched liquidity with the professional management never before available to the non-institutional investor. The Manager has initially selected Sonador Capital Management, a revolutionary investment firm, as the trader for the Company account. This enables investors to harness the power of the Foreign Exchange market to potentially earn incredible returns in the same manner as large banks and the Super Wealthy. Sonador employs risk models along with portfolio management and tools that allow for extreme profits while preserving trading capital. Using the most sophisticated mathematical modeling programs, along with the talent of some of the world's finest traders, allows for unparalleled returns.

**Q:** Is there any minimum investment required?

**A:** Yes. The minimum purchase is $50,000 unless waived by the Company, in its sole discretion.

**Q:** What is the expected term of the Fund?

**A:** The expected term of the Fund is approximately twenty five (25) years, unless terminated earlier or extended for a longer term as may be decided by the Manager

**Q:** Who is Sonador Capital Management, Inc.?

**A:** Sonador Capital Management, Inc. ("Sonador") is a private trading firm that specializes in providing professional Forex investment management on a discretionary basis via the worldwide Inter-bank foreign exchange (Forex) market. Its methods are proprietary, based on technical analysis, Forex Option positions and volatility systems. Sonador is a Private, Invitation Only, FX Management Firm that trades only for Qualified and Accredited Investors.

**Q:** What is the minimum account size that Sonador will agree to manage?

**A:** One Million US Dollars ($1,000,000.), which is subject to change at the sole discretion of Sonador.

**Q:** How will Investors share in the profits of the Projects?

**A:** Investors are entitled to receive distributions of Net Cash Flow from the Company's profits from the profits of the Projects. The Sharing Members receive 80% of the Net Cash Flow and the Voting Members receive 20% of Net Cash Flow.

**Q:** What is FOREX?

**A:** Over the last three decades, the foreign exchange market or FOREX has become the world's largest financial market, with over $2 trillion traded daily. The primary market for currencies is the 24-hour Interbank market. The Interbank market is open around the clock, moving from the major banking centers of the United States to Australia and New Zealand, to the Far East, to Europe and finally back to the United States.

Until recently, the FOREX market has not been available for the small speculator. With the large minimum transaction sizes and strict financial requirements, banks, hedge funds, major currency dealers and the occasional high net-worth individual speculator were the foremost participants. These large traders were able to take advantage of the many benefits offered by the foreign exchange market versus other markets, including high liquidity and the often-strong trending nature of the world's primary currency exchange rates.

**Q:**
**A:**
**What makes Sonador different from every other Money Management firm?**
Sonador has assembled some of the worlds finest traders and trades only Forex OTC Vanilla Options, much like major banks and financial institutions use to hedge large currency transactions. The difference is Sonador uses FX OTC Options to speculate on the World Currency Markets. As of the date of this Q&A, Sonador is the only known private Currency Options Trading Firm in the US and one of only two or three in the world.
Sonador trades direct to the OTC desk of the major banks of the world via phone and online platforms and actually help to make the market. Their contract sizes and hedging strategies actually allow the banks to offer better liquidity to their retail clients.

**Q:**
**A:**
**How does Sonador make profits?**
Sonador trades via PRIME BROKERAGE, the highest level trading account available. PRIME BROKERAGE Accounts are available only to Professional Trading Firms that have qualified for credit lines direct to the banks due to credit worthiness, reputation, track records and full CDC Back Ground Checks. These accounts allow SCM to trade with exceptional leverage and to negotiate with multiple banks for the same trade. Many times this allows an arbitrage situation where the price Bought or Sold for can be instantly exchanged to another bank for locked in profits. All that need be done is to wait for the expiration of the option to collect profits.
Sonador also has other situations where they can put on specific non-directional spread trades where all that is needed is a small deviation in price to collect a profit. Sonador will set the trade up for a certain time frame where the probabilities are extreme that the market will move at least a certain amount during a specific time frame. This movement allows the position to then liquidate and take profits.

**Q:**
**A:**
**What is a PRIME BROKER (PB)?**
A PB is an institutional Brokerage Firm that allows qualified clients to trade with their established credit lines. In order to get a PB Account one must prove their abilities via track records, trading plans and also credit worthiness. SCM's PB is FC Stone out of Chicago. FC Stone is an 75+ year old firm that was one of the original futures brokers on the Chicago Mercantile Exchange. Over the years they have gained an exceptional reputation as a leading trading firm within the market place. They also hold massive credit lines with most every major bank around the world.

**Q:**
**A:**
**How is Sonador related to FC Stone?**
In order for Sonador to qualify to trade with FC Stone (**www.fcstone.com**), Sonador had to submit to all NFA Compliance, Audits and Background checks through a qualified Introducing Broker, Vcap Futures (**www.vcapfutures.com**). A person or company cannot just open an account with a Prime Broker. They have to go through a rigorous qualifying process. Once this process is completed, the client also has to qualify with each bank with which they plan to trade. This qualifying process can sometimes take up to 2 or 3 months. Sonador Capital has attained Tier 1 credit lines with the top FX Options Trading banks in the world and continues to hold relationships with HSBC, Deutsche Bank, Goldman Sachs, Barclays and Bank of America.

**Q:**
**A:**
**Who is NFA?**
National Futures Association **www.nfa.futures.org**. The NFA is the regulatory body that oversees and governs all Futures Brokers and Traders. It is common practice for Broker Compliance to follow all NFA rules for FOREX as well. The NFA regulates every firm or individual who conducts futures trading business with public customers. Although the various regulatory organizations in the futures industry have their own specific areas of authority, together they form a regulatory Company that oversees all industry participants.

**Q:** How does a prospective Investor subscribe for Sharing Units?
**A:** In order to purchase Units in this Offering, a prospective investor must complete the Subscription Documents in the form contained in this Memorandum as for a specific number of Units desired. Subscribers will need to pay for the Units at the time he/she subscribes. See "HOW TO BUY UNITS."

**Q:** Is there any liquidity after becoming a Member?
**A:** Yes, The Company will, upon the request of its Members repurchase up to 100%, beginning September 1, 2007, of the outstanding Units, or any fractional percentage thereof from any requesting Member. All repurchase requests shall require a minimum of 30 days written notice to the Company at its then address of record. Members whose Units are repurchased will receive their pro-rata share for declared distributions up to their redemption date. The repurchase price shall be equal to 100% of Net Capital Contribution of Units repurchased.

**Q:** Will Members receive notification as to how their investment is doing?
**A:** Members will receive periodic reports on the performance of their investment with the Fund, including:

- Daily internet access with personal password protected account information;
- Quarterly financial and operational reports;
- An annual hard copy report that updates and details the Fund's investment holdings including balance sheet and income statement;
- An annual K-1 issued by March 1 of each year; and
- Supplements to this Memorandum, as other events warrant

**Q:** Does the Company have UBTI (unrelated business taxable income)?
**A:** Yes. The Company may incur indebtedness which may be attributable to the Company. This will possibly cause recharacterization of a portion of the Company's income allocable to certain tax-exempt investors (generally tax exempt investors, such as IRAs that are not qualified pension, profit-sharing or stock bonus plans under ERISA or qualified educational organizations) as UBTI. See "TAXATION" elsewhere in this Memorandum.

**Q:** Can an IRA or other qualified plan invest in the Fund?
**A:** Yes. The Company's income will be exempt for a Qualified Plan, IRA or Tax-Exempt Entity. See "TAXATION" below. For more details on the application of UBTI, Qualified Plans, IRAs and Tax-Exempt Entities are urged to consult their tax advisors.

**Q:** Will this investment have short-term capital gain or ordinary income tax rates?
**A:** It is anticipated that any and all federally taxable income allocated to Members by the Company will be taxable at ordinary income tax rates and not at capital gains tax rates. See "TAXATION" below. Investors should consult their tax advisors.

**Q:** Who can Members contact to answer their questions?
**A:** For questions regarding the Fund or for additional copies of this Memorandum, Members should contact a principal of the Company at:

WINEX Investments, LLC
2333 State Street, Suite 102 Carlsbad, CA 92008
John Sullivan at telephone number: (760) 440-9712  and facsimile number: (760) 440-9713 or William Krusheski at telephone number (760) 421-0785 and facsimile number (760) 421-0795

## HOW TO BUY UNITS

If, after carefully reading this entire Memorandum and obtaining any other information available hereby and being fully satisfied with the results of pre-investment due diligence activities, a prospective Purchaser would like to purchase Units, a prospective Purchaser should complete and sign the attached Subscription Agreement. The full purchase price of $1,000 for each Unit must be paid by check, upon submission of the Subscription Agreement for the Unit(s). The minimum purchase amount is fifty (50) Units ($50,000), although the Company may lower the minimum purchase requirement for certain Investors in its sole discretion.

