**CERTIFICATE OF SERVICE**
**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange; I am over the age of eighteen years and not a party to the within entitled action; my business address is 2030 Main Street, Suite 1300, Irvine, California 92614.

On **July 21, 2008**, I served the following document(s): **PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

Elizabeth Balfour, Esq.
Sheppard Mullin Richter & Hampton, LLP
12275 El Camino Real, Suite 200
San Diego, California 92130-2006

[X]     **BY ELECTRONIC MAIL**: I caused the above-entitled documents to be served through CM ECF addressed to all parties appearing on the CM ECF electronic service list for the above-entitled case. The file transmission was reported as completed and a copy of the CM ECF Filing Receipt will be maintained with the original documents in our office.

[X]     **FEDERAL**: I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of peIjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under 21 the laws of the United States of America that the foregoing is true and correct.

Executed on July 21, 2008 at Irvine, California.

/s/ Anthony F. Geraci

**Geraci Law Firm, APC**
2030 Main Street, Suite 1300
Irvine, California 92614
T: (949) 260-9156; F: (949) 260-9157

FIRST AMENDED COMPLAINT
1