UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM COLLINS *et al.*, ) | Civil No. 08cv51-L(CAB) |
| Plaintiffs, ) | **ORDER RE: ORAL ARGUMENT** |
| v. ) | |
| WINEX INVESTMENTS, LLC, *et al.*, ) | |
| Defendants, ) | |

Currently scheduled on this court's calendar for August 4, 2008 is Defendants' motion to dismiss. The court finds this motion suitable for determination on the papers and without oral argument in accordance with Civil Local Rule 7.1(d)(1). Accordingly, no appearances are required on August 4, 2008 and the motion will be deemed submitted as of that date.

**IT IS SO ORDERED**.

DATED: July 24, 2008

M. James Lorenz
United States District Court Judge

COPY TO:

HON. CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL