UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES AND ORDER THEREON

CASE NO.:   08cv51-L(CAB)          CASE TITLE:  *Collins et al. v. Winex Investments, LLC et al.*
E-FILED DATE:  7/21/08              DOCKET NO.:  22
DOCUMENT TITLE:  Opposition to Motion to Dismiss
DOCUMENT FILED BY:  Plaintiffs

Upon the electronic filing of the above referenced document(s), the following discrepancies are noted:

| | Civil Local Rule or Electronic Case Filing Administrative Policies and Procedures Manual provision ("ECF") | Discrepancy |
|---|---|---|
| x | | |
| | ECF § 2(h) | Includes a proposed order or requires judge's signature |
| | ECF § 2(a), (g) | Docket entry does not accurately reflect the document(s) filed |
| | ECF § 2(g) | Multiple pleadings in one docket entry not separated out as attachments |
| | ECF § 2(f) | Lacking proper signature |
| | Civ. L. Rule 5.1 | Missing time and date on motion and/or supporting documentation |
| | Civ. L. Rule 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| | Civ. L. Rule 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| | Civ. L. Rule 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| | Civ. L. Rule 7.1 | Missing table of contents and table of authorities |
| | Civ. L. Rule 15.1 | Amended pleading not complete in itself |
| x | ECF § 2(e) | OTHER:  No courtesy copy provided |

**IT IS HEREBY ORDERED**:

| | |
|---|---|
| x | If a courtesy copy is not delivered to chambers before close of business on **July 28, 2008**, the documents will be stricken from the record. |
| | The document is rejected.  It is ordered that the Clerk **STRIKE** the document from the record, and serve a copy of this order on all parties. |

Counsel is advised that any further failure to comply with the Local Rules or Electronic Case Filing Administrative Policies and Procedures Manual may lead to penalties pursuant to Civil Local Rule 83.1.

DATED:  July 24, 2008

_____
M. James Lorenz
United States District Court Judge