Instructions for subscribing to the Units are in the Subscription Agreement. Pending receipt and acceptance of subscriptions for the Minimum Offering Amount, all subscription payments received for Units will be deposited in the Depository Account no later than the second business day after receipt. If the Minimum Offering Amount has not been received and accepted by May 1, 2007, none of the Units will be sold and the amount you paid will be promptly returned to you in full.

All Subscription Agreements should be forwarded to the address below; and all checks should be mailed, delivered or wired to:

**Mail Instructions:**    WINEX Investments, LLC
2333 State Street, Suite 102 Carlsbad, CA 92008,
John Sullivan at telephone number: (760) 440-9712
William Krusheski at telephone number: (760) 421-0785
Facsimile number: (760) 421-0795.

**Wire Instructions:**    Account Name: Winex Investments, LLC
Account Number: 7757662320
Routing/ABA Number: 121000248
Bank Name: Wells Fargo Bank
Bank Address: 10535 Craftsman Way, San Diego, CA 92127
Account Manager: Courtney Luna de la Fuente, Assistant V.P.
Bank Telephone: (858) 676-6984

Upon receipt of the signed Subscription Agreement, verification of the prospective Purchasers investment qualifications, and acceptance of the subscriber's subscription by the Company (in the Company's sole discretion), the Company will notify each prospective Purchaser of receipt and acceptance of the subscription. In the event the Company does not accept a prospective Purchaser's subscription for the Units for any reason, the Company will promptly direct Wells Fargo to return or cause to be returned the funds to such subscriber.

An operating account at Wells Fargo Bank has been established to hold the proceeds of this Offering. For the safeguarding of Sharing Members funds, the Winex Investments, LLC Wells Fargo bank account is set up without check writing privileges. Should any Sharing Member elect to receive profit disbursement payments, Winex requires written authorization (with necessary wiring information) from the Sharing Member at least 10 days before the end of the current trading month. A Winex director will verify the account name and payout amount, complete and sign the necessary paperwork for the transaction. Once completed, the Winex CFO will need to confirm the information and add his signature to the document before submitting to Wells Fargo. Wells Fargo will only act on any Sharing Member outgoing wires after personally confirming the wiring instructions with the Sharing Member either by phone or email. This process is intended to prevent the unauthorized depletion of monies from the Winex account at Wells Fargo. Wells Fargo has not recommended nor provided any advice in connection with the purchase of the Units.

Acceptance of Subscriptions

The Manager may, in its sole discretion, accept or reject any Subscription Agreement, in whole or in part, for a period of 30 days after receipt of the Subscription Agreement. Any Subscription Agreement not rejected within 30 days of receipt shall be deemed accepted. The Manager may terminate this Offering at any time.

## ESTIMATED USE OF PROCEEDS

The following table sets forth certain information concerning the estimated use of the Company's total capitalization:

|  | Minimum Offering | | Maximum Offering | |
|---|---|---|---|---|
|  | Amount | Percent | Amount | Percent |
| SOURCE OF FUNDS |  |  |  |  |
| Total Sale of Units | $1,000,000 | 100.0% | $50,000,000 | 100.0% |
| USE OF FUNDS |  |  |  |  |
| Projects | $1,000,000 | 100.0% | $50,000,000 | 100.0% |
| Offering Expenses |  |  |  |  |
| Selling Commissions and Expense Reimbursements | 0 | 0 | 0 | 0 |
|  | 0 | 0 | 0 | 0 |
| Non-Accountable Marketing Expenses | 0 | 0 | 0 | 0 |
| Total Use of Proceeds | $1,000,000 | 100.0% | $50,000,000 | 100.0% |

(BALANCE OF PAGE LEFT BLANK INTENTIONALLY)

14

## RISK FACTORS AND CONFLICTS OF INTEREST

An investment in the Company involves significant risks not associated with other investment vehicles and is suitable only for persons of adequate financial means who have no need for liquidity in this investment. There can be no assurances or guarantees that

(i)    the Company's investment objectives will prove successful, and

(ii)    investors will not lose all or a portion of their investment in the Company.

An investor should consider the Company as a supplement to an overall investment program and should only invest if he is willing to undertake the risks involved. In addition, investors who are subject to income tax should be aware that an investment in the Company is likely (if the Company is successful) to create taxable income or tax liabilities. An investor should therefore bear in mind the following risk factors and conflicts of interest before purchasing an Interest:

**Market Risks**

**General Market Risk.** As with any investment, there is a risk that the price of a trading position by the Company will move adversely. There could be many reasons for such a move. These include changing economic, political or market conditions and changes in interest rates. The profitability of the Company substantially depends upon the Investment Manager correctly assessing the future price movements of currencies, stocks, bonds, commodities, options on currencies, futures, stocks or commodities, and other instruments and the movements of interest rates. The Investment Manager cannot guarantee that it will be successful in accurately predicting price and interest rate movements.

**Competition.** The securities industry, and the varied strategies and techniques to be engaged in by the Company, are extremely competitive. The Company will compete with firms, including many of the larger securities and investment banking firms, which have substantially greater financial resources and research staffs.

**Company's Investment Activities.** The Company's investment activities involve a high degree of risk. The performance of any investment is subject to numerous factors which are neither within the control of nor predictable by the Manager. These factors include a wide range of economic, political, competitive and other conditions (including acts of war or terrorism) which may affect investments. In recent years, the securities markets have become increasingly volatile, which may adversely affect the ability of the Company to realize profits. As a result of the nature of the Company's investing activities, it is possible that the Company's financial performance may fluctuate substantially from period to period.

**Limited Liquidity.** The Company might suffer significant losses if forced to unwind a thinly traded or illiquid investment as a result of changing market conditions or as a result of margin calls or other factors. In addition, futures exchanges may establish daily price limits for most futures contracts. If the future's price moves up or down in a single day by an amount equal to the daily price limit (a "limit move"), the Company might not be able to enter or exit a position as desired. This may prevent the Company from exiting an unprofitable position and lead to losses in the Company's account. In addition, the exchange or CFTC may halt trading in a particular market or otherwise impose restrictions that affect trade execution.

15

**Risks Related to the Company's Investment and Trading Strategy**

**Risk of Default or Bankruptcy of Third Parties**. The Company may engage in transactions in securities and financial instruments that involve counterparties. Under certain conditions, the Company could suffer losses if a counterparty to a transaction were to default or if the market for certain securities and/or financial instruments were to become illiquid. In addition, the Company could suffer losses if there were a default or bankruptcy by certain other third parties, including brokerage firms and banks with which the Company does business or to which securities have been entrusted for custodial purposes.

**Trading and Transaction Costs**. The Company's strategy may involve frequent trading of Forex and derivatives. If this occurs, the Company's expenses for brokerage commissions will be higher than for investment funds that do not make frequent trades. The Company will bear these costs regardless of its profitability. In order for the Company to realize a net profit, its gross profits must exceed its costs, including brokerage commissions, Management Fees and its other costs.

**Broad Discretionary Power to Choose Investments and Strategies.** The Manager has broad discretionary power to decide what investments the Company will make and what strategies it will use. While the Manager currently intends to use the strategies described in "INVESTMENT PROGRAM" it is not obligated to do so and it may choose any other investments and strategies that it believes are advisable.

**Concentration of Investments.** The Manager currently does not intend to allocate the Company's capital among a number of different investments, nor is it required to do so. Allocation of a large portion of the Company's capital to one or a small number of Financial Instruments could increase risk because of the lack of diversification. The concentration of the Company's portfolio in any one product, issuer, industry or strategy would subject the Company to a greater degree of risk with respect to the failure. The Company may face similar risks with respect to a concentration of investments in a particular country or currency.

**Investments in Non-U.S. Financial Instruments.** The Company may invest a portion of its assets in non-U.S. Financial Instruments, which may give rise to risks relating to political, social and economic developments abroad, as well as risks resulting from the differences between the regulations to which U.S. and foreign issuers and markets are subject:

- These risks may include political or social instability, withholding taxes on dividends and interest, high or confiscatory tax levels and limitations on the use or transfer of portfolio assets.

- Enforcing legal rights in some foreign countries is difficult, costly and slow, and there are sometimes special problems enforcing claims against foreign governments.

- Foreign securities often trade in currencies other than the U.S. dollar, and the Company may directly hold foreign currencies and purchase and sell foreign currencies through forward exchange contracts. Changes in currency exchange rates may affect the Company's Net Worth, the value of interest earned, and gains and losses realized on the purchase or sale of Financial Instruments. An increase in the strength of the U.S. dollar relative to these other currencies may cause the value of the Company's investments to decline. Some foreign currencies are particularly volatile. Foreign governments may intervene in the currency markets, causing a decline in value or liquidity in the Company's foreign currency holdings. If the Company enters into forward foreign currency exchange

16

contracts for hedging purposes, it may lose the benefits of advantageous changes in exchange rates. On the other hand, if it enters forward contracts for the purpose of increasing return, then the Company may sustain losses.

- Non-U.S. Financial Instruments may be less liquid, more volatile and less closely supervised by the government than in the United States. Foreign countries often lack uniform accounting, auditing and financial reporting standards and there may be less public information about their operations.

**Risks of Trading Forex and Derivative Products**. Trading Forex or Derivatives is potentially risky. Whenever the Company purchases or sells a particular Financial Instruments, there is a substantial possibility that it may sustain a significant loss. The Forex or Derivatives may be more volatile than prices of securities such as stocks and bonds. As a result, the risk of loss in trading Forex or Derivative Instruments may be greater than in trading those securities. Prices of derivatives react strongly to the prices of the underlying commodities. The prices of these underlying products, in turn, rise and fall based on changes in interest rates, international balances of trade, changes in governments, wars, weather and a host of other factors that are entirely beyond the Company's control and that are very difficult (and perhaps impossible) to predict.

**Leverage.** The Company may use leverage in its investment program, including the use of borrowed funds and investments in certain types of currencies, futures and options on these instruments and others which may be purchased for a fraction of the price of the underlying instruments while giving the purchaser the full benefit of movement in the market of those underlying products. While such strategies and techniques increase the opportunity to achieve higher returns on the amounts invested, they also increase the risk of loss. To the extent the Company trades financial instruments with borrowed funds, its net assets will tend to increase or decrease at a greater rate than if borrowed funds are not used. The level of interest rates generally, and the rates at which such funds may be borrowed in particular, could affect the operating results of the Company. If the interest expense on borrowings were to exceed the net return on the portfolio established with borrowed funds, then the Company's use of leverage would result in a lower rate of return than if the Company were not leveraged.

If the amount of borrowings which the Company may have outstanding at any one time is large in relation to its capital, then fluctuations in the market value of the Company's portfolio will have disproportionately large effects in relation to the Company's capital and the possibilities for profit and the risk of loss will therefore be increased. Any investment gains made with the additional monies borrowed will generally cause the Net Worth of the Company to rise more rapidly than would otherwise be the case. Conversely, if the investment performance of the additional moneys borrowed fails to cover their cost to the Company, then the Net Worth of the Company will generally decline faster than would otherwise be the case.

Overall, the use of leverage, while providing the opportunity for a higher return on investments, also increases the volatility of such investments and the risk of loss. Investors should be aware that an investment program utilizing leverage is inherently more speculative, with a greater potential for losses, than a program that does not utilize leverage.

**Short Sales.** The Company may sell securities short. Short selling involves the sale of a security that the Company does not own and must borrow in order to make delivery in the hope of purchasing the same security at a later date at a lower price. Selling securities short risks losing an amount greater than the proceeds received. Theoretically, securities sold short suffer from an unlimited risk of loss because there is no limit on how high the

17

price of security may rise before the short position is closed. In addition, the supply of securities that can be borrowed fluctuates from time to time. The Company may have losses if a security lender demands return of the lent securities and an alternative lending source cannot be found.

**Options and Other Derivative Instruments.** The Manager will invest in options and other derivative instruments. The prices of many derivative instruments, including many options and futures, are highly volatile. Price movements of options and futures contracts and payments pursuant to swap agreements are influenced by, among other things, interest rates, changing supply and demand relationships, trade, fiscal, monetary and exchange control programs and policies of governments, and national and international political and economic events and policies. The value of options, futures and other derivatives also depends upon the price of the underlying spot or cash product. The Company is also subject to the risk of the failure of any of the exchanges on which its positions trade or of their clearinghouses or of counterparties. The cost of options is related, in part, to the degree of volatility of the underlying financial product. Accordingly, options on highly volatile instruments like currencies or commodities may be more expensive than options on other instruments.

Put options and call options typically have similar structural characteristics and operational mechanics regardless of the underlying instrument on which they are purchased or sold. A put option gives the purchaser of the option, upon payment of a premium, the right to sell, and the writer the obligation to buy, the underlying currency, commodity, index, security or other instrument at the exercise price. A call option, upon payment of a premium, gives the purchaser of the option the right to buy, and the seller the obligation to sell, the underlying instrument at the exercise price.

If a put or call option purchased by the Company were permitted to expire without being sold or exercised, the Company would lose the entire premium it paid for the option. The risk involved in writing a put option is that there could be a decrease in the market value of the underlying instrument. If this occurred, the option could be exercised and the underlying instrument would then be sold to the Company at a higher price than its current market value. The risk involved in writing a call option is that there could be an increase in the market value of the underlying instrument. If this occurred, the option could be exercised and the underlying instrument would then be sold by the Company at a lower price than its current market value.

Purchasing and writing put and call options and, in particular, writing "uncovered" options are highly specialized activities and entail greater than ordinary investment risks. In particular, the writer of an uncovered call option assumes the risk of a theoretically unlimited increase in the market price of the underlying currency, future or security above the exercise price of the option.

This risk is enhanced if the instrument being sold short is highly volatile and/or there is a significant outstanding short interest. These conditions could exist in securities of many companies. The instrument necessary to satisfy the exercise of the call option may be unavailable for purchase except at much higher prices. Purchasing illiquid securities to satisfy the exercise of the call option can itself cause the price of these securities to rise further, sometimes by a significant amount, thereby exacerbating the loss. Accordingly, the sale of an uncovered call option could result in a loss by the Company of all or a substantial portion of its assets.

Swaps and certain options and other custom instruments are subject to the risk of non-performance by the counterparty, including risks relating to the financial soundness and creditworthiness of the counterparty.

**Hedging Transactions**. The Company may utilize financial instruments such as futures, options, forward contracts, interest rate and currency swaps, caps and floors, credit default swaps and other derivatives to seek to hedge against fluctuations in the relative values of its portfolio positions as a result of changes in currency exchange rates, certain changes in the equity markets and changes in interest rates. Hedging against a decline in the value of portfolio positions does not eliminate fluctuations in the values of portfolio positions or prevent losses if the values of such positions decline, but establishes other positions designed to gain from those same developments, thus moderating the decline in the portfolio positions' value. Such hedging transactions also limit the opportunity for gain if the value of the portfolio positions should increase. Moreover, it may not be possible for the Company to hedge against a fluctuation at a price sufficient to protect the Company's assets from the decline in value of the portfolio positions anticipated as a result of such fluctuations. For example, the cost of options is related, in part, to the degree of volatility of the underlying instruments. Accordingly options on highly volatile instruments may be more expensive than options on others and of limited utility in hedging against fluctuations in those financial products.

The Manager is not obligated to establish hedges for portfolio positions and may not do so. To the extent that hedging transactions are effected, their success is dependent on the Investment Manager's ability to correctly predict movements in the direction of currency, commodities, interest rates and the equity markets or sectors thereof.

## Regulatory Risks

**Strategy Restrictions**. Certain institutions may be restricted from directly utilizing investment strategies of the type the Company may engage in. Such institutions, including entities subject to ERISA, should consult their own advisors, counsel and accountants to determine what restrictions may apply.

**Trading Limitations**. For all Financial Instruments, including options listed on a public exchange, the exchange generally has the right to suspend or limit trading under certain circumstances. If trading were suspended or limited, the Company might be prevented from completing or continuing some of its strategies and might suffer losses as a result.

**No Regulatory Oversight**. The Company is not registered as an "investment company" under the Investment Company Act. Consequently, Members will not benefit from some of the protections afforded by such Act.

## Risks Related to the Manager

**Dependence Upon the Manager**. The success of the Company depends on the efforts of the Manager principals including the Chairman & CEO Robert Hydeman, the Chief Operating Officer John Sullivan and the Chief Financial Officer William Krusheski. If any of them should cease to participate in the Company's business, then the Company's ability to select attractive investments and manage its portfolio could be severely impaired.

**No Participation in Management**. The management of the Company's operations is vested solely in the Manager. Sharing Members have no right to take part in the conduct or control of the business of the Company. In connection with the management of the Company's business, the Manager and its principals will devote only such time to Company matters they deem appropriate.

**Limited Operating History**. The Company and the Manager commenced operations in February, 2007. Although the Trading Advisor's management team has very substantial

19

trading experience in the Forex, all Derivative Instruments (including those of the most sophisticated type) and the financial industry in general, the entities have a limited operating history upon which prospective investors may evaluate the Company's future performance.

**Operating Expenses.** The operating expenses of operating the Company will be paid by the Manager out of its own earnings. If the Company does not earn any profits, Manager may not receive any funds to operate which may adversely effect the ability of Manager to fulfill its duties and obligations as required for the management of the Company.

## Conflicts of Interest

There are several inherent and potential conflicts of interest among the Manager, the Trading Advisor and the Company including the following:

**No Obligation for Full-time Service.** The Manager and the Trading Advisor, do not have any obligation to devote their full time to the business of the Company. They are only required to devote as much time and attention to the affairs of the Company as they decide is appropriate

**Investment Management Services to Others.** The Manager, the Trading Advisor, and their affiliates may manage other accounts and private investment vehicles for which they are compensated. They may also provide consulting and/or advisory services to other clients. In connection with such other investment management activities, the Trading Advisor and/or its managers, members, officers, affiliates and employees may decide to invest the funds of one or more other accounts or clients or recommend the investment of funds by other parties, rather than the Company's funds, in a particular Financial Instrument or strategy. In addition, the Manager and/or the Trading Advisor and such other persons will determine the allocation of funds from the Company and such other accounts and clients to investment strategies and techniques on whatever basis they decide is appropriate. In some cases, these accounts or clients may take positions that are opposite to the Company's position. The records of these accounts and clients will not be made available to Sharing Members.

**Diverse Sharing Members.** The Sharing Members are expected to include taxable and tax-exempt entities and persons or entities resident of or organized in various jurisdictions. As a result, conflicts of interest may arise in connection with decisions made by the Manager that may be more beneficial for one type of Sharing Member. In making such decisions, the Manager intends to consider the investment objectives of the Company as a whole, not the investment objectives of any Sharing Member individually.

**Lack of Separate Representation.** Neither the Company Agreement nor any of the agreements, contracts and arrangements among the Company, the Manager or the Trading Advisor were or will be the result of arm's-length negotiations. The attorneys, accountants and others who have performed services for the Company in connection with this offering, and who will perform services for the Company in the future, have been and will be selected by the Manager. No independent counsel has been retained to represent the interests of investors or Sharing Memebers and the Company Agreement has not been reviewed by any attorney on their behalf. You are therefore urged to consult your own counsel as to the terms and provisions of the Company Agreement and all other related documents.

**Performance Allocation.** The Manager's compensation plan may create an incentive for the Manager to cause the Company to make investments that are riskier or more speculative than the Company might make in the absence of such an arrangement.

**Additional Risk Factors**

**Accuracy of Public Information.** The Trading Advisor selects investments for the Company, in part, on the basis of information and data filed by issuers with various government regulators or made directly available to Trading Advisor by the issuers or through sources other than the issuers. Although the Trading Advisor evaluates all such information and data and ordinarily seeks independent corroboration when Trading Advisor considers it appropriate, the Trading Advisor is not in a position to confirm the completeness, genuineness or accuracy of such information and data, and in some cases, complete and accurate information is not available.

**Short-Term Capital Gains.** Frequent profitable short-term trading by the Company may result in substantial taxable short-term capital gains to the Sharing Members. For many investors, short-term capital gains are taxed at a higher rate than long-term capital gains. See "TAXATION" below.

**Tax Risk.** The section entitled "TAXATION" should be reviewed for a discussion of some of the tax risks of investing in Limited Company Interests. A tax advisor should be consulted about how an investment in the Company would the affect tax situation of a specific Sharing Member.

**Tax-Exempt Entities.** If you are considering investing in the Company on behalf of a tax-exempt entity, you should consider the possible adverse tax consequences that could arise out of unrelated business taxable income ("UBTI"). If UBTI or your organization's tax-exempt status is a concern for you, then you should read the section entitled "TAXATION" and you should talk to your tax advisors.

**Restrictions on Transfer of Company Interests.** Under the terms of the Company Operating Agreement, Sharing Members are prohibited from selling their Interest without consent of the Manager. There is no public market for the Interests. Moreover, the Interests have not been registered under the Securities Act or any state securities laws, and, for that reason, some additional transfer restrictions are imposed by law.

**Withdrawal of Capital.** A Sharing Member's ability to withdraw funds from the Company is subject to important consequences. Substantial withdrawals by investors within a short period of time could require the Company to liquidate trading positions more rapidly than would otherwise be desirable, possibly reducing the value of the Company's assets and/or disrupting the Company's investment strategy. A reduction in the size of the Company could make it more difficult to generate a positive return or to recoup losses due to, among other things, reductions in the Company's ability to take advantage of particular investment opportunities or decreases in the ratio of its income to its expenses.

**Limitations on Withdrawals.** The Manager, in its discretion, may suspend or postpone the payment of any withdrawals from capital accounts:

(i)     in the event that Sharing Members request withdrawals of more than thirty-five percent (35%) of the value of the Company's capital accounts in the aggregate as of any date of withdrawal;

(ii)    during the existence of any state of affairs which, in the opinion of the Manager, makes the disposition of the Company's investments impractical or prejudicial to the Members, or where such state of affairs, in the opinion of the Manager, makes the determination of the price or value of the Company's investments impractical or prejudicial to the Members;

21

(iii)    where any withdrawals or distributions, in the opinion of the Manager, would result in the violation of any applicable law or regulation

(iv)    for such other reasons or for such other periods as the Manager may in good faith determine.

**Withdrawals, Resignation and Transfers by Manager.**  The Manager may withdraw all or any of the value in the Manager's capital account at any time, from time to time, without the consent of the Sharing Members and without notice to any of the Sharing Members. The Company Agreement provides that the Manager may resign at any time upon thirty (30) days' notice to the Sharing Members.  Upon such resignation of the Manager, or upon its bankruptcy or dissolution, the remaining Sharing Members have the right to appoint a substitute Manager; otherwise the Company shall be dissolved. The Company Operating Agreement also permits the Manager to appoint additional Managers and to transfer its Manager interest to an affiliate upon notice, but without the requirement of consent.

**Manager's Right to Dissolve the Company or Expel Sharing Member.**  The Manager has the right to dissolve the Company at any time upon thirty (30) days' notice to the Sharing Members.  Accordingly, there is a risk that if the Company's assets become depleted, the Manager may elect to dissolve the Company and distribute its remaining assets.  The Manager also has the right to expel a Sharing Member at any time, with or without cause or justification.  Such mandatory withdrawal or expulsion could result in adverse tax and/or economic consequences to such Sharing Member.  No person will have any obligation to reimburse any portion of a Sharing Member's losses -- upon dissolution, expulsion, withdrawal or otherwise.

**Limitation of Liability and Indemnification of the Manager.**   Under the Company Act, a Manager is accountable to the Sharing Members as a fiduciary and, consequently, is required to exercise good faith and integrity in handling Company affairs.  The Company Operating Agreement provides that the Manager shall be indemnified against and shall not be liable for, any loss or liability incurred in connection with the affairs of the Company, so long as such loss or liability arose from acts performed in good faith and not involving gross negligence or willful misconduct.  Therefore, a Sharing Member may have a more limited right of action against the Manager than a Sharing Member would have had absent these provisions in the Company Operating Agreement.

**Liability of a Sharing Member for the Return of Capital Distributions.**  If a Sharing Member receives a distribution from the Company which the Company is prohibited from making, then the Sharing Member may be liable to return all or part of the distribution, plus interest.

**Delayed Schedule K-1s.**  The Manager will try to provide the Sharing Members with all necessary tax documents by March 15 of each year at the latest.  Failure of the Manager to deliver the documents on time (April 15) could result in the Sharing Members having to file for an extension and pay taxes based on an estimated amount.

**This list may not describe all of the risks and conflicts of interests relating to the Company.  A prospective investor should read this entire Memorandum and consult with his own legal and financial advisors before investing in the Company.**

# INVESTMENT PROGRAM

## General Purpose of Company

The Company is organized for the purpose of investing and trading in Financial Instruments seeking to capitalize on markets and market sectors irrespective of their directions or volatilities. The Manager intends that the Company's objective will be achieved by a disciplined trading approach of following primarily (but not exclusively) the gigantic and fast developing currency market (Forex), and an array of derivatives (options, futures, OTC instruments like FRA or Swaps) that provide our sophisticated Trading Advisors with opportunities going from outright directional positions to pure Arbitrage (riskless transaction obtained by simultaneously buying and selling two or more inter connected products which at maturity produces with certainty a net spread gain).

Through its Trading Advisors, the Company is to use its pool of talent and large trading experience, numerous connections in the financial field (especially in the Forex and Derivatives spheres), technological resources and proprietary and non proprietary trading systems to achieve its Investment Objective ( see Investment Objective below for details):

The following description is merely a summary and you should not assume that any descriptions of the specific activities in which the Company may engage are intended in any way to limit the types of investment activities which the Company may undertake or the allocation of Company capital among such investments. The Manager reserves the right to alter any Company investment policy or strategy as deemed appropriate from time to time in its discretion without obtaining approval from the Sharing Members.

## Investment Objective

The Company has two stated Investment Objectives:

1.  Enhancement of Returns

2.  Reduction of the overall investment portfolio risk through diversification into Alternative Investments (low correlation with the Debt, Equity and Real Estate markets).*

*Please refer to the work of Dr. John Lintner at Harvard University or a more recent 1997 study by Dr. Thomas Schneeweis (University of Massachussets). Both studies complement to show that a small portion (5 to30 %) of the overall investment portfolio invested in Alternative Investments (like currencies, commodities, derivatives): "REDUCES VOLATILITY WHILE ENHANCING RETURNS" and "have substantially less risk at every possible level of return than portfolios of stocks, or stocks and bonds".

Thanks of its heavy use of derivatives (for speculation, hedging and arbitrage) and to the choice of Forex as a prime trading source, the Company's ability to perform is expected to be independent of:

- falling or rising Equity Markets: S&P500 benchmark, Nasdaq, Dow, Foreign equities.

- the Interest Rate situation affecting the debt market: Bond portfolios, munis…etc.

- the performance of Real Estate as an investment.

- Specific move in commodities (Oil, Copper, Gold…etc)

In fact, through its non directional trading of currencies and the use of hedges, the returns of the Company are expected to be relatively lowly correlated to specific directional moves in the currency markets. High volatility in the Forex could potentially enhance results to some extent.

23

No assurance can be given, however, that the Company will achieve its objective and investment results may vary substantially over time and from period to period.

**Investment Strategy**

The Forex market and its derivatives have been chosen to be the principal (but in no way exclusive) source for trading by the Company in order to achieve its dual Investment Objectives.

Use of Forex:

. Some reasons for this choice include:

- The Forex is the largest trading market on the planet by an order of magnitude.
- The Forex supplies the volatility and leverage of futures and commodities markets without several of their drawbacks (limits up or down, contract rollovers)
- By its sheer size and its supranational status, the Forex does not allow for market maker manipulations experienced in the Equity and Futures markets.
- Currencies have tendencies to establish long trends allowing the experienced disciplined trader high reward/ low risk strategies.
- Forex is opened and liquid 24 hours a day from Sunday afternoon in the US to Friday 3PM E.T.
- Forex spreads are very low keeping transaction costs very reasonable and allowing fast exit.
- The Forex market because of its lack of gaps and its automatic trading platforms tends to optimize System Trading, allowing technology a clear edge.

Use of Derivatives:

Options, Futures and combinations of thereof allow for defining strategies with limited risks and theoretical unlimited profits (of course profits are limited by trader's targets).

Some sophisticated option techniques like "Butterflies", and "Condors" (option combinations) will be used by the Company based on very favorable odds of rewards and limited risks.

The Company uses a trading platform that ranks among the most sophisticated available to banks and financial institutions. The platform can calculate the probability for success and define a live "Profit and Loss" profile in advance of taking a trading position based on real time market conditions. This technology along with proprietary systems and traders experience is expected to provide the Company with many profitable trades over time.

Derivatives are also necessary for hedging and arbitraging purposes.

Risk Management: Risk Management and Capital Preservation are an absolute priority in the Company policies. The Company through its Trading Advisor plans to apply strict, systematic and non-negotiable discipline in exiting losses.

Extensive use of Stops (Trailing, Volatility based, OCO and OSO order types…etc), Triggers and Hedges are the first line of defense.

Other defensive measures enacted to protect Capital may involve:

- Extensive use of Stops (Hard, Trailing, volatility based…etc)
- Sophisticated Execution Orders (Triggers, OSO, OCO…etc)
- Constant review and Analysis of Trading and Portfolio Risks exposure
- State of the art Back Office and Reporting
- Proprietary Position Sizing modules
- Neutralization of market or other unfocused risks through hedges
- Trading diversification through products, time frames, and systems.
- Conservative policies on Margin

**Trading Horizon:**

The Company may trade all type of time frame with a net preference for mid-term (1 to 5 days) trading positions.

It has been determined by the Trading Advisor that this time frame tends to be long enough not to fall into the very short term noise (random chaotic moves) and short enough to keep trading hypotheses valid.

**Research:**

It is the clear intention of the Company to develop and promote research as a way to find and maintain the trading edge necessary to successful long term performance.

Several Research directions involve System Trading, arbitrage between spot and futures (Cash & Carry arbitrages), complex options into expirations and at strike price level, seasonality, synthetic futures made of combination of spot and options, commodities and currencies spread.

The Company's investment program entails substantial risks and there can be no assurance that its investment objectives will be achieved. The practices of Forex, options and futures trading, short selling, use of leverage and other investment techniques employed by the Company can, in certain circumstances, maximize the adverse impact to which the Company's investment portfolio may be subject. There can be no assurance that the Company will be successful in obtaining needed securities to participate in a short-selling strategy or in executing that strategy in the marketplace.

(BALANCE OF PAGE LEFT BLANK INTENTIONALLY)

## PRIME BROKER AND BROKERAGE PRACTICES

**Prime Broker and Custodian**

Substantially all of the trading assets of the Company will be held at **FC Stone** or another prime broker selected by the Manager (the "Prime Broker"). The Prime Broker will clear (on the basis of payment against delivery) the transactions of the Company which are effected through other brokerage firms. The Company may also utilize the Prime Broker, its affiliates and other brokers and dealers for the purpose of executing transactions for the Company. Accordingly, the Prime Broker will receive substantial brokerage commissions and/or margin interest related to the transactions of the Company. The Company is not committed to continue its prime brokerage and custodial relationship with the Prime Broker for any minimum period, and may enter into brokerage and custodial relationships with other brokers.

The Prime Broker is a service provider to the Company and is not responsible for the preparation of this document or the activities of the Company, and therefore accepts no responsibility for any information contained in this document. The Prime Broker will not participate in the Company's investment decision-making process.

**Brokerage Practices**

General. The Trading Advisor will be responsible for the placement of the portfolio transactions of the Company and the negotiation of any commissions or spreads paid on such transactions. Portfolio investments normally will be purchased through brokers on securities exchanges or directly from the issuer or from an underwriter or market maker for the investments. Purchases of portfolio investments through brokers involve a commission to the broker. Forex transactions from dealers serving as market makers include the spread between the bid and the asked price. Transactions will be executed by brokers selected by the Trading Advisor in its sole discretion.

In placing portfolio transactions and negotiating commission rates, the Trading Advisor will seek to obtain the best execution for the Company, taking into account the following factors:

(i)     the ability to effect prompt and reliable executions at favorable prices (including the applicable dealer spread or commission, if any);

(ii)    the operational efficiency with which transactions are effected, taking into account the size of order and difficulty of execution;

(iii)   the financial strength, integrity and stability of the broker;

(iv)    the reputation of the broker;

(v)     the firm's compatibility with our trading platforms and automatic systems;

(vi)    efficiency of execution and error resolution;

(vii)   the quality, comprehensiveness and frequency of available research services considered to be of value;

(viii)  the competitiveness of commission rates in comparison with other brokers satisfying the Investment Manager's other selection criteria.

The Company is not required to allocate either a stated dollar or stated percentage of its brokerage business to any broker for any minimum time period, and will review such relationships from time to time.

26

**Referral of Investors**

The Manager may sell Interests through broker-dealers, placement agents and other persons and pay a marketing fee or commission in connection with such activities, including ongoing payments, at the Manager's own expense (except in circumstances involving directed brokerage). In certain cases, the Manager reserves the right to pay a one-time fee or sales charge, on a fully disclosed basis, to a broker-dealer or placement agent based upon the capital contribution of the investor introduced to the Company by such broker-dealer or agent. Any such sales charge would be assessed against the referred investor and would reduce the amount actually invested by the investor in the Company.

The Manager may also direct some Company brokerage business to brokers who refer prospective investors to the Company. Because such referrals, if any, are likely to benefit the Manager but will provide an insignificant (if any) benefit to Sharing Members, the Manager will have a conflict of interest with the Company when allocating Company brokerage business to a broker who has referred investors to the Company. To prevent Company brokerage commissions from being used to pay investor referral fees, the Manager will not allocate Company brokerage business to a referring broker unless the Manager determines in good faith that the commissions payable to such broker are not materially higher than those available from non-referring brokers offering services of substantially equal value to the Company.

**Allocation of Trades**

The Manager may at times determine that certain Financial Instruments will be suitable for acquisition by the Company and by other accounts managed by the Manager, possibly including the Manager's own accounts or accounts of an affiliate. If that occurs, and the Manager is not able to acquire the desired aggregate amount of such Instruments on terms and conditions which the Manager deems advisable, the Manager will endeavor to allocate in good faith the limited amount of such securities acquired among the various accounts for which the Manager considers them to be suitable. The Manager may make such allocations among the accounts in any manner which it considers to be fair under the circumstances, including but not limited to allocations based on relative account sizes, the degree of risk involved in the securities acquired, and the extent to which a position in such Financial Instruments is consistent with the investment policies and strategies of the various accounts involved.

**Aggregation of Orders**

The Manager may aggregate purchase and sale orders of Financial Instruments held by the Company with similar orders being made simultaneously for other accounts or entities if, in the Manager's reasonable judgment, such aggregation is reasonably likely to result in an overall economic benefit to the Company based on an evaluation that the Company will be benefited by relatively better purchase or sale prices, lower commission expenses or beneficial timing of transactions, or a combination of these and other factors. In many instances, the purchase or sale of Financial Instruments for the Company will be affected simultaneously with the purchase or sale of like Financial Instruments for other accounts or entities. Such transactions may be made at slightly different prices, due to the volume of Instruments purchased or sold. In such event, the average price of all Financial Instruments purchased or sold in such transactions may be determined, at the Manager's sole discretion, and the Company may be charged or credited, as the case may be, with the average transaction price.

(BALANCE OF PAGE LEFT BLANK INTENTIONALLY)

## THE MANAGER

The Manager of the Company is Diversity Management, Inc. ("DMI"), a Wyoming corporation. As discussed below, the key corporate officers of DMI have extensive business experience, including securities, insurance, financial markets, financing and management.

The principal executive offices of the Company and the Manager are located at 2333 State Street, Suite 102 Carlsbad, CA 92008.

The Company's and Manager's telephone number at such address is 1-760-440-9712 (direct to John Sullivan) and 760-421-0785 (direct to William Krusheski)

Diversity Management, Inc., as Manager, will retain all the Voting Units and, as such, will have full management and operational authority over the Company.

The primary principals of Winex and DMI are:

Robert B. Hydeman, Sr. – Chairman and Co-Founder. Bob has over 40 years as a business professional and is a General Partner in Hydeman Family Partners, Ltd., an entity operating numerous family businesses. His prior achievements include Co-Director of Marketing of an international nutrition and supplement company; Founder and President of Hydeman Realty Company, a Dallas commercial brokerage firm; and Regional Vice-President of a hospital equipment leasing company. Mr. Hydeman has resided in the Dallas, Texas area since 1969 and earned a B.A. from Wesleyan College, Middletown, CT.

John Sullivan – Chief Operating Officer and Co-Founder. John is responsible for the day to day operations as well as being the primary communication link to Sonador Capital Management. John's most recent experience includes raising funds for both private and public small-cap companies through private placements. John founded Select Sports, Inc., a successful sports management company negotiating endorsement contracts between professional golfers and caddies on the PGA & Champions Tour and major businesses including Haagen-Daz, Volkswagen, Norelco and Compaq. Prior to that, John worked 20 years as a professional tour caddie for such notables as Johnny Miller, Jack Nicklaus and Hale Irwin.

William Krusheski – Chief Financial Officer. Interdepartmental Physical Science Major, Michigan State University. Bill has thirty years experience in business start-ups, development, financial planning, management, sales and marketing and is founder of both Capital Marketing Associates, Inc. & Accelerated Settlements, LLC. He has designed portfolios for foreign government debt repayments, domestic charitable/nonprofit organizations; and fixed-rate securitized portfolios for venture capital funds and more recently as co-founder & officer took a telecom company public which is currently trading (INFL.OB). He is a member of the Advisory Board for Diversified Builders Services, a lending subsidiary of PFF Bank and Trust; and is an NASD securities registered principal, CA insurance licensed and a State of CA Notary Public.

## THE MANAGER'S FIDUCIARY DUTIES

The Manager is responsible for the control and management of the Company and must exercise good faith and integrity when handling the Company's affairs. It is unclear under current Wyoming law the extent, if any, to which a Manager will have a fiduciary duty to Members of a Company. This area of law is developing and changing. If you have questions about the fiduciary duties of the Manager, you should consult your own legal counsel.

The Manager has a fiduciary responsibility for the safekeeping and use of all of the Company's funds and assets, whether or not they are in the Manager's immediate possession and control. The Manager may employ persons or firms to carry out all or any portion of the business of the Company and has the authority to employ contractors, architects, attorneys, accountants, engineers, appraisers or other persons or entities to assist in the management and operation of the Company. Some or all of such persons or entities employed may be Affiliates of the Manager.

28

Under the terms of the Operating Agreement, the Manager will not be liable to the Company or the Members for any act or omission performed or omitted by it in good faith, but will be liable only for gross negligence or willful misconduct. Additionally, the Manager is not liable for the return once repayment of the Capital Contribution of any Member or of any loan made by any Member to the Company. Members and other holders of Units may, accordingly, have a more limited right of action against the Manager than they would have absent the limitation in the Operating Agreement.

The Operating Agreement also generally provides for indemnification of the Manager (and its affiliates, officers, employees, agents and assigns) by the Company, to the extent of Company assets, for any claims, liabilities and other losses that the Manager may suffer in dealings with third parties on behalf of the Company not arising out of gross negligence or willful misconduct. In the case of liability arising from an alleged violation of securities laws, the Manager may obtain indemnification only if: (i) the Manager is successful in defending the action; (ii) the action is settled and the court specifically approves the settlement and the indemnification of such settlement; or (iii) in the opinion of the Manager's counsel, the right to indemnification has been settled by controlling precedent. It is the opinion of the SEC that indemnification for liabilities arising under the Securities Act is contrary to public policy and, therefore, unenforceable.

### THE TRADING ADVISOR

Sonador Capital Management ("SCM"), a Wyoming based corporation, is the Trading Advisor identified by Manager to manage all accounts. Sonador's trading team consists of some of the finest traders in the world. Michael Stewart, Senior Partner and Fund Director, personally manages and oversees all aspects of the trading accounts, as well as directing administrative functions. SCM's trading and management team are composed of some of the finest and most respected traders in the industry.

**Principals & Traders:**

**Michael Stewart** is a Principal and co-founder of Sonador Capital Management, Inc. Founder and CEO of Snake River Financial, Inc. He has over 18 years of experience in the investment markets, including mortgage backed securities, stocks, stock options, currency futures. Michael also has 9 years of experience in Forex currencies and 3 years Forex options trading. Prior to the formation of Snake River Financial, Inc., Mr. Stewart was involved in and managed the investment company, Wolf Creek Holdings Ltd., an investment advisory firm for individual and private investors. As the firm's Managing Director, he managed multi-millions of dollars in investments from Forex and equities trading to world wide real estate holdings and mortgage securities. Mr. Stewart studied Business and Finance at the University of Arizona.

**Robert Carter** is Lead Trader and co-founder of Sonador Capital Management. He has over 11 years experience in the alternative investments industry and 15 years experience in finance, management and business development. Since 1997, Robert has studied Options and derivatives and since 2003 FOREX Options with Sonador's Lead Trader, Jean Michael Nahon. Mr. Carter, until 2002, owned and managed Annex Inc., an investment advisory firm specializing in Equity Options trading. As the firm's President, he directed a team of traders & investors who were in charge of portfolio management, investment analysis, financial reporting, product development, sales and marketing activities. Mr. Carter's earlier career included his holding the positions of President and Chief Financial Officer of Southwest Mechanical, a 35-year old, family owned heating and air-conditioning firm that was started by his father. Robert received a degree in Business and a minor in Finance from Colorado State University.

**Jean-Michael Nahon** (JM) is Lead Trader, Risk Manager and General Partner for Sonador Capital Management's Hedge Fund division, Joshua Tree Asset Management (Joshua Tree Fund). JM has worked in the financial industry since receiving his M.B.A in 1987. He started as a broker on the inter-bank markets in Europe for Maison Roussin in Paris (later bought out by Tullet & Tokyo Plc London). He moved on to the booming derivatives market, becoming a specialist in interest rate swaps and options. JM developed his own interest rate cap, floor and swaption pricer in a developing market where very few

Europeans (especially continental European banks) had the know-how to answer sophisticated queries from their large corporate customers. For a couple of years, he priced sophisticated derivatives for some of the largest banks in Europe in exchange for some of their business, if and when their corporate clients would actually deal. JM was the obvious choice to develop a new department to handle the fast developing and booming derivatives business. He hired and trained an international team that quickly achieved the # 1 ranking in the world for Interest Rate Swaps in French Franc and ECU (which was to become the Euro) according to the prestigious London "RISK MAGAZINE." His team was responsible for hundreds of billions of dollars in interest rate swaps, options and complex derivatives. JM became a member of the Maison Roussin Board and was regularly interviewed by the specialized financial press and radio in London and throughout continental Europe. For the last 5 years, he has developed and tested trading systems in various markets, trying to achieve a risk/reward balance that would generate wealth without putting much capital at risk. JM Nahon holds an advanced Business degree from the Center of Education and Research Applied to Management (European high tech. park of Sophia-Antipolis) and a M.B.A from ASU in Tempe-AZ, with emphasis in Finance and Statistics.


## DESCRIPTION OF THE UNITS

**General Description**

The Units represent ownership interests in the Company and entitle the holder to participate in certain Company allocations, distributions, voting and other purposes as specified in the Operating Agreement. If you buy Sharing Units from the Company and the Manager accepts your subscription, you will become a Member in the Company and be entitled to certain distributions from the Company.

The Company is offering up to 50,000 Sharing Units. The minimum purchase is $50,000 for 50 Units, although the Manager may authorize fractional Units for certain Investors in its sole discretion. The purchase price of $1,000 per Unit was arbitrarily determined and is not the result of arm's-length negotiations. Sharing Unit owners are referred to as Sharing Members, and Voting Unit owners are referred to as Voting Members.

**Sharing Members.** Sharing Members as a group will be entitled to monthly distributions, in arrears, equal to 80% of the Company NET CASH FLOW. Each individual Sharing Member shall receive a pro rata monthly distribution based upon each Sharing Members's percentage of the total investment of all Sharing Members as calculated and determined on the first of each calendar month. Sharing Members may take the previous month's profits as cash distribution or may purchase additional Units. Each    Sharing Member's percentage of the total of all Sharing Members will be recalculated only on the first of each month. This percentage will remain constant for each entire month. Sharing Member requests for distributions shall require a minimum of 30 (thirty) days written notice. See "DISTRIBUTIONS OF CASH".

**Voting Members.** Voting Members, and its Voting Units which are owned by the Manager,    will be entitled to monthly distributions, in arrears, equal to 20% of the Company NET CASH FLOW. Voting Members may take the previous month's profits as cash distribution or may purchase Sharing Units. The terms and conditions of Manager's ownership of Sharing Units will be treated the same as all other owners of Sharing Units and as such, shall be afforded all the rights and privileges of Sharing Members and shall receive no special considerations.


**Restrictions on Transferability**

There are substantial restrictions on the transferability of the Units in the Operating Agreement and under federal and state securities laws. Before you sell or transfer your Units, you must first obtain the written consent of the Manager and comply with applicable requirements of federal and state securities laws and regulations, including the financial and other suitability requirements of such laws or

regulations. It is unknown at this time if a regular market for the Units will develop and you should view an investment in Units as a long-term investment with no liquidity other than the repurchase option described in the Operating Agreement.

In addition, under the terms of the Operating Agreement, an Assignee of Units may not become a Substitute Member (as that term is defined in the Operating Agreement) without meeting certain conditions and without the written consent of the Manager, which consent is in the Manager's sole and absolute discretion. If an Assignee of Units is not admitted to the Company as a Substitute Member, the Assignee will have no rights in the Company except the right to share in the Net Income, Net Loss and Distributions of the Company (the "Economic Right") associated with the Units held by the assignor of the Units. Further, no transfer will be allowed unless the Manager determines that the transfer will not cause the Company to be "publicly traded." See "TAXATION" below.

The Units have not been registered under the Securities Act or the securities laws of any state, and it is not anticipated the Units will ever be registered. The Units may not be transferred or resold unless they are registered under the Securities Act and registered or qualified under applicable state securities laws or unless exemptions from such registration and qualification are available. The Manager anticipates that the Units will not be registered.

Withdrawals

**Lock-Up Period:**
A Member may not make any withdrawals for a period of three (3) months after an investment in the Company (the "3 month Lock-Up Period"), except with the special permission of the Manager. However, the Manager may agree with a Sharing Member to establish a different lock up period for such Sharing Member. The Manager, in its sole discretion, may also subject each additional contribution to a separate lock up period.
If the Manager in its discretion permits a Sharing Member to withdraw capital other than on a Withdrawal Date (including prior to the expiration of the 3 months Lock-Up Period), the Manager may impose an administrative fee to cover the legal, accounting, administrative, brokerage, and any other costs and expenses associated with such withdrawal. Other than the administrative fee that may be imposed on withdrawals other than on a Withdrawal Date, there are no withdrawal fees associated with a Sharing Member's withdrawal of capital from the Company.

**Payments**
After the 3 months Lock-Up Period, Sharing Members may withdraw a monies on the last day of any calendar month (each such date shall be referred to herein as a "Withdrawal Date"), upon at least thirty (30) days prior written notice to the Manager, and in such other amounts and at such other times as the Manager may determine in its sole discretion. For example, if a Sharing Member invests in the Company on March 31, 2007, then the Sharing Member's first possible Withdrawal Date will be June 30, 2007. Unless the Manager consents, partial withdrawals may not be made if they would reduce a Sharing Member's capital account balance below $50,000. All withdrawals shall be deemed made prior to the commencement of the following month. The Manager believes (but cannot guarantee) that the assets of the Company will be invested in a manner which would allow the Manager to satisfy withdrawal requests.

In the case of a partial withdrawal by a Sharing Member of less than 90% of such Sharing Member's capital account, the full amount of such withdrawal will be distributed to such Sharing Member within 10 business days after the end of the calendar month.

In the case of a full withdrawal by a Sharing Member, or a withdrawal of 90% or more of such Sharing Member's capital account, up to 90% of such Sharing Member's closing capital account will be distributed to such Sharing Member within 10 business days after the end of the calendar month or other withdrawal date if permitted by the Manager.

The balance of the Sharing Member's closing capital account shall be segregated and shall be distributed within 10 days after completion of the semi-annual audited financial statements.

The value of the Sharing Member's capital account is calculated to include original and additional capital contributions and withdrawals by a Sharing Member, and increases or decreases in the net worth of the Company (the "Net Worth") allocable to the withdrawing Sharing Member through the date of withdrawal.

**Limitations on Withdrawals:**
The Manager may at any time suspend the withdrawals of capital by Sharing Members, when in the sole absolute discretion of the Manager, any of the following conditions exists:
(i) any market in which a substantial portion of the Company's investments being traded is closed (other than for customary holidays or weekends) or is subject to significant trading restriction or suspension, or
(ii) the Company is unable to dispose of its asset portfolio to fund the redemptions, due to contractual or regulatory prohibitions on such sale, or
(iii) the sale by the Company of its asset portfolio to fund the redemption would seriously prejudice the interests of the non-redeeming investors, or
(iv) any breakdown in the means of communication normally used in determining the price or value of a substantial portion of the Company's investments, or of current prices on any such market, or when such prices or values cannot be promptly and accurately ascertained. If a notice for a No Company Interests will be issued during a period when withdrawals are suspended. If a notice for a withdrawal is pending while withdrawals are suspended, the withdrawal shall occur on the first business day following the termination of the suspension period.

**"High Water Mark"**
The Manager's Performance Allocation is subject to what is commonly known as a "high water mark" procedure.  That is, if the Company has a net loss in any calendar month, then this loss will be carried forward as to each Sharing Member to future months (such amount is referred to as the "Loss Carryforward"). Whenever there is a Loss Carryforward for a Sharing Member with respect to a calendar month, the Manager will not receive a Performance Allocation from such Sharing Member for future months until the Loss Carryforward amount for such Sharing Member has been recovered (i.e., when the Loss Carryforward amount has been exceeded by the cumulative profits allocable to such Sharing Member for the months following the Loss Carryforward).  Once the Loss Carryforward has been recovered, the Manager's Performance Allocation shall be based on the excess profits (over the Loss Carryforward amount) as to each Sharing Member, rather than on all profits. The "high water mark" procedure prevents the Manager from receiving a Performance Allocation as to profits that simply restore previous losses and is intended to ensure that each Performance Allocation is based on the long-term performance of an investment in the Company.
When a Sharing Member withdraws capital, any Loss Carryforward will be adjusted downward in proportion to the withdrawal.  The Manager may agree with any Sharing Member to apply a different Loss Carryforward provision for such Sharing Member.

**Distributions**
The Manager may, in its sole discretion, make distributions in cash or in-kind
(i) in connection with a withdrawal of funds from the Company by a Sharing Member and
(ii) at anytime to all the Sharing Members on a pro rata basis in accordance with the Sharing Members' Company Percentages.

The Company does not expect to make any distributions to Sharing Members from profits or capital, except pursuant to requests for withdrawals and upon termination of the Company.

Upon the termination of the Company, the assets of the Company will be liquidated (or distributed) and the proceeds of liquidation will be used to pay off known liabilities and establish reserves for contingent liabilities and expenses of liquidation. Any remaining balance will be applied and distributed in proportion to the respective capital accounts of the Sharing Members.

## ERISA CONSIDERATIONS

An investment of employee benefit plan assets in the Company may raise issues under the U.S. Employee Retirement Income Security Act of 1974, as amended ("ERISA"), and the U.S. Internal Revenue Code of 1986, as amended (the "Code"). Certain of these issues are described below.

### General Fiduciary Matters

ERISA and the Code impose certain duties on persons who are fiduciaries of a plan and prohibit certain transactions involving the assets of a plan and its fiduciaries or other interested parties. Under ERISA and the Code, any person who exercises any discretionary authority or control over the administration of the Plan (as defined below), or the management or disposition of the assets of a plan or who renders investment advice for a fee or other compensation to the Plan, is generally considered to be a fiduciary of the plan.

In considering an investment in the Company of a portion of the assets of any employee benefit plan (including a "Keogh" plan) subject to the fiduciary and prohibited transaction provisions of ERISA or the Code or similar provisions under applicable state law (collectively, a "Plan"), a fiduciary should determine, in light of the high risks and lack of liquidity inherent in an investment in the Company, whether the investment is in accordance with the documents and instruments governing the Plan and the applicable provisions of ERISA or similar law relating to a fiduciary's duties to the Plan. Furthermore, absent an exemption, the fiduciaries of a Plan should not purchase Interests with the assets of any Plan, if the Manager or any affiliate thereof is a fiduciary or other "party in interest" or "disqualified person" (collectively, a "party in interest") with respect to the Plan.

### Plan Assets

ERISA and the Code do not define "plan assets." However, regulations promulgated under ERISA by the U.S. Department of Labor (the "Plan Asset Regulations") generally provide that when a Plan subject to Title I of ERISA or Section 4975 of the Code acquires an equity interest in an entity that is neither a "publicly-offered security" nor a security issued by an investment company registered under the Investment Company Act, then the Plan's assets include both the equity interest and an undivided interest in each of the underlying assets of the entity unless it is established either that equity participation in the entity by "benefit plan investors" is not "significant" or that the entity is an "operating company," in each case as defined in the Plan Asset Regulations. For purposes of the Plan Asset Regulations, equity participation in an entity by benefit plan investors will not be "significant" if they hold, in the aggregate less than 25% of the value of any class of such entity's equity, excluding equity interests held by persons (other than a benefit plan investor) with discretionary authority or control over the assets of the entity or who provide investment advice for a fee (direct or indirect) with respect to such assets, and any affiliates thereof. For purposes of this 25% test (the "Benefit Plan Investor Test"), "benefit plan investors" generally include all employee benefit plans, whether or not subject to ERISA or the Code, including "Keogh" plans, individual retirement accounts and pension plans maintained by foreign corporations, as well as any entity whose underlying assets are deemed to include plan assets under the Plan Asset Regulations (e.g., an entity of which 25% or more of the value of any class of equity interests is held by employee benefit plans or other benefit plan investors and which does not satisfy another exception under the Plan Asset Regulations). Thus, absent satisfaction of another exception under the Plan Asset Regulations, if 25% or more of the value of any class of Interests of the Company were held by benefit plan investors, an undivided interest in each of the underlying assets of the Company would be deemed to be "plan assets of any Plan subject to Title I of ERISA or Section 4975 of the Code that invested in the Company."

The Interests will not constitute "publicly offered" securities or securities issued by an investment company registered under the Investment Company Act and it is not expected that the Company will qualify as an "operating company" under the Plan Asset Regulations. Consequently, the Manager intends to use reasonable effort either to prohibit plans subject to Title I of ERISA or Section 4975 of the Code from investing in the Company or to provide that investment by benefit plan investors in the Company will not be "significant" for purposes of the Plan Asset Regulations by limiting equity participation by benefit

plan investors in the Company to less than 25% of the value of any class of Interests in the Company as described above. However, each Plan fiduciary should be aware that even if the Benefit Plan Investor Test were met at the time a Plan acquires Interests in the Company, the exemption could become unavailable at a later date as a result, for example, of subsequent transfers or redemptions of Interests in the Company, and that Interests held by benefit plan investors may be subject to mandatory redemption or withdrawal in such event in order to continue to meet the Benefit Plan Investor Test.

Accordingly, there can be no assurance that notwithstanding the reasonable efforts of the Company, the Company will satisfy the Benefit Plan Investor Test or that the underlying assets of the Company will not otherwise be deemed to include ERISA plan assets.

## Plan Asset Consequences

If the assets of the Company were deemed to be "plan assets" under ERISA, (i) the prudence and other fiduciary responsibility standards of ERISA would extend to investments made by the Company and (ii) certain transactions in which the Company might seek to engage could constitute "prohibited transactions" under ERISA and the Code. If a prohibited transaction occurs for which no exemption is available, the Manager and any other fiduciary that has engaged in the prohibited transaction could be required (i) to restore to the Plan any profit realized on the transaction and (ii) to reimburse the Plan for any losses suffered by the Plan as a result of the investment. In addition, each party in interest involved could be subject to an excise tax equal to 15% of the amount involved in the prohibited transaction for each year the transaction continues and, unless the transaction is corrected within statutorily required periods, to an additional tax of 100%. Plan fiduciaries that decide to invest in the Company could, under certain circumstances, be liable for prohibited transactions or other violations as a result of their investment in the Company or as co-fiduciaries for actions taken by or on behalf of the Company or the Manager. With respect to an IRA that invests in the Company, the occurrence of a prohibited transaction involving the individual who established the IRA, or his or her beneficiaries, could cause the IRA, to lose its tax-exempt status.

Under the Company Operating Agreement, the Manager has the power to take certain actions to avoid having the assets of the Company characterized as plan assets including, without limitation, the right to exclude a Sharing Member from an investment or to compulsorily redeem a Sharing Member's Interests in the Company. While the Manager does not expect that it will need to exercise such power, it cannot give any assurance that such power will not be exercised.

**Each plan fiduciary should consult its own legal advisor concerning the considerations discussed above before making an investment in the Company.**

(BALANCE OF PAGE LEFT BLANK INTENTIONALLY)

# TAXATION

**Introduction**

The following is a summary of certain aspects of the taxation of the Company and its Members which should be considered by a potential purchaser of an Interest in the Company. A complete discussion of all tax aspects of an investment in the Company is beyond the scope of this Memorandum. The following summary is only intended to identify and discuss certain salient issues.

This summary of certain tax considerations applicable to the Company is considered to be a correct interpretation of existing laws and regulations in force on the date of this Memorandum. No assurance can be given that changes in existing laws or regulations or their interpretation will not occur after the date of this Memorandum or that any such future guidance or interpretation will not be applied retroactively.

**The following summary is not intended as a substitute for careful tax planning. The tax matters relating to the Company are complex and are subject to varying interpretations. Moreover, the effect of existing income tax laws and of proposed changes in income tax laws on Members will vary with the particular circumstances of each Member. Accordingly, each prospective investor must consult with and rely solely on his or her professional tax advisors with respect to the tax results of his or her investment in the Company. In no event will the Manager, the Trading Advisor, their affiliates, counsel or other professional advisors be liable to any Sharing Member for any federal, state, local or other tax consequences of an investment in the Company, whether or not such consequences are as described below.**

**Classification of the Company**

Under the provisions of the Code and the Treasury Regulations promulgated thereunder (the "Regulations"), as in effect on the date of this Memorandum, particularly the "check the box" entity classification Regulations, so long as the Company complies with the Company Operating Agreement, the Company should be classified for U.S. Federal income tax purposes as a Partnership and not as an association taxable as a corporation.

The Company has not sought and will not seek a ruling from the IRS with respect to its status as a Partnership. If the Company should be classified as an association taxable as a corporation, then the taxable income of the Company would be subject to corporate income taxation when recognized by the Company and some distributions from the Company to the Members would be treated as dividend income when received by the Sharing Members to the extent of the current or accumulated earnings and profits of the Company.

Even with the "check the box" rules, certain Partnerships may be taxable as corporations for U.S. federal income tax purposes under the publicly traded Partnership rules set forth in the Code and the Regulations. It is assumed in the following discussion of tax considerations that the Company will be taxed as a partnership for U.S. federal income tax purposes.

**Taxation of Company Operations**

As a Partnership, the Company is not itself subject to U.S. federal income tax but will file an annual Partnership information return with the IRS. Each Sharing Member is required to report separately on his or her income tax return his or her distributive share of the Company's net long-term capital gain or loss, net short-term capital gain or loss, net ordinary income, deductions and credits. The Company may utilize a variety of investment and trading strategies which produce both short-term and long-term capital gain (or loss), as well as ordinary income (or loss). The Company will send annually to each Sharing Member